**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

IN RE:

TLC HEALTHCARE INC.

Case No. 01-13673-WV
(Chapter 7)

Debtor(s)

## TRUSTEE'S FINAL REPORT AND PROPOSED DISTRIBUTION

The undersigned Trustee has completed administration of the above-referenced bankruptcy estate and submits this final report and accounting showing the following: estate property record (Form I), cash receipts and disbursement record (Form II), bank statement(s), expense and disbursement worksheet (Schedule A), Trustee's fees and expenses (Schedule B), summary of allowed claims and estimated distribution (Schedule C), claims register (Schedule D).

| 1) | Total Receipts (See attached cash<br>receipts & disbursement record) | | $1,166,395.54 |
|---|---|---|---|

### PRIOR DISBURSEMENTS

| 2) | Administrative Expense | $975,707.73 | |
|---|---|---|---|
| 3) | Disbursements to Secured Creditors | $0.00 | |
| 4) | Disbursements to Priority Creditors | $141,761.83 | |
| 5) | Other Disbursements | $0.00 | |
| 6) | TOTAL DISBURSEMENTS | $1,117,469.56 | |
| 7) | CASH ON HAND | | $48,925.98 |

## AMOUNT TO BE DISTRIBUTED

8) Trustee's fees and expenses: The Trustee applies for compensation of $57,479.06, of which $0.00 has been paid; and reimbursement of expenses of $4,910.96 which $0.00 has previously been paid.

(Total Reimbursement)                                                        $48,925.98[1]

9) Other administrative expenses                                                   $0.00

|     |                                | ALLOWED CLAIMS | ESTIMATED DIVIDENDS |
| --- | ------------------------------ | -------------- | ------------------- |
| 10) | Priority Claims                | $0.00          | $0.00               |
| 11) | Non-Priority Unsecured Claims  | $0.00          | $0.00               |
| 12) | Secured Claims                 | $0.00          | $0.00               |
| 13) | Surplus of Funds               | $0.00          | $0.00               |
|     | Total                          | $0.00          | $0.00               |
|     | ENDING BALANCE                 |                | $0.00               |

Additionally, there are no Adversary Proceedings or Motions pending which would inhibit a final distribution except:

The undersigned trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee, that I have examined all proofs of claims as appropriate under the proposed distribution, and that the proposed distribution, attached hereto, is proper and consistent with the law and rules of the court.

Therefore, I request that the Final Report and Proposed Distribution be accepted.

L. WIN HOLBROOK, Trustee

---

[1] The Trustee's fees and expenses total $62,390.02. The amount to be paid the Trustee is $48,925.98, which is the amount of funds left in the bankruptcy estate after paying administrative and priority claims.

## REVIEW BY THE UNITED STATES TRUSTEE

The Office of the United States Trustee has reviewed the trustee's final report and proposed distribution.

Office of the United States Trustee
WESTERN DISTRICT OF OKLAHOMA

By: _____

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:   01-13673      W/V   Judge: LM WEAVER
Case Name:   HC HEALTHCARE, INC.

Trustee Name:   1 WIN HOLBROOK
Date Filed (f) or Converted (c):   04/11/01 (f)
§341(a) Meeting Date:   06/11/01
Claims Bar Date:   11/10/02

For Period Ending: 11/02/05

Page: 1

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon DA=§554(c) Abandon | Sale Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 5,883.21 | 0.00 |
| 2. VEHICLE- 1992 FORD UTILITY MAINTENANCE TRUCK (u) VIN: 2FTHF25Y9NCA32564 | Unknown | 2,000.00 | | 2,000.00 | FA |
| 3. VEHICLE- 1990 FORD 22-PASSENGER BUS (u) VIN: =1FDKE30G4LHA44139 | Unknown | 10,000.00 | | 10,000.00 | FA |
| 4. VEHICLE- 1995 DODGE MINI WHEELCHAIR VAN (u) VIN: =2B4GH2533SR551786 | Unknown | 7,000.00 | | 7,000.00 | FA |
| 5. FURNITURE & FIXTURES | 10,000.00 | 10,000.00 | | 8,590.00 | FA |
| 6. ACCOUNTS RECEIVABLE (u) | Unknown | 50,000.00 | | 27,776.61 | FA |
| 7. TRANSFERS FROM CLOSING BANK ACCOUNTS (u) | Unknown | 120,000.00 | | 114,594.84 | FA |
| 8. SETTLEMENT-WHITE PINE CARE CENTER (u) SEE ASSET RECEIPT HISTORY FOR ALL BANK ACCOUNTS CLOSED ALL OTHERS ON EXHIBIT B-2 WERE ABANDONED | Unknown | 127,759.95 | | 127,759.95 | FA |
| 9. MISC OFFICE FURNITURE - CALIFORNIA (u) | Unknown | 6,830.00 | | 6,830.00 | FA |
| 10. FIRST COMMUNITY BK ACCT #041-536144 (u) | Unknown | 2,700.48 | | 2,700.48 | FA |
| 11. SETTLEMENT-GUARANTY BANK (u) | Unknown | 509.64 | | 509.64 | FA |
| 12. SETTLEMENT OF LAWSUIT COLLECTION OF ACCT'S REC (u) FUNDS RECEIVED FROM MICHAEL DE HRA AS RECEIVER | Unknown | 587,042.81 | | 587,042.81 | FA |
| 13. NON-ACCARE LAWSUIT (u) | Unknown | 20,000.00 | | 20,000.00 | FA |
| 14. LAWSUIT PHILADELPHIA INS (u) | Unknown | 232,500.00 | | 232,500.00 | FA |
| 15. SETTLEMENT OF ADVERSARY AGAINST VINCARE (u) | Unknown | 12,500.00 | | 12,500.00 | FA |
| 16. SECURITY DEPOSIT | Unknown | 0.00 | DA | 0.00 | FA |
| 17. BOOKS, PICTURES, ETC | Unknown | 0.00 | DA | 0.00 | FA |
| 18. STOCKS: TLC ACQUISITIONS INC - TEXAS (100%u) | Unknown | 0.00 | DA | 0.00 | FA |
| 19. STOCKS: TLC HEALTHCARE OF ILLINOIS, INC (100%u) ILLINOIS, INDIANA, MISSOURI, OHIO, & TEXAS | Unknown | 0.00 | DA | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:    01-13673    WV    Judge: J.M. WEAVER
Case Name:  THE HEALTHCARE INC.

Trustee Name:              L. WIN HOLBROOK
Date Filed (f) or Converted (c):    04 11 01 (f)
341(a) Meeting Date:       06 11 01
Claims Bar Date:           11 10 02

Page: 2

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)<br>Gross Value of Remaining Assets |
| 20. STOCKS: THE HEALTHCARE OF INDIANA, INC. (100%a) | Unknown | 0.00 | DA | 0.00 | FA |
| ILLINOIS & INDIANA | | | | | |
| 21. VEHICLES INSURED BY THE (SEE EXHIBIT B-23) | Unknown | 0.00 | DA | 0.00 | FA |
| VEHICLES COULD NOT BE LOCATED - ABANDONED BY | | | | | |
| TRUSTEE | | | | | |
| 22. MACHINERY & FIXTURES, MISC | 15,000.00 | 500.00 | | 730.00 | FA |
| 23. OTHER PERSONAL PROPERTY | Unknown | 0.00 | DA | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $    25,000.00 | $   1,189,322.88 | | $  1,166,395.54 | |

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing on sale, and other action.

SEPT 4, 2001   FILED WITHDRAWAL OF MOTION FOR TURNOVER OF RECORDS

July 13, 2001   MONEY MARKET ACCOUNT CHANGED TO TIP ACCOUNT 1 YEAR RATE OF %3.7%.

June 19, 2002   FILED APPLICATION FOR ACCOUNTANT (MALLY) FEES: HEARING DATE SET FOR 07-16-02

July 02  2002   FILED ORDER APPROVING APPLICATION FOR PERMISSION TO PAY EXPENSES ON MONTHLY BASIS (MONTHLY RENT FOR AMERICAN INGA I WOOD CONDOM)

July 02  2002   FILED ORDER APPROVING FIRST INTERIM APPLICATION OF H&I FOR ALLOWANCE OF ATTORNEY FEES AND EXPENSES

(ALOWED PAYMENT OF 1/2 FEES DUE AND ALL OF EXPENSES ACCRUED)

August 16, 2002   APPLICATION TO EMPLOY PROFESSIONAL (MERIT SYSTEMS) FILED

August 20, 2002   MOTION FOR 2004 EXAMINATION OF APPFILED: DATE OF EXAMINATION IS 09-16-02

August 21, 2002   ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONAL (MERIT SYSTEMS) FILED

August 29, 2002   (02-54 pm today) emailed several trustees in Los Angeles to try to get name of auctioneer who might be able to meet me in Los Angeles

on September 6, 2002 to inventory property, pick it up and sell it at auction.  I got the name of Ostrin & Ostrin and have spoken with them and have

prepared an application to employ them.  If they agree and are hired, and can meet me, then they will pick up the property and sell it, after notice

Ver: 10.616a

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No:     01-13673     BY:   Judge: I.M. WEAVER

Case Name:   ILC HEALTHCARE INC.

Trustee Name:                              L. WINTHROBROOK

Date Filed (f) or Converted (c):   04 11 01 (f)

341(a) Meeting Date:               06 11 01

Claims Bar Date:                   11 30 02

Sept 17, 2002:   APP TO EMPLOY AUCTIONEER (OSTRIN) FILED, BEING HIRED TO SELL PROPERTY LOCATED IN LOS ANGELES AREA

and hearing at public auction.

Oct 07 2002:   APP TO LIMIT NOTICE OF INTENT TO SELL PROPERTY AT PUBLIC AUCTION, APPLICATION TO REDUCE TIME TO OBJECT FILED

October 07, 2002:   ORDER APPROVING APPLICATION TO LIMIT NOTICE OF INTENT TO SELL PROPERTY AT PUBLIC AUCTION, APPLICATION TO REDUCE TIME TO OBJECT FILED

October 08, 2002:   NOTICE OF INTENT TO SELL PROPERTY AT PUBLIC SALE, NOTICE OF REDUCED TIME TO FILE OBJECTIONS FILED

November 05, 2002:   (ADV 02-1210WV) JOINT APP FOR EXTENSION OF TIME FILED

Dec 19, 2002:   APPLICATION AND NOTICE FILED FOR AUCTIONEER (OSTRIN & OSTRIN) REIMBURSEMENT OF EXPENSES, HRG SET FOR 01-22-03

December 19, 2002:   APPLICATION AND NOTICE FILED FOR ATTORNEY (H&T) INTERIM COMPENSATION

February 11, 2003:   ORDER ALLOWING COMPENSATION FOR REYNOLDS, RIDDINGS, VOGT & MORGAN FILED

FEB 13, 2003:   APP OF ACCOUNTANT FOR COMPENSATION (MALEY) FILED

February 17, 2003, 01:24 pm - motion to compromise pending litigation approved and are waiting to receive money.  Reviewing to see if there are any

other assets to pursue, if not will begin the closing process.

FEB 27, 2003:   ORDER FOR COMP (MALEY) FILED

MAR 31, 2003:   THIRD TO CHG REMAINING VALUE OF ASSET #7 - SYSTEM WOULD NOT PERMIT

May, 19, 2003:   THIRD APPLICATION FOR INTERIM COMPENSATION BY ACCOUNTANT (MALEY) FILED

May, 19, 2003:   NOTICE OF THIRD APPLICATION FOR INTERIM COMPENSATION BY ACCOUNTANT (MALEY) FILED

May, 19, 2003:   THIRD APPLICATION FOR INTERIM COMPENSATION BY ATTORNEY (H&T) FILED

May, 19, 2003:   NOTICE OF THIRD APPLICATION FOR INTERIM COMPENSATION BY ATTORNEY (H&T) FILED

JUN 18, 2003:   ORDER ALLOWING INTERIM COMP FOR THIRD APP (MALEY)

JUN 18, 2003:   ORDER ALLOWING INTERIM COMP & EXPENSE FOR H&T)

JUL 8, 2003:   ADDED ASSETS FROM SCHEDULED & CORRECTED FORM 1 - SALES FROM ADP TAX FILING 7-16-01 WAS LINKED INCORRECTLY TO ASSET #7 (BK ACCTS) &

SHOULD HAVE BEEN LINKED TO ASSET #6 (ACCTS RECEIVABLE)

December 16, 2003 (ILB) MOTION TO COMPROMISE CONTROVERSY FILED. RE: STATE OF CALIFORNIA

January 05, 2004 (ILB) EXTENDED FER DATE

January 16, 2004 (ILB) ORDER APPROVING MOTION TO COMPROMISE CONTROVERSY FILED RE: STATE OF CALIFORNIA

February 04, 2004 (ILB)  ORDER ALLOWING INTERIM COMPENSTION FOR ACCOUNTANT (MALEY) FILED

APRIL 30, 2004:   ANNUAL REPORT FILED

June 08, 2004 (EAM) FIFTH APP OF ACCT FOR INTERIM COMP (MALEY)

June 15, 2004 (EAM)  ORDER ALLOWING INTERIM COMP FOR FIFTH APP OF ACCT (MALEY)

July 14, 2004 (ILB)  FILED TRUSTEE'S UNCLAIMED FUNDS REPORT

September 02, 2004 (ILB)  SIXTH APPLICATION OF ACCOUNTANT (MALEY) FOR COMPENSATION FILED

February 18, 2005 (ILB)  MAILED 2004 TAX RETURNS - NOT FINAL

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:    01-13673      WV    Judge: TAM WEAVER                           Trustee Name:                              L. WIN HOLBROOK

Case Name:    TLC HEALTHCARE INC.                                          Date Filed (f) or Converted (c):           04/11/01 (f)

                                                                           341(a) Meeting Date:                       06/11/01

                                                                           Claims Bar Date:                           11/19/02

February 23, 2005 (H.B)   EXTENDED TFR DUE TO WAGE CLAIMS BEING PAID IN 2005

April 20, 2005 (FAM) INTERIM REPORT FILED

August 05, 2005 (H.B)   REQUEST FOR COURT COSTS FILED

August 19, 2005 (H.B)   APPLICATION FOR ACCOUNTANT (MALEY) COMPENSATION FILED

August 19, 2005 (H.B)   APPLICATION FOR ATTORNEY (H&T) COMPENSATION FILED

August 19, 2005 (H.B)   APPLICATION FOR TRUSTEE COMPENSATION FILED

August 19, 2005 (H.B)   COMBINED NOTICE OF APPLICATIONS FOR COMPENSATION FILED; HEARING DATE SET FOR 10-04-05 @ 9:30 A.M.

Initial Projected Date of Final Report (TFR): 06-01-03          Current Projected Date of Final Report (TFR): 12-31-05

Page: 4

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 01-13673-WV
Case Name: HC HEALTHCARE INC.

Trustee Name: I. WIN HOLBROOK
Bank Name: BANK OF AMERICA
Account Number/CD #: 375432586X5 TIP ACCOUNT

Taxpayer ID No.: 731-509412
For Period Ending: 11 02 05

Blanket Bond (per case limit): $ 7,447,000.00
Separate Bond (if applicable)

Page: 1

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05 18 01 | 6 | F. PINEDA / A1#17894 404-7696722 | ACCOUNTS RECEIVABLE | 1290-000 | 89.65 | | 89.65 |
| 05 18 01 | 6 | AUTOMATIC DATA PROCESSING / 400 W COVINA BLVD / SAN DIMAS CA 91773 | ACCOUNTS RECEIVABLE | 1290-000 | 149.19 | | 238.84 |
| 05 18 01 | 6 | AETNA US HEALTHCARE / 980 JOLLY ROAD / PO BOX 1109 / BLUE BELL PA 19422 | ACCOUNTS RECEIVABLE | 1290-000 | 888.30 | | 1,127.14 |
| 05 18 01 | 6 | AUTOMATIC DATA PROCESSING / 400 W COVINA BLVD / SAN DIMAS CA 91773 | ACCOUNTS RECEIVABLE | 1290-000 | 35.66 | | 1,162.80 |
| 05 18 01 | 6 | EDWARD BALDWIN / 5363 WILLOW CLIFF RD #111 / OKLAHOMA CITY, OK 73122 | ACCOUNTS RECEIVABLE FOR GEORGE ANN BALDWIN, ACCOUNT #01952, PYMT #4 | 1290-000 | 50.00 | | 1,212.80 |
| 05 18 01 | 6 | EDWARD BALDWIN / 5363 WILLOW CLIFF RD #111 / OKLAHOMA CITY, OK 73122 | ACCOUNTS RECEIVABLE ACCOUNT #01952, PYMT #5 | 1290-000 | 50.00 | | 1,262.80 |
| 05 18 01 | 6 | BANDERA ELECTRIC COOPERATIVE INC / PO BOX 667 / BANDERA TX 78003 | ACCOUNTS RECEIVABLE | 1290-000 | 134.54 | | 1,397.14 |
| 05 22 01 | 6 | AUTOMATIC DATA PROCESSING / 400 W COVINA BLVD / SAN DIMAS, CA 91773 | ACCOUNTS RECEIVABLE | 1290-000 | 98.66 | | 1,495.80 |
| 05 25 01 | 7 | BANCFIRST / 1939 NORTH HARRISON / SHAWNEE, OK 74801 | BALANCE OF ACCT #10155280 | 1290-000 | 172.54 | | 1,668.34 |
| 05 25 01 | 7 | BANCFIRST / 1939 NORTH HARRISON | BALANCE ACCT ACCT #10155209 | 1290-000 | 89.21 | | 1,757.55 |

Ver: 10.61a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No.: 01-13673 -WV
Case Name: HC HEALTHCARE INC.

Taxpayer ID No.: 73-1509412
For Period Ending: 11 02 05

Trustee Name: L. WIN HOLBROOK
Bank Name: BANK OF AMERICA
Account Number / CD #: 375435685 TIP ACCOUNT

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 7,447,000.00

Page: 2

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 05-25-01 | 7 | SHAWNEE, OK 74801 BANC FIRST 1939 NORTH HARRISON SHAWNEE, OK 74801 | BALANCE OF ACCT #10155291 | 1290-000 | 3,321.37 | | 5,078.92 |
| 05-29-01 | 7 | FRANKLIN NATIONAL BANK P O BOX 540 MT VERNON, TX 75457 | CLOSING BANK ACCT #115716 | 1290-000 | 482.62 | | 5,561.54 |
| 05-29-01 | 7 | FIRST NATIONAL BANK PO BOX 130 THOMAS, OK | CLOSING BANK ACCT #1944012 | 1290-000 | 193.99 | | 5,755.53 |
| 05-30-01 | 7 | FIRST BANK & TRUST COMPANY PO BOX 878 PERRY, OK 73077 | CLOSING BANK ACCT #1025937 | 1290-000 | 535.82 | | 6,291.35 |
| 05-31-01 | 1 | NATIONSBANK, N.A. PO BOX 350 ASTORIA, IL 61501 | Interest Rate 2.350 | 1270-000 | 1.01 | | 6,292.36 |
| 06-04-01 | 7 | FARMERS STATE BANK PO BOX 350 ASTORIA, IL 61501 | CLOSING BANK ACCT #232-919 | 1290-000 | 531.09 | | 6,823.45 |
| 06-04-01 | 7 | STAR FINANCIAL BANK 725 MAIN STREET ANDERSON, IN 46015-1600 | CLOSING BANK ACCT | 1290-000 | 575.16 | | 7,398.61 |
| 06-04-01 | 7 | WHITEHALL NATIONAL BANK WHITEHALL, IL 62092 | CLOSING BANK ACCT | 1290-000 | 1,170.91 | | 8,569.52 |
| 06-05-01 | 7 | STILLWATER NATIONAL BANK & TRUST CO | CLOSING BANK ACCT #770070 | 1290-000 | 537.27 | | 9,106.79 |
| 06-05-01 | 7 | STILLWATER NATIONAL BANK & TRUST CO | CLOSING BANK ACCT #823398 | 1290-000 | 2,347.04 | | 11,453.83 |
| 06-05-01 | 6 | GOOD SHEPHERD HOSPICE & PALLIATIVE CARE CENTER LLC 301 SO ROGERS ST, STE 250 WAXAHACHIE, TX 75165 | ACCOUNT RECEIVABLES | 1290-000 | 1,867.28 | | 13,321.11 |
| 06-07-01 | 7 | CENTRAL STATE BANK MUSCATINE, IA | CLOSING BANK ACCT #715-3304 | 1290-000 | 2,454.43 | | 15,775.54 |

Page Subtotals: 14,017.99    0.00

Ver: 16.61a

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| | | |
|---|---|---|
| Case No. | 01-13673 -WV | |
| Case Name: | LTC HEALTHCARE INC. | |
| Taxpayer ID No. | 73-1509412 | |
| For Period Ending: | 11 02 05 | |

| | |
|---|---|
| Trustee Name: | L. WINDERBROOK |
| Bank Name: | BANK OF AMERICA |
| Account Number  (1) = | 375435685  TIP ACCOUNT |
| Blanket Bond (per case limit): | $  7,447,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/ (1) Balance ($) |
| 06 07 01 | 7 | FIRST STATE BANK OF ALTUS | CLOSE BANK ACCT #769762 | 1290-000 | 543.58 | | 16,319.12 |
| 06 11 01 | 6 | EDWARD BALDWIN / 5803 WILLOW CLIFF RD #411 / OKC, OK 73122 | ACCOUNT RECEIVABLES / FOR GEORGE ANN BALDWIN. ACCOUNT / #01952, PYMT #6 | 1290-000 | 50.00 | | 16,369.12 |
| 06 11 01 | 7 | THE STATE BANK OF TOLEDO / BOX 309 / TOLEDO, IA 52342 | CLOSING BANK ACCOUNT | 1290-000 | 586.07 | | 16,955.19 |
| 06 11 01 | 7 | HOME NATIONAL BANK | CLOSING BANK ACCOUNT | 1290-000 | 10.92 | | 16,966.11 |
| 06 11 01 | 7 | BANK OF AMERICA | CLOSING BANK ACCOUNT | 1290-000 | 7,646.66 | | 24,612.77 |
| 06 12 01 | 000101 | INTERNATIONAL SURETIES / 210 BARRON STREET, STE 1700 / NEW ORLEANS, LA | BLANKET BOND DISBURSEMENT / BOND #016018042 | 2300-000 | | 24.64 | 24,588.13 |
| 06 14 01 | 7 | CITIZENS NATIONAL BANK / APROS, ILLINOIS  61944 0711 | CLOSURE OF ACCOUNT 0004-569-1 | 1290-000 | 508.06 | | 25,096.19 |
| 06 14 01 | 7 | CITIZENS NATIONAL BANK / PARIS ILLINOIS 61944 0711 | CLOSURE OF ACCOUNT 0004-566-7 / RECEIVED THESE FUNDS IN ERROR. THE / MONEY BELONGED TO THE NURSING HOME / RESIDENTS.  REFUNDED PER ORDER FILED / 06-21-01 | 1290-000 | 25,426.95 | | 50,523.14 |
| 06 18 01 | 7 | WELLS FARGO / PO BOX 3055 / PORTLAND OR 97208 | CLOSE ACCOUNT 619445372206 | 1290-000 | 2.48 | | 50,525.62 |
| 06 18 01 | 7 | WELLS FARGO BANK / PO BOX 3055 / PORTLAND OR 97208 | CLOSE ACCOUNT 4232292765 | 1290-000 | 4,082.31 | | 54,607.93 |
| 06 18 01 | 7 | HIAWATHA NATIONAL BANK / 120 3RD STREET / PEPIN, WI 54759 | CLOSING ACCOUNT 20100009 | 1290-000 | 575.33 | | 55,183.26 |
| 06 22 01 | 7 | TRANSFER TO ACCT #375435757 11 | Bank Funds Transfer | 9999-000 | | 25,426.95 | 29,756.31 |
| 06 25 01 | 7 | BANK ONE | CLOSING BANK ACCT #623023629 | 1290-000 | 7,229.52 | | 36,985.83 |

Page Subtotals       46,661.88       25,451.59

Page: 4

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.    01-13673 -WY  
Case Name:    TLC HEALTHCARE INC

Taxpayer ID No:    73-1509412  
For Period Ending  11-02-05

Trustee Name:    L. WIN HOLBROOK  
Bank Name:    BANK OF AMERICA  
Account Number: CD #:    375435685 DIP ACCOUNT  
Blanket Bond (per case limit):    $ 7,447,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account CD Balance ($) |
| 06-25-01 | 7 | SPIRITBANK 1315 EAST TAFT SAPULPA, OK 74066 | CLOSING BANK ACCT = 2033108 | 1290-000 | 3,713.00 | | 40,698.83 |
| 06-26-01 | 6 | BANDERA ELECTRIC COOPERATIVE INC BANDERA, TX | REFUND OF CREDIT BALANCE | 1290-000 | 1,500.27 | | 42,199.10 |
| 06-28-01 | 7 | SPUR SECURITY BANK | CLOSING BANK ACCOUNT | 1290-000 | 6,551.02 | | 48,750.12 |
| 06-29-01 | 1 | NationsBank, N.A | Interest Rate 2.100 | 1270-000 | 40.01 | | 48,790.13 |
| 07-02-01 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 1,078.74 | 47,711.39 |
| 07-11-01 | 2,3,4 | MOTELS HEALTHCARE INC PO BOX 2330 YUCCA VALLEY, CA 92286 | SALE OF VEHICLES | 1290-000 | 19,000.00 | | 66,711.39 |
| 07-12-01 | 7 | BANK OF OKLAHOMA PO BOX 2300 TULSA, OK 74192 | CLOSING BANK ACCT #814090491 | 1290-000 | 427.04 | | 67,138.43 |
| 07-12-01 | 7 | BANK OF OKLAHOMA PO BOX 2300 TULSA, OK 74192 | CLOSING BANK ACCT #841090535 | 1290-000 | 7,806.76 | | 74,945.19 |
| 07-12-01 | 7 | BANK OF OKLAHOMA TULSA, OK 74192 PO BOX 2300 TULSA, OK 74192 | CLOSING BANK ACCT #814101881 | 1290-000 | 12,575.34 | | 87,520.53 |
| 07-12-01 | 6 | EDWARD BALDWIN 5303 WILLOW CLIFF RD #111 OKLAHOMA CITY, OK 73122 | ACCOUNT RECEIVABLES FOR GEORGE ANN BALDWIN, ACCOUNT #01952, PYMT #7 | 1290-000 | 50.00 | | 87,570.53 |
| 07-16-01 | 5 | HEALTH SYSTEMS INC. PO BOX 99 DEXTER, MO 63841 | SALE OF PROPERTY | 1120-000 | 7,000.00 | | 94,570.53 |
| 07-16-01 | 6 | ADP TAX FILING SERVICE 400 W COVINA BLVD SAN DIMAS, CA 91773 | ACCOUNTS RECEIVABLE CREDITS DUE TLC | 1290-000 | 3,054.85 | | 97,625.38 |
| 07-16-01 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 686.66 | 96,938.72 |

Page Subtotals    61,718.29    1,765.40

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Case No: 01-13673 -WV
Case Name: TLC HEALTHCARE INC.

Taxpayer ID No.: 73-1509412
For Period Ending: 11/02/05

Trustee Name: L. WIN HOLBROOK
Bank Name: BANK OF AMERICA
Account Number / CD #: 375432568S TIP ACCOUNT

Blanket Bond (per Case limit): 
Separate Bond (if applicable): $ 7,447,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/17/01 | 6 | MUTUAL OF OMAHA / PO BOX 1602 / OMAHA NE 68101 | MEDICARE PAYMENT | 1290-000 | 322.76 | | 97,260.98 |
| 07/29/01 | 7 | CITY NATIONAL BANK / SULPHUR SPRINGS, TX 75482 / WINNSBORO, TX 75494 | CLOSING ACCOUNT #002798 / CLOSING OF ACCOUNT 002798 | 1290-000 | 562.49 | | 97,823.47 |
| 07/29/01 | 7 | CITY NATIONAL BANK / SULPHUR SPRINGS, TX 75482 | CLOSING ACCOUNT 002806 / CLOSING ACCOUNT #002806 | 1290-000 | 3,477.65 | | 101,301.12 |
| 07/29/01 | 6 | AMERICAN CUPS / PO BOX 66149 / ST LOUIS, MO 63166 | ACCOUNTS RECEIVABLE | 1290-000 | 5,777.24 | | 107,078.36 |
| 07/23/01 | 7 | CITIZENS STATE BANK / BUFFALO TEXAS 75831 | CLOSING BANK ACCOUNT | 1290-000 | 508.00 | | 107,586.36 |
| 07/25/01 | 1 | Transfer to Acct #375432571 | Bank Funds Transfer / Interest Rate 3.700 | 9999-000 | | 689.14 | 106,897.22 |
| 07/31/01 | 1 | NationsBank, N.A. | Bank Funds Transfer | 9999-000 | 208.57 | | 107,105.79 |
| 07/31/01 | 6 | Transfer to Acct #375432571 | Bank Funds Transfer | 9999-000 | | 140.00 | 106,965.79 |
| 08/09/01 | 6 | EDWARD BALDWIN / 5303 WILLOW CURVE RD #111 / OKLAHOMA CITY, OK 73122 | FOR GEORGE ANN BALDWIN, ACCOUNT #01952, PYMT #8 | 1290-000 | 50.00 | | 107,015.79 |
| 08/09/01 | 6 | AUTOMATIC DATA PROCESSING / 400 W COVINA BLVD / SAN DIMAS, CA 91773 | ACCOUNTS RECEIVABLE | 1290-000 | 4.70 | | 107,020.49 |
| 08/09/01 | 7 | AUTOMATIC DATA PROCESSING / 400 W COVINA BLVD / SAN DIMAS, CA 91773 | ACCOUNTS RECEIVABLE | 1290-000 | 12.99 | | 107,033.48 |
| 08/09/01 | 6 | AUTOMATIC DATA PROCESSING / 400 COVINA BLVD / SAN DIMAS, CA 91773 | ACCOUNTS RECEIVABLE | 1290-000 | | 2,536.68 | 104,496.80 |
| 08/15/01 | 7 | FIRST NATIONAL BANK OF BRIDGEPORT / PO BOX 37 / BRIDGEPORT, TX 76426 | Transfer to Acct #375432571 / Bank Funds Transfer | 9999-000 | 10,232.79 | | 114,729.59 |
| 08/17/01 | 7 | FIRST BANK | CLOSING BANK ACCOUNT | 1290-000 | 8,691.34 | | 123,420.93 |

Page Subtotals            29,838.03            3,366.82

Ver: 10.03a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

| Case No: | 01-13673-WV | | Trustee Name: | J. WIN HOLBROOK |
| Case Name: | TLC HEALTHCARE INC | | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | 73-1509412 | | Account Number CD #: | 375432568S TIP ACCOUNT |
| For Period Ending: | 11/02/05 | | Blanket Bond (per case limit): | $ 7,447,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / (D) Balance ($) |
| 08 23 01 | 6 | PO BOX 458 / BURKBURNETT, TX 75354 / BLUE CROSS BLUE SHIELD / OF OKLAHOMA / PO BOX 3283 / TULSA, OK 74102 | MEDICAL INSURANCE PAYMENT | 1290-000 | 2,592.00 | | 126,012.93 |
| 08 23 01 | | Transfer to Acct #375432571 | Bank Funds Transfer | 9999-000 | | 730.76 | 125,282.17 |
| 08 29 01 | 5 | HEALTH SYSTEMS INC / PO BOX 99 / DEXTER, MO 63841 | SALE OF FURNITURE-FIXTURES | 1290-000 | 1,590.00 | | 126,872.17 |
| 08 30 01 | 6 | AUTOMATIC DATA PROCESSING / 400 W COVINA BLVD / SAN DIMAS, CA 91773 | ACCOUNTS RECEIVABLE | 1290-000 | 1,951.28 | | 128,823.45 |
| 08 30 01 | 6 | AUTOMATIC DATA PROCESSING / 400 W COVINA BLVD / SAN DIMAS, CA 91773 | ACCOUNTS RECEIVABLE | 1290-000 | 197.50 | | 129,020.95 |
| 08 31 01 | 1 | NationsBank, N.A. | Interest Rate 3.700 | 1270-000 | 353.54 | | 129,374.49 |
| 08 31 01 | | Transfer to Acct #375432571 | Bank Funds Transfer | 9999-000 | | 2,442.08 | 126,932.41 |
| 09 07 01 | | Transfer to Acct #375432571 | Bank Funds Transfer | 9999-000 | | 27,546.88 | 99,385.53 |
| 09 10 01 | 6 | EDWARD BALDWIN / 5303 WILLOW CLIFF RD #411 / OKLAHOMA CITY, OK 73122 | ACCOUNTS RECEIVABLE / FOR GEORGE ANN BALDWIN, ACCOUNT #41952 | 1290-000 | 50.00 | | 99,435.53 |
| 09 14 01 | | Transfer to Acct #375432571 | Bank Funds Transfer | 9999-000 | | 140.00 | 99,295.53 |
| 09 14 01 | | Transfer to Acct #375432571 | Bank Funds Transfer | 9999-000 | | 265.82 | 99,029.71 |
| 09 24 01 | | Transfer to Acct #375432571 | Bank Funds Transfer | 9999-000 | | 14.66 | 99,015.05 |
| 09 24 01 | | Transfer to Acct #375432571 | Bank Funds Transfer | 9999-000 | | 160.00 | 98,855.05 |
| 09 25 01 | 7 | THE HICKSVILLE BANK / HICKSVILLE, OHIO 43526 | BALANCE OF BANK ACCOUNT | 1290-000 | 532.92 | | 99,387.97 |
| 09 26 01 | 6 | CAP ROCK TELEPHONE COOPERATIVE INC / PO BOX 300 | REFUND OF CREDIT BALANCE | 1290-000 | 168.30 | | 99,556.27 |

Page Subtotals    7,435.54    31,300.20

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          01-13673 -WV
Case Name:     ILC HEALTHCARE INC

Trustee Name:               L. WIN HOLBROOK
Bank Name:                    BANK OF AMERICA
Account Number / CD #:   3754325685  IIP ACCOUNT

Taxpayer ID No:   73-1509412
For Period Ending:  11/02/05

Blanket Bond (per case limit):       $ 7,447,000.00
Separate Bond (if applicable):

Page: 7

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/28/01 | 6 | SPIR, TX  79370 STATE OF ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 401 SOUTH STATE STREET CHICAGO, IL1  60605 | REFUND | 1290-000 | 18.30 | | 99,574.57 |
| 09/28/01 | 1 | NationsBank, N.A. | Interest Rate 3.700 | 1270-000 | 297.33 | | 99,871.90 |
| 10/04/01 | | Transfer to Acct #3754325711 | Bank Funds Transfer | 9999-000 | | 343.33 | 99,528.57 |
| 10/15/01 | 6 | EDWARD BALDWIN 5303 WILLOW CLIFF RD #111 OKLAHOMA CITY, OK  73122 | ACCOUNTS RECEIVABLE FOR GEORGE ANN BALDWIN IN. ACCOUNT | 1290-000 | 82.50 | | 99,611.07 |
| 10/18/01 | 6 | SIERRA HEALTH & LIFE INSURANCE COMPANY INC PO BOX 5348 BELLINGHAM WA  98227-5348 | #01952  FINAL PAYMENT ACCOUNTS RECEIVABLE | 1290-000 | 3,648.00 | | 103,259.07 |
| 10/22/01 | 6 | BWC PO BOX 15429 COLUMBUS OHIO  43215 | ACCOUNTS RECEIVABLE | 1290-000 | 10.00 | | 103,269.07 |
| 10/29/01 | | Transfer to Acct #3754325711 | Bank Funds Transfer | 9999-000 | | 140.00 | 103,129.07 |
| 10/31/01 | 1 | NationsBank, N.A. | Interest Rate 3.700 | 1270-000 | 337.24 | | 103,466.31 |
| 11/06/01 | | Transfer to Acct #3754325711 | Bank Funds Transfer | 9999-000 | | 343.33 | 103,122.98 |
| 11/26/01 | | Transfer to Acct #3754325711 | Bank Funds Transfer | 9999-000 | | 140.00 | 102,982.98 |
| 11/27/01 | | Transfer to Acct #3754325711 | Bank Funds Transfer | 9999-000 | | 343.33 | 102,639.65 |
| 11/30/01 | 1 | NationsBank, N.A. | Interest Rate 3.700 | 1270-000 | 314.03 | | 102,953.68 |
| 12/04/01 | | Transfer to Acct #3754325711 | Bank Funds Transfer | 9999-000 | | 56.60 | 102,897.08 |
| 12/04/01 | | Transfer to Acct #3754325711 | Bank Funds Transfer | 9999-000 | | 472.50 | 102,424.58 |
| 12/20/01 | | Transfer to Acct #3754325711 | Bank Funds Transfer | 9999-000 | | 140.00 | 102,284.58 |
| 12/28/01 | | Transfer to Acct #3754325711 | Bank Funds Transfer | 9999-000 | | 343.33 | 101,941.25 |
| 12/31/01 | 1 | NationsBank, N.A. | Interest Rate 3.700 | 1270-000 | 322.22 | | 102,263.47 |
| 01/22/02 | | Transfer to Acct #3754325711 | Bank Funds Transfer | 9999-000 | | 140.00 | 102,123.47 |
| 01/31/02 | 1 | NationsBank, N.A. | Interest Rate 3.700 | 1270-000 | 321.71 | | 102,445.18 |

Page Subtotals                                                                                   5,351.33                 2,462.42

Ver: 19.61a

Page: 8

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 01-13673 -WV | | Trustee Name: | I WIN HOLBROOK |
| Case Name | TLC HEALTHCARE INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | 3754325685  TIP ACCOUNT |
| Taxpayer ID No: | 731-1509412 | | | |
| For Period Ending: | 11/02/05 | | Blanket Bond (per case limit): | S 7,447,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/06/02 | | Transfer to Acct #3754325711 | Bank Funds Transfer | 9999-000 | | 343.33 | 102,101.85 |
| 02/19/02 | 8 | ELY ASSOCIATES, L P LOS ANGELES, CA | SETTLEMENT WIRE: TRANSFER RECEIVED BY THE BANK ON 02/19/02 - MONEY WAS FROM WHILE PINE CARE CENTER SETTLEMENT - DEPOSIT SLIP PRINTED, BUT NEVER SENT TO BANK PER INSTRUCTIONS GIVEN BY TIM @ LP1 BANK TO FAX PAPER RECEIPT OF WIRE DEPOSIT PER EDNA - PER ROB @ LP1 DEPOSIT ON TCMS SYSTEM COULD BE MADE ON 02-21-01 AFTER RECEIVING CORRECT INFORMATION FROM BANK AS TO WHO THE PAYOR OF FUNDS WAS. WHEN MAKING DEPOSIT IT WOULD NEED TO BE BACKDATED TO PROPER DATE. | 1290-000 | 127,739.95 | | 229,841.80 |
| 02/20/02 | | Transfer to Acct #3754325711 | Bank Funds Transfer | 9999-000 | | 154.00 | 229,687.80 |
| 02/21/02 | | Transfer to Acct #3754325711 | Bank Funds Transfer | 9999-000 | | 127,739.95 | 101,947.85 |
| 02/22/02 | 6 | ADP TAX FILING SERVICE AUTOMATIC DATA PROCESSING | REFUND | 1290-000 | 981.13 | | 102,928.98 |
| 02/22/02 | 6 | ADP TAX FILING SERVICE AUTOMATIC DATA PROCESSING | REFUND | 1290-000 | 874.04 | | 103,803.02 |
| 02/28/02 | 6 | HCFA MEDICARE PAYMENT | ACCOUNTS RECEIVABLE | 1290-000 | 208.70 | | 104,011.72 |
| 02/28/02 | 1 | NationsBank, N A | Interest Rate 1.850 | 1270-000 | 306.01 | | 104,317.73 |
| 03/05/02 | | Transfer to Acct #3754325711 | Bank Funds Transfer | 9999-000 | | 343.33 | 103,974.40 |
| 03/08/02 | 7 | TEXAS HEALTHCARE FOUNDATION | CLOSING BUSINESS SAVINGS ACCOUNT | 1290-000 | 493.16 | | 104,467.56 |
| 03/20/02 | | Transfer to Acct #3754325711 | Bank Funds Transfer | 9999-000 | | 343.33 | 104,124.23 |
| 03/21/02 | | Transfer to Acct #3754325711 | Bank Funds Transfer | 9999-000 | | 154.00 | 103,970.23 |
| 03/29/02 | 1 | NationsBank, N A | Interest Rate 1.850 | 1270-000 | 163.71 | | 104,133.94 |
| 04/22/02 | | Transfer to Acct #3754325711 | Bank Funds Transfer | 9999-000 | | 154.00 | 103,979.94 |
| 04/30/02 | 1 | NationsBank, N A | Interest Rate 1.850 | 1270-000 | 158.39 | | 104,138.33 |

Ver 16.03a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 9

Case No:   01-13673 -WV
Case Name:   TLC HEALTHCARE INC.

Trustee Name:   1. WIN HOLBROOK
Bank Name:   BANK OF AMERICA
Account Number/ CD #:   375435085 TIP ACCOUNT

Taxpayer ID No   731-569412
For Period Ending   11-02-05

Blanket Bond (per case limit):   $ 7,447,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Item Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 05 01 02 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 343.33 | 103,795.00 |
| 05 09 02 | 6 | STANDARD LIFE GALVESTON, TX | ACCOUNTS RECEIVABLE | 1221-002 | 87.89 | | 103,882.89 |
| 05 13 02 | 6 | BANDERA ELECTRIC COOPERATIVE, INC. PO BOX 667 BANDERA TEXAS 78003-0667 | ACCOUNTS RECEIVABLE | 1221-002 | 56.01 | | 103,938.81 |
| 05 13 02 | 6 | CAPROCK TELEPHONE COOPERATIVE INC PO BOX 300 SPUR TX 79370 | ACCOUNTS RECEIVABLE | 1221-002 | 159.73 | | 104,098.54 |
| 05 22 02 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 154.00 | 103,944.54 |
| 05 31 02 | 1 | NationsBank, N.A. | Interest Rate 1.850 | 1270-000 | 163.27 | | 104,107.81 |
| 06 04 02 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 343.33 | 103,764.48 |
| 06 06 02 | 000102 | INTERNATIONAL SURETIES 210 BARRON STREET, STE 1700 NEW ORLEANS, LA | BLANKET BOND DISBURSEMENT FOR TERM 06-01-02 TO 06-01-03 BOND #016018042 | 2300-000 | | 68.64 | 103,605.84 |
| 06 24 02 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 154.00 | 103,541.84 |
| 06 26 02 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 343.33 | 103,198.51 |
| 06 28 02 | 1 | NationsBank, N.A. | Interest Rate 1.550 | 1270-000 | 134.63 | | 103,333.14 |
| 07 08 02 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 57,402.23 | 45,930.91 |
| 07 22 02 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 154.00 | 45,776.91 |
| 07 29 02 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 2,275.00 | 43,501.91 |
| 07 30 02 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 343.33 | 43,158.58 |
| 07 31 02 | 1 | NationsBank, N.A. | Interest Rate 1.550 | 1270-000 | 77.15 | | 43,235.73 |
| 08 01 02 | 6 | STATE COMPTROLLER OF PUBLIC ACCOUNTS | ACCOUNTS RECEIVABLE | 1290-000 | 2,505.93 | | 45,741.66 |
| 08 26 02 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 154.00 | 45,587.66 |
| 08 30 02 | 1 | NationsBank, N.A. | Interest Rate 1.550 | 1270-000 | 59.75 | | 45,647.41 |
| 09 04 02 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 343.33 | 45,304.08 |
| 09 24 02 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 343.33 | 44,960.75 |
| 09 26 02 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 154.00 | 44,806.75 |

Page Subtotals    3,244.27    62,575.85

Ver 10.61a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 16

| Case No: | 01-13673-WV |
| Case Name: | THCHEALTHCARE INC. |
| Taxpayer ID No: | 73-1510412 |
| For Period Ending: | 11 02 05 |

| Trustee Name: | L. WIN HOLBROOK |
| Bank Name: | BANK OF AMERICA |
| Account Number CD #: | 375435685   HP ACCOUNT |

Blanket Bond (per case limit):   $ 7,447,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/02 | 1 | NationsBank, N A | Interest Rate 1.550 | 1270-000 | 57.63 | | 44,864.38 |
| 10/17/02 | 1 | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 343.33 | 44,521.05 |
| 10/31/02 | 1 | NationsBank, N. A. | Interest Rate 1.550 | 1270-000 | 58.84 | | 44,579.89 |
| 11/22/02 | 1 | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 343.33 | 44,236.56 |
| 11/29/02 | 1 | NationsBank, N.A. | Interest Rate 1.550 | 1270-000 | 56.65 | | 44,293.21 |
| 12/02/02 | 9 | OSTRIN & OSTRIN | SALE OF PROPERTY | 1229-000 | 6,830.00 | | 51,123.21 |
| 12/03/02 | 10 | FIRST COMMUNITY BANK | CLOSING BANK ACCOUNT | 1290-000 | 2,700.48 | | 53,823.69 |
| 12/10/02 | 11 | GUARANTY BANK DALLAS TEXAS | SETTLEMENT | 1249-000 | 509.64 | | 54,333.33 |
| 12/23/02 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 343.33 | 53,990.00 |
| 12/23/02 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 449,328.29 | -395,338.29 |
| 12/26/02 | 12 | MICHAEL DEEBA | WIRE TRANSFER DEPOSIT SYNCHRONIZING WITH BANK ON 12-26-02 DID NOT POST THE WIRE TRANSFER TO TCMS. THEREFORE THE TRANSACTION HAD TO BE POSTED BY HAND. SYNCHRONIZING WITH THE BANK ON 12-26-02 SHOWED THE FUNDS WERE RECEIVED ON 12-24-02.  JB | 1221-000 | 587,042.81 | | 191,704.52 |
| 12/31/02 | 1 | NationsBank, N A | Interest Rate 1.150 | 1270-000 | 80.10 | | 191,784.62 |
| 01/10/03 | 13 | NAIIC INC | NOVACARE LAWSUIT SETTLEMENT | 1249-000 | 20,000.00 | | 211,784.62 |
| 01/17/03 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 2,399.61 | 209,385.01 |
| 01/28/03 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 81,759.99 | 127,625.02 |
| 01/29/03 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 343.33 | 127,281.69 |
| 01/31/03 | 1 | NationsBank, N A | Interest Rate 1.150 | 1270-000 | 186.52 | | 127,468.21 |
| 02/18/03 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 343.33 | 127,124.88 |
| 02/28/03 | 1 | NationsBank, N.A. | Interest Rate 1.150 | 1270-000 | 112.34 | | 127,237.22 |
| 03/03/03 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 859.00 | 126,387.22 |
| 03/17/03 | | Transfer to Acct #375435711 | Bank Funds Transfer | 9999-000 | | 343.33 | 126,043.89 |
| 03/31/03 | 1 | NationsBank, N A | Interest Rate 0.800 | 1270-000 | 196.41 | | 126,150.30 |

Page Subtotals   617,741.42   536,307.87

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 11

| Case No. | 01-13673 -WV |
| Case Name | UCHEALTHCARE INC |
| Taxpayer ID No: | 73-1509412 |
| For Period Ending | 11 02 05 |

| Trustee Name: | L WINHOLBROOK |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | 375425683 TIP ACCOUNT |
| Blanket Bond (per case limit) | $ 7,447,000.00 |
| Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04 18 03 | 14 | HUDDLESTON, PIKE & ASSOC, INC. | SETTLEMENT ON PROCEEDS SANDMANN | 1240-000 | 1,250.00 | | 127,400.30 |
| 04 18 03 | 14 | AMERICAN INTERNATIONAL GROUP INC | SETTLEMENT | 1240-000 | 111,250.00 | | 238,650.30 |
| 04 18 03 | 14 | PHILADELPHIA INSURANCE CO | SETTLEMENT | 1240-000 | 120,000.00 | | 358,650.30 |
| 04 25 03 | | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 115,045.75 | 243,604.55 |
| 04 30 03 | | NationsBank, N A | Interest Rate 0.800 | 1270-000 | 105.84 | | 243,710.39 |
| 05 05 03 | | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 343.33 | 243,367.06 |
| 05 22 03 | 15 | KINDRED HEALTCARE OPERATING INC ATTN: A/P DEPARTMENT 680 SOUTH FOURTH STREET LOUISVILLE KY 40202 | SETTLEMENT | 1249-000 | 12,500.00 | | 255,867.06 |
| 05 30 03 | | NationsBank, N A | Interest Rate 0.800 | 1270-000 | 166.72 | | 256,033.78 |
| 05 30 03 | | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 343.33 | 255,690.45 |
| 06 16 03 | 000103 | INTERNATIONAL SURETHY'S 210 BARRON STREET-1, STE 1700 NEW ORLEANS LA | BLANKE J BOND DISBURSEMENT Bond Number: 01001/8042 Term: 06-01-03 to 06-01-04 | 2100-000 | | 128.83 | 255,561.62 |
| 06 19 03 | | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 343.33 | 255,218.29 |
| 06 19 03 | | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 22,266.01 | 232,952.28 |
| 06 30 03 | | NationsBank, N A | Interest Rate 0.800 | 1270-000 | 162.15 | | 233,114.43 |
| 07 31 03 | | NationsBank, N A | Interest Rate 0.800 | 1270-000 | 158.39 | | 233,272.82 |
| 08 19 03 | | | TRANSFER TO WRITE CHECKS | 9999-000 | | 686.66 | 232,586.16 |
| 08 29 03 | | NationsBank, N A | Interest Rate 0.800 | 1270-000 | 158.30 | | 232,744.46 |
| 09 30 03 | | NationsBank, N A | Interest Rate 0.800 | 1270-000 | 137.74 | | 232,882.20 |
| 10 31 03 | | NationsBank, N A | Interest Rate 0.500 | 1270-000 | 98.90 | | 232,981.10 |
| 11 06 03 | | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 686.66 | 232,294.44 |
| 11 28 03 | | NationsBank, N A | Interest Rate 0.500 | 1270-000 | 95.51 | | 232,289.95 |
| 12 10 03 | | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 343.33 | 232,046.62 |
| 12 22 03 | | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 30,501.50 | 201,545.12 |
| 12 29 03 | | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 3,683.07 | 197,862.05 |
| 12 29 03 | | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 21,894.48 | 175,967.57 |

Page Subtotals    246,083.55    190,266.28

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 01-13673 -WV
Case Name: T C C HEALTHCARE INC.
Taxpayer ID No: 73-1509412
For Period Ending: 11-02-05

Trustee Name: L. WIN HOFHROOK
Bank Name: BANK OF AMERICA
Account Number: 375425685 - TIP ACCOUNT
Blanket Bond (per case limit): $ 7,447,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 12-31-03 | | NationsBank, N.A | Interest Rate 0.100 | 1270-000 | 74.36 | | 176,041.83 |
| 12-31-03 | 1 | Transfer to Acct #375425711 | TRANSFER TO WRITE CHECKS | 9999-000 | | 0.33 | 176,041.50 |
| 12-31-03 | | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 21,950.56 | 154,081.94 |
| 01-06-04 | 1 | NationsBank, N.A | INTEREST REC'D FROM BANK | 1270-000 | 11.40 | | 154,093.34 |
| 01-30-04 | 1 | NationsBank, N.A | Interest Rate 0.400 | 1270-000 | 50.94 | | 154,144.28 |
| 02-06-04 | 1 | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 2,180.00 | 151,964.28 |
| 02-27-04 | | NationsBank, N.A | Interest Rate 0.400 | 1270-000 | 48.29 | | 152,012.57 |
| 03-01-04 | | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 961.34 | 151,051.23 |
| 03-19-04 | | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 295.20 | 150,756.03 |
| 03-31-04 | | NationsBank, N.A | Interest Rate 0.400 | 1270-000 | 51.14 | | 150,807.17 |
| 04-05-04 | | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 480.67 | 150,326.50 |
| 04-30-04 | 1 | NationsBank, N.A | Interest Rate 0.400 | 1270-000 | 49.31 | | 150,375.81 |
| 05-19-04 | 1 | Transfer from Acct #375425711 | Bank Funds Transfer | 9999-000 | 2,252.66 | | 152,628.47 |
| 05-28-04 | 1 | NationsBank, N.A | Interest Rate 0.400 | 1270-000 | 51.26 | | 152,679.73 |
| 06-02-04 | 000104 | INTERNATIONAL SURETIES 210 BARRON STREET, STE 1700 NEW ORLEANS, LA | BLANKET BOND DISBURSEMENT Bond #016013042 FHRM 06-01-04 TO 06-01-05 | 2300-000 | | 115.16 | 152,564.57 |
| 06-03-04 | | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 480.67 | 152,083.90 |
| 06-21-04 | | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 365.00 | 151,718.90 |
| 06-30-04 | 1 | NationsBank, N.A | Interest Rate 0.400 | 1270-000 | 49.85 | | 151,768.75 |
| 07-06-04 | | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 480.67 | 151,288.08 |
| 07-14-04 | | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 2,733.33 | 148,554.75 |
| 07-19-04 | | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 480.67 | 148,074.08 |
| 07-30-04 | | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 50.67 | | 148,124.75 |
| 08-31-04 | 1 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 50.19 | | 148,174.94 |
| 09-02-04 | 1 | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 480.67 | 147,694.27 |
| 09-21-04 | | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 817.50 | 146,876.77 |
| 09-30-04 | | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 48.34 | | 146,925.11 |
| 10-04-04 | 1 | Transfer to Acct #375425711 | Bank Funds Transfer | 9999-000 | | 480.67 | 146,444.44 |

Page Subtotals    2,788.31    32,311.44

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 01-13673 -WV | | | Trustee Name: | L. WIN HOLBROOK | |
|---|---|---|---|---|---|---|
| Case Name: | TLC HEALTHCARE INC | | | Bank Name: | BANK OF AMERICA | |
| Taxpayer ID No: | 73-1509412 | | | Account Number / CD #: | 375432585 TIP ACCOUNT | |
| For Period Ending: | 11/02/05 | | | Blanket Bond (per case limit): | $ 7,447,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/29/04 | 1 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 49.61 | | 146,494.05 |
| 10/29/04 | | Transfer to Acct #375432571 | Bank Funds Transfer | 9999-000 | | 480.67 | 146,013.38 |
| 10/30/04 | 1 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 47.87 | | 146,061.25 |
| 12/06/04 | | Transfer to Acct #375432571 | Bank Funds Transfer | 9999-000 | | 480.67 | 145,580.58 |
| 12/28/04 | | Transfer to Acct #375432571 | Bank Funds Transfer | 9999-000 | | 480.67 | 145,099.91 |
| 12/31/04 | 1 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 49.33 | | 145,149.24 |
| 01/31/05 | 1 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 49.30 | | 145,198.54 |
| 01/31/05 | | Transfer to Acct #375432571 | Bank Funds Transfer | 9999-000 | | 480.67 | 144,717.87 |
| 02/21/05 | | Transfer to Acct #375432571 | Bank Funds Transfer | 9999-000 | | 64,779.14 | 79,938.73 |
| 02/22/05 | | Transfer from Acct #375432571 | Bank Funds Transfer | 9999-000 | 1,007.79 | | 80,946.52 |
| 02/28/05 | | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 39.51 | | 80,986.03 |
| 03/04/05 | | Transfer to Acct #375432571 | Bank Funds Transfer | 9999-000 | | 480.67 | 80,505.36 |
| 03/29/05 | | Transfer to Acct #375432571 | Bank Funds Transfer | 9999-000 | | 480.67 | 80,024.69 |
| 03/31/05 | 1 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 27.35 | | 80,052.04 |
| 04/29/05 | 1 | BANK OF AMERICA | Interest Rate 0.450 | 1270-000 | 29.05 | | 80,081.09 |
| 05/10/05 | | Transfer to Acct #375432571 | Bank Funds Transfer | 9999-000 | | 480.67 | 79,600.42 |
| 05/31/05 | 1 | BANK OF AMERICA | Interest Rate 0.450 | 1270-000 | 30.48 | | 79,630.90 |
| 06/01/05 | 000105 | INTERNATIONAL SURETIES 210 BARRONE STREET, STE 1700 NEW ORLEANS, LA 70112 | BLANKET BOND DISBURSEMENT BOND # 016018042 TERM 06-01-05 TO 06-01-06 | 2300-000 | | 97.45 | 79,533.45 |
| 06/03/05 | | Transfer to Acct #375432571 | Bank Funds Transfer | 9999-000 | | 480.67 | 79,052.78 |
| 06/03/05 | 22 | STOWERS OFFICE FURNITURE | SALE OF PROPERTY PER CHARLIE GLIDEWELL, THE TRUSTEE WAS NOT REQUIRED TO FILE A NOTICE OF INTENT TO SALE. (THIS WAS SOLD WERE 2 TABLES AND 1 FILE CABINETS) | 1129-000 | 730.00 | | 79,782.78 |
| 06/24/05 | 1 | BANK OF AMERICA | Interest Rate 0.450 | 1270-000 | 22.45 | | 79,805.23 |
| 06/24/05 | | Transfer to Acct #375432571 | Final Posting Transfer INTEREST REC'D FROM BANK | 9999-000 | | 79,805.23 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   14

Case No:            01-13673 -WV
Case Name:          TLC HEALTHCARE INC.

Taxpayer ID No:     73-1509412
For Period Ending:  11/02/05

Trustee Name:       L. WIN HOLBROOK
Bank Name:          BANK OF AMERICA
Account Number / CD #:  375433685  TIP ACCOUNT

Blanket Bond (per case limit):   $ 7,447,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,169,655.99 | 1,169,655.99 | 0.00 |
| | | | Less  Bank Transfers/CD's | | 3,260.45 | 1,169,221.27 | |
| | | | Subtotal | | 1,166,395.54 | 434.72 | |
| | | | Less  Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,166,395.54 | 434.72 | |

Page Subtotals                    0.00                    0.00

Ver: 10.01a

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 01-13673 -WV | Trustee Name: | L. WIN HOLBROOK |
| Case Name: | TLC HEALTHCARE INC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | 375435711 Checking - Non Interest |
| Taxpayer ID No: | 73-1509412 | | |
| For Period Ending: | 11/02/05 | Blanket Bond (per case limit): | $ 7,447,000.00 |
| | | Separate Bond (if applicable): | |

Page: 15

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06-22-01 | 000001 | TRANSFER FROM ACCT #375435685 PARIS HEALTHCARE CENTER 1011 N MAIN PARIS, IL 61944 ATTN: CHRYSTAL SIZEMORE | Bank Funds Transfer REFUND RESIDENT MONEY PAID PER ORDER FILED 06-21-01 | 9999-000 2990-000 | 25,426.95 | 25,426.95 | 25,426.95 0.00 |
| 07-02-01 07-02-01 | 000002 | Transfer from Acct #375435685 OG&E PO BOX 24990 OKLAHOMA CITY, OK 73124 | Bank Funds Transfer CHAPTER 7 OPERATING EXPENSES PAID PER ORDER FILED 07-02-01 BILLING ON ACCOUNT #215491040 FOR 05-22-01 10-06-20-01 | 9999-000 2990-000 | 1,078.74 | 74.07 | 1,078.74 1,004.67 |
| 07-02-01 | 000003 | OG&E PO BOX 24990 OKLAHOMA CITY, OK 73124 | CHAPTER 7 OPERATING EXPENSE PAID PER ORDER FILED 07-02-01 FOR BILLING ON ACCOUNT #215488740 FOR 05-22-01 THROUGH 06-20-01 | 2990-000 | | 1,004.67 | 0.00 |
| 07-16-01 07-16-01 | 000004 | Transfer from Acct #375435685 FIRST NATIONAL CENTER, LLC 120 N ROBINSON, STE 2601 OKLAHOMA CITY, OK 73102 | Bank Funds Transfer RENTAL PAYMENT FOR SUITE 2205 PAID PER ORDER FILED 07-02-01 | 9999-000 2410-000 | 686.66 | 343.33 | 686.66 343.33 |
| 07-16-01 | 000005 | FIRST NATIONAL CENTER, LLC 120 N ROBINSON, STE 2601 OKLAHOMA CITY, OK 73102 | CLEANING DEPOSIT FOR SUITE 2205 PAID PER ORDER FILED 07-02-01 | 2410-000 | | 343.33 | 0.00 |
| 07-25-01 07-25-01 | 000006 | Transfer from Acct #375435685 OG&E PO BOX 24990 OKLAHOMA CITY, OK 73124 | Bank Funds Transfer CHAPTER 7 ADMINISTRATION EXPENSES PAID PER ORDER FILED 07-02-01 FOR BILLING ON ACCOUNT #215491040 FOR 06-21-01 THROUGH 07-20-01 | 9999-000 2990-000 | 689.14 | 19.77 | 689.14 669.37 |
| 07-25-01 | 000007 | OG&E PO BOX 24990 OKLAHOMA CITY, OK 73124 | CHAPTER 7 ADMINISTRATION EXPENSE PAID PER ORDER FILED 07-02-01 FOR BILLING ON ACCOUNT #215488740 FOR | 2990-000 | | 669.37 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 27,881.49 | 27,881.49 |

Ver: 16.01a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 16

| | |
|---|---|
| Case No: | 01-13673 -WV |
| Case Name: | HC HEALTHCARE INC |
| Taxpayer ID No: | 73-1509412 |
| For Period Ending: | 11/02/05 |

| | |
|---|---|
| Trustee Name: | L. WIN HOLBROOK |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | 375425711 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 7,447,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 06-21-01 THROUGH 07-20-01 | | | | |
| 07/31/01 | | Transfer from Acct #375425685 | Bank Funds Transfer | 9999-000 | 140.00 | | 140.00 |
| 07/31/01 | 001008 | AMERICAN INGLEWOOD CONDON 1018 CONDON AVE INGLEWOOD, CA 90304 | TRUSTEE EXPENSES PAID PER ORDER FILED 07-02-01 RENTAL PAYMENT FOR UNIT 255 | 2410-000 | | 140.00 | 0.00 |
| 08/13/01 | | Transfer from Acct #375425685 | Bank Funds Transfer | 9999-000 | 2,536.68 | | 2,536.68 |
| 08/13/01 | 001009 | THE MEADOWS 1060 SOUTH KELLY EDMOND, OK 73003-6081 | DOCUMENT DESTRUCTION EXPENSE PAID PER ORDER DATED JULY 2, 2001 INVOICE #23964 DATED 08-03-01 | 2990-000 | | 1,336.66 | 1,200.02 |
| 08/13/01 | 001010 | RC MAY & ASSOCIATES 7101 NW HEIDELBURG RD EDMOND, OK 73003 | LIQUIDATION AGENT FEES PAID PER ORDER FILED JULY 2, 2001 INVOICE E-1039 FOR TRANSPORT OF FILES AND RECORDS | 6700-000 | | 1,200.00 | 0.02 |
| 08/23/01 | | Transfer from Acct #375425685 | Bank Funds Transfer | 9999-000 | 730.76 | | 730.78 |
| 08/23/01 | 001011 | OG&E PO BOX 24990 OKLAHOMA CITY, OK 73124 | OG&E BILLING BILLING PERIOD FROM 07-21-01 TO 08-20-01 FOR ACCOUNT NO. 215-0910-0 | 2990-000 | | 36.01 | 694.77 |
| 08/23/01 | 001012 | OG&E PO BOX 24990 OKLAHOMA CITY, OK 73124 | OG&E BILLING BILLING PERIOD FROM 07-21-01 TO 08-20-01 FOR ACCOUNT NO. 215-8887-0 | 2990-000 | | 694.77 | 0.00 |
| 08/31/01 | | Transfer from Acct #375425685 | Bank Funds Transfer | 9999-000 | 2,442.08 | | 2,442.08 |
| 08/31/01 | 001013 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | RENTAL BILLING DATED 08-13-01 FOR SEPTEMBER RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-01 | 2410-000 | | 343.33 | 2,098.75 |
| 08/31/01 | 001014 | ADVANCED INTEGRATORS, LLC 236 NW 62ND STREET OKLAHOMA CITY, OK 73118 | CHAPTER 7 OPERATING EXPENSES BILLING DATED 8-14-08 FOR $1,207.50 BILLING DATED 08-22-01 FOR $891.25 PAID PER ORDER FILED 07-02-01 | 2990-000 | | 2,098.75 | 0.00 |
| | | | Page Subtotals | | 5,849.52 | 5,849.52 | |

Ver 10.61a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 17

| | | |
|---|---|---|
| Case No: | 01-13673-WV | |
| Case Name: | TLC HEALTHCARE INC | |
| Taxpayer ID No: | 73-1509412 | |
| For Period Ending: | 11/02/05 | |

| | |
|---|---|
| Trustee Name: | |
| Bank Name: | BANK OF AMERICA |
| Account Number CD #: | 375432571  Checking - Non Interest |
| | L. WIN HOLBROOK |
| Blanket Bond (per case limit): | $ 7,447,000.00 |
| Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To - Received From | 4 Description Of Transaction | Uniform Tran Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 09/07/01 | 001015 | Transfer from Acct #375432568 | Bank Funds Transfer | 9999-000 | 27,546.88 | | 27,546.88 |
| 09/07/01 | | ROCK COD CHASE/PLAZA, LLC PO BOX 21568 TULSA, OK 74121 | STATMENT DATED 09-01-01 FOR uNTI #67534050342U | 9990-000 | | 27,546.88 | 0.00 |
| 09/14/01 | | Transfer from Acct #375432568 | Bank Funds Transfer | 9999-000 | 140.00 | | 140.00 |
| 09/14/01 | 001016 | Transfer from Acct #375432568 | Bank Funds Transfer | 9999-020 | 265.82 | | 405.82 |
| 09/14/01 | | AMERICAN INGLEWOOD CONDON 10108 CONDON AVE INGLEWOOD, CA 90304 | STORAGE FEES-SEPTEMBER RENT PAID PER ORDER FILED 07-02-01 | 2410-000 | | 140.00 | 265.82 |
| 09/14/01 | 001017 | OG&E PO BOX 24990 OKLAHOMA CITY, OK 73124-0990 | OG&E FINAL BILLING BILLING PERIOD FROM 08-21-01 TO 09-04-01 FOR ACCOUNT NO. 215-48874-0 | 2990-000 | | 265.82 | 0.00 |
| 09/24/01 | | Transfer from Acct #375432568 | Bank Funds Transfer | 9999-000 | 14.66 | | 14.66 |
| 09/24/01 | 001018 | Transfer from Acct #375432568 | Bank Funds Transfer | 9999-000 | 160.00 | | 174.66 |
| 09/24/01 | | OG&E PO BOX 24990 OKLAHOMA CITY, OK 73124 | OG&E FINAL BILLING FINAL BILL FOR BILLING PERIOD FROM 08-21-01 TO 09-11-01 FOR ACCOUNT NO 21549104- | 2990-000 | | 14.66 | 160.00 |
| 09/24/01 | 001019 | AMERICAN INGLEWOOD CONDON 10108 CONDON AVE INGLEWOOD, CA 90304 | STORAGE FEES-OCTOBER RENT INCLUDES LATE PAYMENT FOR SEPTEMBER RENT PAID PER ORDER FILED 07-02-01 | 2410-000 | | 160.00 | 0.00 |
| 10/04/01 | | Transfer from Acct #375432568 | Bank Funds Transfer | 9999-000 | 343.33 | | 343.33 |
| 10/04/01 | 001020 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | RENTAL BILLING DATED 10-01-01 FOR OCTOBER RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-01 | 2410-000 | | 343.33 | 0.00 |
| 10/29/01 | | Transfer from Acct #375432568 | Bank Funds Transfer | 9999-000 | 140.00 | | 140.00 |
| 10/29/01 | 001021 | AMERICAN INGLEWOOD CONDON | STORAGE FEES-NOVEMBER RENT | 2410-000 | | 140.00 | 0.00 |

Page Subtotals: 28,610.69    28,610.69

Ver 10.6.a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 18

| Case No: | 01-13673 -WV | Trustee Name: | L. WIN BUH BROOK |
| Case Name: | TLC HEALTHCARE INC | Bank Name: | BANK OF AMERICA |
| | | Account Number: CD # | 375435711 Checking - Non Interest |

| Taxpayer ID No | 73-1509412 | Blanket Bond (per case limit): | $ 7,447,000.00 |
| For Period Ending: | 11 02 05 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11-06-01 | 001022 | 10108 CONDON AVE INGLEWOOD, CA 90304 | PAID PER ORDER FILED 07-02-01 | | | | |
| | | transfer from Acct #375435685 | Bank Funds Transfer | 9999-000 | 343.33 | | 343.33 |
| 11-06-01 | | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | RENTAL BILLING DATED 11-01-01 FOR NOVEMBER RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER | 2410-000 | | 343.33 | 0.00 |
| 11-26-01 | 001023 | Transfer from Acct #375435685 | Bank Funds Transfer PAID PER ORDER FILED 07-02-01 | 9999-000 | 140.00 | | 140.00 |
| 11-26-01 | | AMERICAN INGLEWOOD CONDON 10108 CONDON AVE INGLEWOOD, CA 90304 | STORAGE FEE-DECEMBER RENT PAID PER ORDER FILED 07-02-01 | 2410-000 | | 140.00 | 0.00 |
| 11-27-01 | 001024 | Transfer from Acct #375435685 | Bank Funds Transfer | 9999-000 | 343.33 | | 343.33 |
| 11-27-01 | | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | RENTAL BILLING DATED 12-01-01 FOR DECEMBER RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-01 | 2410-000 | | 343.33 | 0.00 |
| 12 04 01 | | Transfer from Acct #375435685 | Bank Funds Transfer | 9999-000 | 56.60 | | 56.60 |
| 12 04 01 | | Transfer from Acct #375435685 | Bank Funds Transfer | 9999-000 | 472.50 | | 529.10 |
| 12 04 01 | 001025 | MICHELLE PRIDE 1801 KINGS RD EDMOND, OK 73013 | CHAPTER 7 ADMINISTRATIVE EXPENSE PAID PER ORDER FILED 07-02-01 | 2990-000 | | 472.50 | 56.60 |
| 12 04 01 | 001026 | UNIFORM COMMERCIAL CODE PO BOX 13193 AUSTIN TX 78711-3193 | CHAPTER ADMINISTRATIVE EXPENSES PAID PER ORDER FILED 07-02-01 | 2990-000 | | 56.60 | 0.00 |
| 12-04-01 | 001026 | UNIFORM COMMERCIAL CODE PO BOX 13193 AUSTIN TX 78711-3193 | CHAPTER ADMINISTRATIVE EXPENSES CHECK MADE PAYABLE TO WRONG PAYEE | 2990-000 | | -56.60 | 56.60 |
| 12-04-01 | 001027 | OFFICE OF THE SECRETARY OF STATE | CHAPTER ADMINISTRATIVE EXPENSES | 2990-000 | | 56.60 | 0.00 |

| | | | Page Subtotals | | 1,355.76 | 1,355.76 | |

Ver. 10.03a

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 19

Case No: 01-13673 -WV
Case Name: ILC HEALTHCARE INC.

Taxpayer ID No: 73-1509412
For Period Ending: 11-02-05

Trustee Name: L. WIN HOLBROOK
Bank Name: BANK OF AMERICA
Account Number CD#: 375432571 Checking - Non Interest

Blanket Bond (per case limit): $ 7,447,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 12-20-01 | 001028 | PO BOX 13193 AUSTIN TX 78711-3193 Transfer from Acct #375432568S | PAID PER ORDER FILED 07-02-01 Bank Funds Transfer | 9999-000 | 140.00 | | 140.00 |
| 12-20-01 | | AMERICAN INGLEWOOD CONDON 10108 CONDON AVE INGLEWOOD CA 90304-6000 | STORAGE FEE-JANUARY RENT PAID PER ORDER FILED | 2410-000 | | 140.00 | 0.00 |
| 12-28-01 | 001029 | Transfer from Acct #375432568S FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | Bank Funds Transfer RENTAL BILLING DATED 12-01-01 FOR JANUARY RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER | 9999-000 | 343.33 | | 343.33 |
| 12-28-01 | | | | 2410-000 | | 343.33 | 0.00 |
| 01-22-02 | 001030 | Transfer from Acct #375432568S AMERICAN INGLEWOOD CONDON 10108 CONDON AVE INGLEWOOD CA 90304 | PAID PER ORDER FILED 07-02-01 Bank Funds Transfer STORAGE FEE-FEBRUARY RENT PAID PER ORDER FILED JULY 2, 2001 | 9999-000 | 140.00 | | 140.00 |
| 01-22-02 | | | | 2410-000 | | 140.00 | 0.00 |
| 02-06-02 | 001031 | Transfer from Acct #375432568S FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | Bank Funds Transfer RENTAL BILLING DATED 02-01-02 FOR FEBRUARY RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-01 | 9999-000 | 343.33 | | 343.33 |
| 02-06-02 | | | | 2410-000 | | 343.33 | 0.00 |
| 02-20-02 | 001032 | Transfer from Acct #375432568S AMERICAN INGLEWOOD CONDON 10108 CONDON AVE INGLEWOOD CA 90304 | Bank Funds Transfer STORAGE FEE-MARCH RENT UNIT 255 PAID PER ORDER FILED 07-02-01 | 9999-000 | 154.00 | | 154.00 |
| 02-20-02 | | | | 2410-000 | | 154.00 | 0.00 |
| 02-21-02 | 001033 | Transfer from Acct #375432568S HHHER HEALTHCARE FINANCE, INC | Bank Funds Transfer SETTLEMENT PAID PER ORDER FILED 12-26-01 REFERENCE PAGE 3, SECTION 9 AND PAGE 5, SECTION 11 (B) FROM STIPULATION FOR | 9999-000 | 127,739.95 | | 127,739.95 |
| 02-21-02 | | | | 2900-000 | | 127,739.95 | 0.00 |

Page Subtotals: 128,860.61    128,860.61

Ver. 16.61a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 30

| | | |
|---|---|---|
| Case No: | 01-13673-WV | Trustee Name: L. WIN HOLBROOK |
| Case Name: | TLC HEALTHCARE, INC. | Bank Name: BANK OF AMERICA |
| | | Account Number / CD #: 375435711 Checking - Non Interest |
| Taxpayer ID No: | 73-1509412 | Blanket Bond (per case limit): $ 7,447,000.00 |
| For Period Ending: | 11/02/05 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/05/02 | 000034 | Transfer from Acct #375435685 FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON OKLAHOMA CITY, OK 73102 SUITE 2601 | TURNOVER OF CASH COLLATERAL ATTACHED TO ORDER Bank Funds Transfer RENTAL BILLING DATED 03-01-02 FOR MARCH RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-01 | 9999-000 2410-000 | 343.33 | 343.33 | 343.33 0.00 |
| 03/20/02 | 000035 | Transfer from Acct #375435685 FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON OKLAHOMA CITY, OK 73102 SUITE 2601 | Bank Funds Transfer RENTAL BILLING DATED 04-01-02 FOR APRIL RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-01 | 9999-000 2410-000 | 343.33 | 343.33 | 343.33 0.00 |
| 03/21/02 | 000036 | Transfer from Acct #375435685 AMERICAN INGLEWOOD CONDON 10108 CONDON AVE INGLEWOOD, CA 90304 | Bank Funds Transfer STORAGE FEE-APRIL RENT UNIT 255 PAID PER ORDER FILED 07-02-01 | 9999-000 2410-000 | 154.00 | 154.00 | 154.00 0.00 |
| 04/22/02 | 000037 | Transfer from Acct #375435685 AMERICAN INGLEWOOD CONDON 10108 CONDON AVE INGLEWOOD, CA 90304 | Bank Funds Transfer STORAGE FEE-MAY RENT UNIT 255 PAID PER ORDER FILED 07-02-01 | 9999-000 2410-000 | 154.00 | 154.00 | 154.00 0.00 |
| 05/01/02 | 000038 | Transfer from Acct #375435685 FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON OKLAHOMA CITY, OK 73102 SUITE 2601 | Bank Funds Transfer LEASE RENTAL BILLING DATED 05-01-02 FOR MAY RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-01 | 9999-000 2410-000 | 343.33 | 343.33 | 343.33 0.00 |
| 05/22/02 | 000039 | Transfer from Acct #375435685 AMERICAN INGLEWOOD CONDON 10108 CONDON AVE INGLEWOOD, CA 90304 | Bank Funds Transfer STORAGE FEE-JUNE RENT UNIT 255 PAID PER ORDER FILED 07-02-01 | 9999-000 2410-000 | 154.00 | 154.00 | 154.00 0.00 |
| 06/04/02 | | Transfer from Acct #375435685 | Bank Funds Transfer | 9999-000 | 343.33 | | 343.33 |

| | | | Page Subtotals | | 1,835.32 | 1,491.99 | 343.33 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 21

Case No: 01-13673 -WV
Case Name: TLC HEALTHCARE INC
Taxpayer ID No: 73-1509412
For Period Ending: 11-02-05

Trustee Name: L WIN HOLBROOK
Bank Name: BANK OF AMERICA
Account Number / CD #: 375432571 Checking - Non Interest

Blanket Bond (per case limit): $ 7,447,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 06-04-02 | 001040 | FIRST NATIONAL CENTER, LLC / 120 NORTH ROBINSON / SUITE 2601 / OKLAHOMA CITY, OK 73102 | LEASE RENTAL / BILLING DATED 06-01-02 FOR JUNE RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER / PAID PER ORDER FILED 07-02-01 | 2410-000 | | 343.33 | 0.00 |
| 06-24-02 | 001041 | Transfer from Acct #375432585 / AMERICAN INGLEWOOD CONDON / 10108 CONDON AVE / INGLEWOOD, CA 90304 | Bank Funds Transfer | 9999-000 | 154.00 | | 154.00 |
| 06-24-02 | | | STORAGE FEE-JULY RENT / UNIT 255 / PAID PER ORDER FILED 07-02-01 | 2410-000 | | 154.00 | 0.00 |
| 06-26-02 | 001042 | Transfer from Acct #375432585 / FIRST NATIONAL CENTER, LLC / 120 NORTH ROBINSON / SUITE 2601 / OKLAHOMA CITY, OK 73102 | Bank Funds Transfer | 9999-000 | 343.33 | | 343.33 |
| 06-26-02 | | | LEASE RENTAL / BILLING DATED 07-01-02 FOR JUNE RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER / (ORIGINAL CHECK STATES JUNE RENT-PAYMENT IS ACTUALLY FOR JULY) | 2410-000 | | 343.33 | 0.00 |
| 07-08-02 | 001043 | Transfer from Acct #375432585 / HOLBROOK & TOFFOLI, ATTY / 120 N ROBINSON, SUITE 2200 / OKLAHOMA CITY, OK 73102 | Bank Funds Transfer | 9999-000 | 57,402.23 | | 57,402.23 |
| 07-08-02 | | | ATTORNEY EXPENSES / PAID PER ORDER FILED 07-02-02 | 3120-000 | | 763.78 | 56,638.45 |
| 07-08-02 | 001044 | HOLBROOK & TOFFOLI, ATTY / 120 N. ROBINSON, SUITE 2200 / OKLAHOMA CITY, OK 73102 | ATTORNEY FEES / paid per order filed 07-02-02 / WIN PAID $10,194.92 (18%), MARK TOFFOLI / PAID $2,831.92 (5%), AND MARK MONSOUR / PAID $43,611.61 (77%) | 3110-000 | | 56,638.45 | 0.00 |
| 07-22-02 | 001045 | Transfer from Acct #375432585 / AMERICAN INGLEWOOD CONDON / 10108 CONDON AVE / INGLEWOOD, CA 90304 | Bank Funds Transfer | 9999-000 | 154.00 | | 154.00 |
| 07-22-02 | | | STORAGE FEE- AUGUST RENT / UNIT 255 / PAID PER ORDER FILED 07-02-02 | 2410-000 | | 154.00 | 0.00 |
| 07-29-02 | 001046 | Transfer from Acct #375432585 / DENNIS MALEY | Bank Funds Transfer | 9999-000 | 2,275.00 | | 2,275.00 |
| 07-29-02 | | | ACCOUNTANT FEES | 3410-000 | | 2,275.00 | 0.00 |

Page Subtotals: 60,328.56 | 60,671.89

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 22

| Case No: | 01-13673 -WV | | Trustee Name: | L. WIN HOLBROOK |
|---|---|---|---|---|
| Case Name: | TLC III-AUTHCARE INC. | | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | 73-1509412 | | Account Number / CD #: | 375432571 1 Checking - Non Interest |
| For Period Ending: | 11-02-05 | | Blanket Bond (per case limit): | $ 7,447,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/02 | | MAFFY & DILLINGHAM / 2915 CLASSEN BLVD., SUITE 522 / OKLAHOMA CITY, OK 73106 | Bank Funds Transfer | 9999-000 | 343.33 | | 343.33 |
| 07/30/02 | 001047 | FIRST NATIONAL CENTER, LLC / 120 NORTH ROBINSON / SUITE 2601 / OKLAHOMA CITY, OK 73102 | BILLING DATED 08-01-02 FOR AUG RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER / PAID PER ORDER FILED 07-02-002 | 2410-000 | | 343.33 | 0.00 |
| 08/26/02 | | Transfer from Acct #375432685 | Bank Funds Transfer | 9999-000 | 154.00 | | 154.00 |
| 08/26/02 | 001048 | AMERICAN INGLEWOOD CONDON / 10108 CONDON AVE / INGLEWOOD, CA 90304 | STORAGE FEE--SEPTEMBER RENT / UNIT 255 / PAID PER ORDER FILED 07-02-02 | 2410-000 | | 154.00 | 0.00 |
| 09/04/02 | | Transfer from Acct #375432685 | Bank Funds Transfer | 9999-000 | 343.33 | | 343.33 |
| 09/04/02 | 001049 | FIRST NATIONAL CENTER, LLC / 120 NORTH ROBINSON / SUITE 2601 / OKLAHOMA CITY, OK 73102 | LEASE RENTAL / BILLING DATED 09-01-02 FOR SEP RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER | 2410-000 | | 343.33 | 0.00 |
| 09/24/02 | | Transfer from Acct #375432685 | Bank Funds Transfer | 9999-000 | 343.33 | | 343.33 |
| 09/24/02 | 001050 | FIRST NATIONAL CENTER, LLC / 120 NORTH ROBINSON / SUITE 2601 / OKLAHOMA CITY, OK 73102 | LEASE RENTAL / BILLING DATED 10-01-02 FOR SEP RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER FOR / PAID PER ORDER FILED 10-07-02-2002 / THIS CHECK WAS FOR OCTOBER RENT. / WRONG MONTH SHOWN ON DESCRIPTION / DID NOT CATCH ERROR UNTIL AFTER CHECK / WAS PRINTED AND DISBURSED TO FIRST / NATIONAL CENTER, JB | 2410-000 | | 343.33 | 0.00 |
| 09/26/02 | | Transfer from Acct #375432685 | Bank Funds Transfer | 9999-000 | 154.00 | | 154.00 |
| 09/26/02 | 001051 | AMERICAN INGLEWOOD CONDON / 10108 CONDON AVE | STORAGE FEE--OCTOBER RENT / UNIT 255 | 2410-000 | | 154.00 | 0.00 |
| | | | Page Subtotals | | 1,337.99 | 1,337.99 | |

Ver: 10.61a

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page    23

| Case No: | 01-13673 -WV | | | Trustee Name: | | I. WIN HOLBROOK | |
| Case Name: | TLC HEALTHCARE INC | | | Bank Name: | | BANK OF AMERICA | |
| | | | | Account Number / CD #: | | 375432571 Checking - Non Interest | |
| Taxpayer ID No: | 731-509412 | | | Blanket Bond (per case limit): | | $ 7,447,000.00 | |
| For Period Ending: | 11/02/05 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/17/02 | | INGLEWOOD, CA  90304 | PAID PER ORDER FILED 07-02-02 | 9999-000 | | | 343.33 |
| 10/17/02 | 001052 | Transfer from Acct #375432585 FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK  73102 | Bank Funds Transfer LEASE RENTAL BILLING DATED 11-01-02 FOR NOV RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-2002 | 2410-000 | 343.33 | 343.33 | 343.33 |
| 11/22/02 | | Transfer from Acct #375432585 | Bank Funds Transfer | 9999-000 | | | 343.33 |
| 11/22/02 | 001053 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK  73102 | LEASE RENTAL BILLING DATED 12-01-02 FOR DEC RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-2002 | 2410-000 | 343.33 | 343.33 | 0.00 |
| 12/23/02 | | Transfer from Acct #375432585 | Bank Funds Transfer | 9999-000 | 343.33 | | 343.33 |
| 12/23/02 | 001054 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK  73102 | LEASE RENTAL BILLING DATED 01-01-03 FOR JAN RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-2002 | 2410-000 | 449,328.29 | 343.33 | 449,671.62 449,328.29 |
| 12/23/02 | 001055 | MICHAEL E. DEEBA, RECEIVER | PAYMENT PAID PER ORDER FILED 12-18-02 | 2990-000 | | 50,259.77 | 399,068.52 |
| 12/23/02 | 001056 | HELLER HEALTHCARE FINANCE INC | PAYMENT PAID PER ORDER FILED 12-08-02 | 2990-000 | | 261,353.99 | 137,714.53 |
| 12/23/02 | 001057 | MICHAEL E. DEEBA, RECEIVER FOR THE BENEFIT OF HCPI | PAYMENT PAID PER ORDER FILED 12-18-02 LETTER IN FILE AUTHORIZING TRUSTEE TO MAKE CHECK PAYABLE TO MICHAEL E DEEBA AS RECEIVER | 2990-000 | | 137,714.53 | 0.00 |
| 01/17/03 | | Transfer from Acct #375432585 | Bank Funds Transfer | 9999-000 | 2,399.61 | | 2,399.61 |
| 01/17/03 | 001058 | OSIRIN & OSIRIN COMPANY 4101 BIRCH STREET SUITE 150 NEWPORT BEACH, CA  92660 | AUCTIONEER FEES PAID PER ORDER FILED 01-17-03 | 3610-000 | | 2,399.61 | 0.00 |

Page Subtotals    452,757.89    452,757.89

Ver  16.06a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 24

| Case No: | 01-13673 -WV | | | Trustee Name: | | L. WIN HOLBROOK |
| Case Name: | TLC HEALTHCARE INC. | | | Bank Name: | | BANK OF AMERICA |
| | | | | Account Number / CD #: | | 375435771 ( Checking - Non Interest |
| Taxpayer ID No: | 73-1509412 | | | | | |
| For Period Ending: | 11-02-05 | | | Blanket Bond (per case limit): | | $ 7,447,000.00 |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/28/03 | | Transfer from Acct #375435685 | Bank Funds Transfer | 9999-000 | 81,750.99 | | 81,750.99 |
| 01/28/03 | 001059 | HOLBROOK & TOFFOLI, ATTY 130 N. ROBINSON, SUITE 2300 OKLAHOMA CITY, OK 73102 | ATTORNEY EXPENSES PAID PER ORDER FILED 01-27-03 | 3120-000 | | 634.29 | 81,125.70 |
| 01/28/03 | 001060 | HOLBROOK & TOFFOLI, ATTY 130 N. ROBINSON, SUITE 2300 OKLAHOMA CITY, OK 73102 | ATTORNEY FEES PAID PER ORDER FILED 01-27-03 | 3110-000 | | 81,125.70 | 0.00 |
| 01/29/03 | | Transfer from Acct #375435685 | Bank Funds Transfer | 9999-000 | 343.33 | | 343.33 |
| 01/29/03 | 001061 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 3601 OKLAHOMA CITY, OK 73102 | LEASE RENTAL BILLING DATED 02-01-03 FOR FEB RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-2002 | 2410-000 | | 343.33 | 0.00 |
| 02/18/03 | | Transfer from Acct #375435685 | Bank Funds Transfer | 9999-000 | 343.33 | | 343.33 |
| 02/18/03 | 001062 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | LEASE BILLING DATED 03-01-03 FOR MARCH RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-2002 | 2410-000 | | 343.33 | 0.00 |
| 03/03/03 | | Transfer from Acct #375435685 | Bank Funds Transfer | 9999-000 | 850.00 | | 850.00 |
| 03/03/03 | 001063 | DENNIS MALFY MALFY & DILLINGHAM 2915 CLASSEN BLVD, SUITE 522 OKLAHOMA CITY, OK 73106 | ACCOUNTANT FEES PAID PER ORDER FILED 02-27-03 | 3410-000 | | 850.00 | 0.00 |
| 03/17/03 | | Transfer from Acct #375435685 | Bank Funds Transfer | 9999-000 | 343.33 | | 343.33 |
| 03/17/03 | 001064 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | LEASE BILLING DATED 04-01-03 FOR APRIL RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-2002 | 2410-000 | | 343.33 | 0.00 |
| 04/25/03 | | Transfer from Acct #375435685 | Bank Funds Transfer | 9999-000 | 115,045.75 | | 115,045.75 |
| 04/25/03 | 001065 | HOLADAY, CHILTON & DEGIUSTI P.L.L.C. SUITE 1500 | ATTORNEY FEES PAID PER ORDER FILED 01-22-03 | 3110-000 | | 35,000.00 | 80,045.75 |

Page Subtotals     198,685.73     118,639.98

Ver: 10.04a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No        01-13673-WV
Case Name      TLC HEALTHCARE INC.

Taxpayer ID No.    73-1509412
For Period Ending  11/02/05

Trustee Name:      1 WINTHROBROOK
Bank Name:         BANK OF AMERICA
Account Number / CD #:  375425711  Checking - Non Interest

Blanket Bond (per case limit):    $ 7,447,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | 204 N ROBINSON OKLAHOMA CITY, OK  73102 | | | | | |
| 04/25/03 | 001066 | REYNOLDS RIDING VOGT & MORGAN 120 N ROBINSON, SUITE 2200 OKLAHOMA CITY, OK  73102 | ATTORNEY EXPENSES PAID PER ORDER FILED 02-10-03 | 3120-000 | | 2,545.75 | 77,500.00 |
| 04/25/03 | 001067 | REYNOLDS RIDING VOGT & MORGAN 120 N ROBINSON, SUITE 2200 OKLAHOMA CITY, OK  73102 | ATTORNEY FEES PAID PER ORDER FILED 02-10-03 | 3110-000 | | 77,500.00 | 0.00 |
| 05/05/03 | | Transfer from Acct #375425685 | Bank Funds Transfer | 9999-000 | 343.33 | | 343.33 |
| 05/05/03 | 001068 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK  73102 | LEASE BILLING DATED 05-01-03 FOR MAY RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-2002 | 2410-000 | | 343.33 | 0.00 |
| 05/30/03 | | Transfer from Acct #375425685 | Bank Funds Transfer | 9999-000 | 343.33 | | 343.33 |
| 05/30/03 | 001069 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK  73102 | LEASE BILLING DATED 06-01-03 FOR JUNE RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-2002 | 2410-000 | | 343.33 | 0.00 |
| 06/19/03 | | Transfer from Acct #375425685 | Bank Funds Transfer | | 343.33 | | 343.33 |
| 06/19/03 | | Transfer from Acct #375425685 | Bank Funds Transfer | | 22,266.01 | | 22,609.34 |
| 06/19/03 | 001070 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK  73102 | LEASE BILLING DATED 07-01-03 FOR JULY RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-2002 DESCRIPTION ON CHECK IS INCORRECT AS PAYMENT IS FOR JULY RENT FROM BILLING DATED 07-01-03 RATHER THAN THE INFORMATION SHOWN. | 2410-000 | | 343.33 | 22,266.01 |
| 06/19/03 | 001071 | DENNIS MALEY MALEY & BILLINGHAM | ACCOUNTANT FEES PAID PER ORDER FILED 09-16-03 | 3410-000 | | 1,335.00 | 20,931.01 |
| | | | Page Subtotals | | 24,296.00 | 82,410.74 | |

Page: 25

Ver: 19.04a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 01-13673-WV |
| Case Name: | ILC HEALTHCARE INC. |
| Taxpayer ID No: | 73-1150412 |
| For Period Ending: | 11-02-05 |

| | |
|---|---|
| Trustee Name: | L. WIN HOLBROOK |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | 375435711 Checking - Non Interest |

Blanket Bond (per case limit): $ 7,447,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 06/19/03 | 001072 | HOLBROOK & TOFOOLI, ATTY / 2915 CLASSEN BLVD. SUITE 522 / OKLAHOMA CITY, OK 73106 | ATTORNEY FEES / PAID PER ORDER FILED 06-18-03 | 3110-000 | | 20,191.50 | 739.51 |
| 06/19/03 | 001073 | HOLBROOK & TOFOOLI, ATTY / 120 N ROBINSON, SUITE 2200 / OKLAHOMA CITY, OK 73102 | ATTORNEY EXPENSES / PAID PER ORDER FILED 06-18-03 | 3120-000 | | 739.51 | 0.00 |
| | | Transfer from Acct #375435685 | TRANSFER TO WRITE CHECKS | 9999-000 | 686.66 | | 686.66 |
| 08/19/03 | 001074 | FIRST NATIONAL CENTER, LLC / 120 NORTH ROBINSON / SUITE 2601 / OKLAHOMA CITY, OK 73102 | LEASE / BILLING DATED 09-01-03 FOR AUGUST AND SEPTEMBER RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER / PAID PER ORDER FILED 07-02-2002 | 2410-000 | | 686.66 | 0.00 |
| | | Transfer from Acct #375435685 | Bank Funds Transfer | 9999-000 | 686.66 | | 686.66 |
| 11/06/03 | 001075 | FIRST NATIONAL CENTER, LLC / 120 NORTH ROBINSON / SUITE 2601 / OKLAHOMA CITY, OK 73102 | LEASE / BILLING DATED 11-01-03 FOR OCTOBER AND NOVEMBER RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER / PAID PER ORDER FILED 07-02-2002 | 2410-000 | | 686.66 | 0.00 |
| | | Transfer from Acct #375435685 | Bank Funds Transfer | 9999-000 | 343.33 | | 343.33 |
| 12/10/03 | 001076 | FIRST NATIONAL CENTER, LLC / 120 NORTH ROBINSON / SUITE 2601 / OKLAHOMA CITY, OK 73102 | LEASE / BILLING DATED FOR 11-11-03 FOR DECEMBER RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER / PAID PER ORDER FILED 07-02-2002 | 2410-000 | | 343.33 | 0.00 |
| 12/22/03 | | Transfer from Acct #375435685 | Bank Funds Transfer | 9999-000 | 30,501.50 | | 30,501.50 |
| 12/22/03 | 001077 | MILDRED JAMES / 17708 DICKERSON STREET / NO #105 | CLAIM #134 PAYMENT / PAID PER ORDER FILED DECEMBER 17, 2003 | 5300-000 | | 3,683.07 | 26,818.43 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 37

Case No: 01-13673 -WV
Case Name: 11 CHEATHCARE INC.

Taxpayer ID No.: 73-1509412
For Period Ending: 11/02/05

Trustee Name: L. WINHOLBROOK
Bank Name: BANK OF AMERICA
Account Number / CD #: 375435711 Checking - Non Interest

Blanket Bond (per case limit): $ 7,447,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 12/29/03 | | DALLAS, TX 75252 Transfer from Acct #375435685 | Bank Funds Transfer | 9999-000 | 3,683.07 | | 30,501.50 |
| 12/29/03 | | Transfer from Acct #375435685 | Bank Funds Transfer | 9999-000 | 21,894.48 | | 52,395.98 |
| 12/29/03 | 001078 | DONNA THOMAS "THOMAS NURSING CENTER PO BOX 350 THOMAS, OK 73669 | Claim 22, Payment 100.00000% PRIORITY WAGES | 5300-000 | | 249.30 | 52,146.68 |
| 12/29/03 | 001079 | RUTH JOHNSON PO BOX 170432 DALLAS TX 75217 | Claim 101, Payment 100.00000% PRIORITY WAGE | 5300-000 | | 2,668.14 | 49,478.54 |
| 12/29/03 | 001080 | CONSTANCE KLEWER 34 RENO ROAD HY'S NEVADA 89301 | Claim 103, Payment 100.00000% PRIORITY WAGE | 5300-000 | | 754.47 | 48,724.07 |
| 12/29/03 | 001081 | MARGIE NOVICH PO BOX 583 MCGILL NV 89318 | Claim 105, Payment 100.00000% PRIORITY WAGES | 5300-000 | | 579.28 | 48,144.79 |
| 12/29/03 | 001082 | KIMBERLY DOUGLAS PO BOX 142 GALT CA 95632 | Claim 109, Payment 100.00000% PRIORITY WAGE | 5300-000 | | 458.93 | 47,685.86 |
| 12/29/03 | 001083 | CLIFTON WILEY 1802 IE WILLIAM DR STILLWATER, OK 74075 | Claim 11, Payment 100.00000% PRIORITY WAGES | 5300-000 | | 71.73 | 47,614.13 |
| 12/29/03 | 001084 | MARY JO NAGEL 786 CARLIN DR ANGOLA IN 46703 | Claim 110, Payment 100.00000% PRIORITY WAGES | 5300-000 | | 262.57 | 47,351.56 |
| 12/29/03 | 001085 | BESSIE MONEY 412 N WILLIAMS STREET ANGOLA IN 46703 | Claim 116, Payment 100.00000% PRIORITY WAGES | 5300-000 | | 323.27 | 47,028.29 |
| 12/29/03 | 001086 | SONIA L ALLGIRE 902 DUBLIN LANE | Claim 127, Payment 100.00000% PRIORITY WAGE | 5300-000 | | 184.49 | 46,843.80 |

Page Subtotals: 25,577.55   5,552.18

Ver: 16.04a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 01-13673 -WV | | Trustee Name: | L. WIN HOLBROOK | | Page: | 28 |
| Case Name: | TLC HEALTHCARE INC. | | Bank Name: | BANK OF AMERICA | | | |
| | | | Account Number / CD #: | 375432571 1  Checking - Non Interest | | | |
| Taxpayer ID No: | 73-1509412 | | | | | | |
| For Period Ending: | 11/02/05 | | Blanket Bond (per case limit): | $ 7,447,000.00 | | | |
| | | | Separate Bond (if applicable): | | | | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 12/29/03 | 001087 | ANGOLA, IN  46703<br>GORDON A CASE II<br>2936 NAUGATUCK AVE<br>SAN DIEGO CA  92117 | Claim 132, Payment 100.00000%<br>PRIORITY WAGES | 5300-000 | | 3,194.48 | 45,649.32 |
| 12/29/03 | 001088 | PATRICIA HANDLEY<br>1520 DEWBERRY #201<br>LANCASTER TX  75134 | Claim 14, Payment 100.00000%<br>PRIORITY WAGE | 5300-000 | | 676.71 | 42,972.61 |
| 12/29/03 | 001089 | DEBORAH WALB<br>11995 E 390S<br>LAGRANGE, IN  46761 | Claim 148, Payment 100.00000%<br>PRIORITY WAGES | 5300-000 | | 167.67 | 42,804.94 |
| 12/29/03 | 001090 | STEPHANIE A. CHIDDISTER<br>613 E RANDOLPH STREET<br>ANGOLA, IN  46703 | Claim 149, Payment 100.00000%<br>PRIORITY WAGE | 5300-000 | | 171.63 | 42,633.31 |
| 12/29/03 | 001091 | FRANCES K POWELL<br>1520 DEWBERRY #201<br>LANCASTER TX  75134 | Claim 15, Payment 100.00000%<br>PRIORITY WAGES | 5300-000 | | 901.53 | 41,731.78 |
| 12/29/03 | 001092 | ALICE M DOOLITTLE<br>7475 N 150 W<br>FREMONT IN  46737 | Claim 156, Payment 100.00000%<br>PRIORITY WAGE | 5300-000 | | 496.57 | 41,235.21 |
| 12/29/03 | 001093 | VIVIAN P PONDER<br>1350 LAURA LANE<br>DALLAS, TX  75241 | Claim 17, Payment 100.00000%<br>PRIORITY WAGES | 5300-000 | | 3,775.54 | 37,459.67 |
| 12/29/03 | 001094 | BRENDA GUTIERREZ<br>2171 411H ST<br>GRANDIFIELD OK  73546 9364 | Claim 171, Payment 100.00000%<br>PRIORITY WAGE | 5300-000 | | 775.65 | 36,684.02 |
| 12/29/03 | 001095 | CAROLYN S CLARKE<br>PO BOX 256<br>BURKBURNETT TX  76354 | Claim 178, Payment 100.00000%<br>PRIORITY WAGE | 5300-000 | | 909.14 | 35,774.88 |
| 12/29/03 | 001096 | CAROL A. ALLEN<br>502 CALVARY LANE | Claim 179, Payment 100.00000%<br>PRIORITY WAGES | 5300-000 | | 351.12 | 35,423.76 |

| | | | Page Subtotals | | 0.00 | 11,420.04 | |

Ver: 10.01e

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 29

| Case No: | 01-13673 -WV | | Trustee Name: | L. WIN HOLBROOK |
| --- | --- | --- | --- | --- |
| Case Name: | TLC HEALTHCARE INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | 375435711 Checking - Non Interest |
| Taxpayer ID No: | 73-1509412 | | Blanket Bond (per case limit): | $ 7,447,000.00 |
| For Period Ending: | 11/02/05 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/29/03 | 001097 | ANGOLA IN 46703 ANNIE P CHILES 2625 RUTGERS DRIVE LANCASTER TX 75134 | Claim 18, Payment 100.00000%, PRIORITY WAGE | 5300-000 | | 895.97 | 34,537.79 |
| 12/29/03 | 001098 | BRENDA F NEWTON 410 WYATT STREET WAXAHACHIE, TX 75165 | Claim 20, Payment 100.00000%, PRIORITY WAGES | 5300-000 | | 331.17 | 34,206.62 |
| 12/29/03 | 001099 | YVONNE D BARNETT 321 CEDAR STREET WILMER TX 75172 | Claim 21, Payment 100.00000%, PRIORITY WAGES | 5300-000 | | 251.99 | 33,954.63 |
| 12/29/03 | 001100 | TRACY HEISER 704 CHERRY POINT RD PARIS IL 61944 | Claim 22R, Payment 100.00000%, PRIORITY WAGE | 5300-000 | | 475.39 | 33,479.24 |
| 12/29/03 | 001101 | KELLY SWIFT %,THOMAS NURSING CENTER PO BOX 350 THOMAS, OK 73669 | Claim 23, Payment 100.00000%, PRIORITY WAGES | 5300-000 | | 426.90 | 33,052.34 |
| 12/29/03 | 001102 | SHARON STARK 6703 STATE ROUTE 1 GEORGETOWN IL 61846 | Claim 236, Payment 100.00000%, PRIORITY WAGES | 5300-000 | | 350.73 | 32,701.61 |
| 12/29/03 | 001103 | JESSIE F BRANSON 404 E JACKSON PARIS IL 61944 | Claim 257, Payment 100.00000%, PRIORITY WAGE | 5300-000 | | 471.34 | 32,230.27 |
| 12/29/03 | 001104 | CAROL RICE %,THOMAS NURSING CENTER PO BOX 350 THOMAS, OK 73669 | Claim 24, Payment 100.00000%, PRIORITY WAGES | 5300-000 | | 227.15 | 32,003.12 |
| 12/29/03 | 001105 | LACEY PRICE 4315 PR 2140 OAKWOOD, TX 75855 | Claim 242, Payment 100.00000%, PRIORITY WAGES | 5300-000 | | 417.51 | 31,585.61 |

Page Subtotals     0.00     3,838.15

Ver: 10.04a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 01-13673 -WV  
Case Name: TECHMATICARE INC.

Taxpayer ID No: 73-1509412  
For Period Ending: 11-02-05

Trustee Name: I. WIN HOLBROOK  
Bank Name: BANK OF AMERICA  
Account Number / CD #: 375425711 Checking - Non Interest

Blanket Bond (per case limit)  
Separate Bond (if applicable): $ 7,447,000.00

Page: 36

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 12-29-03 | 001106 | HAZEL WILKIN 316 PARRISH STREET PARIS, IL 61944 | Claim 243, Payment 100.00000%, PRIORITY WAGES | 5300-000 | | 706.53 | 30,879.08 |
| 12-29-03 | 001107 | BRENDA LEHMAN %THOMAS NURSING CENTER PO BOX 350 THOMAS OK 73669 | Claim 25, Payment 100.00000%, PRIORITY WAGE | 5300-000 | | 406.27 | 30,472.81 |
| 12-29-03 | 001108 | VIVIAN DUFFY %THOMAS NURSING CENTER PO BOX 350 THOMAS OK 73669 | Claim 26, Payment 100.00000%, PRIORITY WAGE | 5300-000 | | 406.27 | 30,066.54 |
| 12-29-03 | 001109 | JANA DALRYMPLE %THOMAS NURSING CENTER PO BOX 350 THOMAS OK 73669 | Claim 27, Payment 100.00000%, PRIORITY WAGE | 5300-000 | | 231.70 | 29,834.84 |
| 12-29-03 | 001110 | ROXANNE RYMER %THOMAS NURSING CENTER PO BOX 350 THOMAS OK 73669 | Claim 28, Payment 100.00000%, PRIORITY WAGES | 5300-000 | | 190.44 | 29,644.40 |
| 12-29-03 | 001111 | CAROL SCHIDLER %THOMAS NURSING CENTER PO BOX 350 THOMAS OK 73669 | Claim 29, Payment 100.00000% | 5300-000 | | 249.16 | 29,395.24 |
| 12-29-03 | 001112 | SANDRA SEXTON 1453 COUNTY ROAD #14 WATERLOO IN 46793-9595 | Claim 295, Payment 100.00000% | 5300-000 | | 202.34 | 29,192.90 |
| 12-29-03 | 001113 | DELANA COMER %THOMAS NURSING CENTER PO BOX 350 THOMAS OK 73669 | Claim 30, Payment 100.00000%, PRIORITY WAGE | 5300-000 | | 156.11 | 29,036.79 |

Page Subtotals: 0.00    2,548.82

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        01-13673 -WV
Case Name:      TLC HEALTHCARE, INC

Trustee Name:      L. WIN HOLBROOK
Bank Name:         BANK OF AMERICA
Account Number / CD #:    375425711  Checking - Non Interest

Taxpayer ID No:    73-1509412
For Period Ending:  11/02/05

Blanket Bond (per case limit):  $ 7,447,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12-29-03 | 001114 | RENA BROZE "%THOMAS NURSING CENTER PO BOX 350 THOMAS, OK  73669 | Claim 31, Payment 100.00000% PRIORITY WAGE | 5300-000 | | 485.62 | 28,551.17 |
| 12-29-03 | 001115 | BARBARA ADAMS THOMAS NURSING CENTER PO BOX 350 THOMAS OK  73669 | Claim 32, Payment 100.00000% PRIORITY WAGES | 5300-000 | | 249.16 | 28,302.01 |
| 12-29-03 | 001116 | HELEN CARTER %THOMAS NURSING CENTER PO BOX 350 THOMAS, OK  73669 | Claim 33, Payment 100.00000% PRIORITY WAGE | 5300-000 | | 214.25 | 28,087.76 |
| 12-29-03 | 001117 | ELISHA SHAW 502 N MERRILL NO 256 DUNCANVILLE  TX  75116 | Claim 35, Payment 100.00000% PRIORITY WAGES | 5300-000 | | 1,294.54 | 26,793.22 |
| 12-29-03 | 001118 | WENDI BRIMMER PO BOX 740 THOMAS, OK  73669 | Claim 36, Payment 100.00000% PRIORITY WAGE | 5300-000 | | 3,689.78 | 23,103.44 |
| 12-29-03 | 001119 | BERNICE DUDLEY 6025 PARK MANOR DR DALLAS, TX  75241 | Claim 37, Payment 100.00000% PRIORITY WAGE | 5300-000 | | 1,422.39 | 21,681.05 |
| 12-29-03 | 001120 | LULA SPENCE PO BOX 19 FERRIS TX  75125 | Claim 40, Payment 100.00000% PRIORITY WAGES | 5300-000 | | 745.76 | 20,935.29 |
| 12-29-03 | 001121 | IRENE MOSS 1102 KATY STREET LANCASTER TX  75146 | Claim 42, Payment 100.00000% PRIORITY WAGES | 5300-000 | | 411.91 | 20,523.38 |
| 12-29-03 | 001122 | PEGGY REED 316 N GOODE RD PO BOX 71 | Claim 43, Payment 100.00000% PRIORITY WAGES | 5300-000 | | 1,306.28 | 19,217.10 |

Page Subtotals                    0.00                    9,819.69

Page:    31

Ver: 10.61a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:    01-13673 -WV
Case Name:    TLC HEALTHCARE INC

Taxpayer ID No.:    73-1509412
For Period Ending:    11/02/05

Trustee Name:    I. WIN HOLBROOK
Bank Name:    BANK OF AMERICA
Account Number / CD #:    375435711 Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable):    $ 7,447,000.00

Page   32

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 12-29-03 | 001123 | ERNESTINE HARRIS<br>1441 WARWICK DR<br>LANCASTER TX 75134 | Claim 44, Payment 100.000000%,<br>PRIORITY WAGE | 5300-000 | | 3,829.28 | 15,387.82 |
| 12-29-03 | 001124 | RUDOLFO BANUASAN<br>3216 BLUE RIDGE CIRCLE<br>STOCKTON, CA 95219 | Claim 53, Payment 100.000000%,<br>PRIORITY WAGES | 5300-000 | | 1,945.17 | 13,442.65 |
| 12-29-03 | 001125 | JUDY MARINO<br>211 TIOGA DRIVE<br>LODI CA 95242 | Claim 60, Payment 100.000000%<br>PRIORITY WAGES | 5300-000 | | 1,721.47 | 11,721.18 |
| 12-29-03 | 001126 | MARGARET E BAKER<br>PO BOX 5<br>BAKER NV 89311 | Claim 61, Payment 100.000000",<br>PRIORITY WAGES | 5300-000 | | 444.69 | 11,276.49 |
| 12-29-03 | 001127 | DEE K BECWITH<br>795 AVE N<br>ELY NV 89301 | Claim 66, Payment 100.000000",<br>PRIORITY WAGES | 5300-000 | | 1,013.30 | 10,263.19 |
| * 12-29-03 | 001128 | PAULINE A RAMIREZ<br>PO BOX 690232<br>STOCKTON CA 95269 | Claim 69, Payment 100.000000",<br>PRIORITY WAGES | 5300-000 | | 2,306.43 | 7,956.76 |
| 12-29-03 | 001129 | LINDA ANN KNOWLES<br>206 TIOGA DRIVE<br>LODI CA 95242 | Claim 70, Payment 100.000000",<br>PRIORITY WAGE | 5300-000 | | 447.17 | 7,509.59 |
| 12-29-03 | 001130 | DONNA GUBLER<br>PO BOX 187<br>LUND NV 89317 | Claim 73, Payment 100.000000",<br>PRIORITY WAGES | 5300-000 | | 786.46 | 6,723.13 |
| 12-29-03 | 001131 | RHONDA SHIBERT<br>1377 S CRESCENT AVE APT 3<br>LODI CA 95240 | Claim 74, Payment 100.000000%,<br>PRIORITY WAGES | 5300-000 | | 487.17 | 6,235.96 |
| 12-29-03 | 001132 | NINA KHAM<br>7332 TRISTAN CIR | Claim 80, Payment 100.000000",<br>PRIORITY WAGE | 5300-000 | | 1,150.16 | 5,085.80 |

Page Subtotals    0.00    14,131.30

Ver: 19.01a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 33

| Case No: | 01-13673 -WV |
|---|---|
| Case Name: | ELCHEALTHCARE INC. |

| Taxpayer ID No: | 73-1501412 |
|---|---|
| For Period Ending: | 11/02/05 |

Trustee Name: | J. WINTHROBROOK
Bank Name: | BANK OF AMERICA
Account Number / CD #: | 3754325711  Checking - Non Interest

Blanket Bond (per case limit): | $ 7,447,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | STOCKTON CA 95210 | | | | | |
| 12-29-03 | 001133 | NORMA M LESHER PO BOX 1133 MCGILL NV 89318 | Claim 81, Payment 100.000000% PRIORITY WAGES | | | $300.000 438.02 | 4,647.78 |
| 12-29-03 | 001134 | SARA JUSTI SEN BOX 882 MCGILL NV 89318 | Claim 87, Payment 100.000000% PRIORITY WAGES | | | $300.000 346.69 | 4,301.09 |
| 12-29-03 | 001135 | JACKIE I DAVIS BOX 123 RUHH NV 89319 | Claim 88, Payment 100.000000% PRIORITY WAGE | | | $300.000 355.75 | 3,945.34 |
| 12-29-03 | 001136 | WAY NUN IISHOP 762 MURRY STREET ELY NV 89301 | Claim 89, Payment 100.000000% PRIORITY WAGE | | | $300.000 411.75 | 3,533.59 |
| 12-29-03 | 001137 | LUCILLE A ROBISON 25 RENO ROAD ELY NV 89301 | Claim 90, Payment 100.000000% PRIORITY WAGES | | | $300.000 1,007.96 | 2,525.63 |
| 12-29-03 | 001138 | ANDREA CORDILZ 512 E PINE STREET LODI CA 95240 | Claim 91, Payment 100.000000% PRIORITY WAGE | | | $300.000 691.93 | 1,833.70 |
| 12-29-03 | 001139 | MARISOL VIRAMONTES 219 WATSON STREET LODI CA 95240 | Claim 95, Payment 100.000000% PRIORITY WAGES | | | $300.000 382.78 | 1,450.92 |
| 12-29-03 | 001140 | ELISA MARQUEZ 9935 KOST ROAD GALT CA 95632 | Claim 96, Payment 100.000000% PRIORITY WAGES | | | $300.000 231.58 | 1,219.34 |
| 12-29-03 | 001141 | BARBARA LEWIS PO BOX 350 ELY NV 89315 | Claim 99, Payment 100.000000% PRIORITY WAGES | | | $300.000 554.22 | 665.12 |
| 12-29-03 | 001142 | MARY MANGUS 6241 N 600 E | Claim 141, Payment 100.000000% PRIORITY WAGES | | | $800.000 416.83 | 248.29 |

Page Subtotals | 0.00 | 4,837.51

Ver. 10.61a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 34

| Case No. | 01-13673 -WV | | Trustee Name: | L. WIN HOLBROOK |
| Case Name: | TC HEALTHCARE INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | 375425711 Checking - Non Interest |
| Taxpayer ID No: | 731-1509412 | | | |
| For Period Ending: | 11/02/05 | | Blanket Bond (per case limit): | $ 7,447,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12-29-03 | 001143 | FREMONT IN 46737 JUDITH M LOVE FUSS 514 N MARCHIA STREET ANGOLA, IN 46703 | Claim 99, Payment 100.0000*... PRIORITY WAGES | 5800-000 | | 248.29 | 0.00 |
| 12-31-03 | | Transfer from Acct #375425685 | TRANSFER TO WRITE CHECKS | 9999-000 | 0.33 | | 0.33 |
| 12-31-03 | | Transfer from Acct #375425685 | Bank Funds Transfer | 9999-000 | 21,959.56 | | 21,959.89 |
| 12-31-03 | 001144 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | LEASE RENTAL BILLING DATED 12-16-03 FOR DEC RENT SHORTAGE OF $.33 AND JANUARY RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-2002 | 2410-000 | | 343.66 | 21,616.23 |
| 12-31-03 | 001145 | INTERNAL REVENUE AUSTIN, TX 73301 | FEDERAL TAX WITHHOLDING | 5900-000 | | 17,596.46 | 4,019.77 |
| 12-31-03 | 001146 | CALIFORNIA FRANCHISE TAX BOARD BOX 826847 SACRAMENTO, CA 94247-0001 | CALIFORNIA STATE WITHHOLDING | 5900-000 | | 1,233.56 | 2,786.21 |
| 12-31-03 | 001147 | ILLINOIS DEPARTMENT OF REVENUE WILLARD ICE BUILDING 101 W JEFFERSON STREET SPRINGFIELD, IL 62702 | ILLINOIS FEDERAL WITHHOLDING | 5900-000 | | 75.77 | 2,710.44 |
| 12-31-03 | 001148 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 401 SOUTH STATE STREET CHICAGO, IL 60605 | ILLINOIS UNEMPLOYMENT TAX | 2820-000 | | 136.38 | 2,574.06 |
| 12-31-03 | 001149 | INDIANA DEPARTMENT OF WORKFORCE DEVELOPMENT PO BOX 7054 INDIANAPOLIS, IN 46207-7054 | INDIANA UNEMPLOYMENT TAXES | 5900-000 | | 192.23 | 2,381.83 |
| 12-31-03 | 001150 | INDIANA DEPARTMENT OF REVENUE PO BOX 7221 | INDIANA FEDERAL WITHHOLDING | 5900-000 | | 106.80 | 2,275.03 |

Page Subtotals   21,959.89   19,933.15

Ver: 10.63a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 35

| Case No: | 01-13673 -WV |
| Case Name: | HC HEALTH ART INC |
| Taxpayer ID No: | 73-1509412 |
| For Period Ending: | 11/02/05 |

| Trustee Name: | L. WIN HOLBROOK |
| Bank Name: | BANK 01- AMERICA |
| Account Number/ CD #: | 375432571 (Checking - Non Interest) |
| Blanket Bond (per case limit): | $ 7,447,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account/ CD Balance ($) |
| 12-31-03 | 000151 | INDIANAPOLIS IN 46207-7221 NEVADA EMPLOYMENT SECURITY DIVISION 500 E THIRD STREET CARSON CITY, NV 89713-0030 | NEVADA UNEMPLOYMENT TAXS | 5900-000 | | 243.81 | 2,031.22 |
| 12-31-03 | 000152 | OKLAHOMA TAX COMMISSION PO BOX 26860 OKLAHOMA CITY, OK 73126-0860 | OKLAHOMA STATE WITHHOLDING | 2820-000 | | 303.57 | 1,727.65 |
| 12-31-03 | 000153 | OKLAHOMA EMPLOYMENT SECURITY COMMISSION PO BOX 52004 OKLAHOMA CITY, OK 73152-2004 | OKLAHOMA UNEMPLOYMENT TAXES | 2820-000 | | 45.54 | 1,682.11 |
| 12-31-03 | 000154 | TEXAS WORKFORCE COMMISSION PO BOX 149037 AUSTIN, TX 78714-9037 | TEXAS UNEMPLOYMENT TAXS | 5900-000 | | 770.85 | 911.26 |
| 12-31-03 | 000155 | INTERNAL REVENUE AUSTIN, TX 73301 | FEDERAL UNEMPLOYMENT TAXS | 5900-000 | | 911.26 | 0.00 |
| 02-06-04 02-06-04 | 000156 | DENNIS MALEY MALEY & DILLINGHAM 2915 CLASSEN BLVD, SUITE 522 OKLAHOMA CITY, OK 73106 | Transfer from Acct #375432685 Bank Funds Transfer ACCOUNTANT FEES PAID PER ORDER FILED 02-03-04 | 9999-000 3410-000 | 2,180.00 | 2,180.00 | 2,180.00 0.00 |
| 02-12-04 | 001107 | BRENDA LEHMAN %THOMAS NURSING CENTER PO BOX 350 THOMAS OK 73669 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 5300-000 | | -406.27 | 406.27 |
| 02-17-04 | 001157 | BRENDA LEHMAN %RYAN LEHMAN 710 N WIGLE WATONGA, OK 73772 | Claim 25. REPLACEMENT CHECK FOR CHECK #1107 ORIGINAL CHECK ISSUED 12-29-03 WAS NEVER RECEIVED BY PAYEE. REPLACEMENT CHECK FOR CHECK #1107 | 5300-000 | | 406.27 | 0.00 |

Page Subtotals: 2,180.00   4,455.03

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 01-13673 -WV | | Trustee Name: | L. WIN HOLBROOK |
| Case Name: | TLC HEALTHCARE INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | 375432571I Checking - Non Interest |
| Taxpayer ID No: | 73-1509412 | | Blanket Bond (per case limit): | $ 7,447,000.00 |
| For Period Ending | 11/02/05 | | Separate Bond (if applicable) | |

Page: 36

| 1 | 2 | | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/23/04 | 001128 | | PAULINE A RAMIREZ PO BOX 690232 STOCKTON CA 95269 | ORIGINAL CHECK ISSUED 12-29-03 WAS NEVER RECEIVED BY PAYEE Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 5300-000 | | -2,306.43 | 2,306.43 |
| 02/25/04 | 001128 | * | THE ESTATE OF PAULINE A RAMIREZ "&CARMEN IMPERIAL 608 N BELVEDERE AVENUE STOCKTON, CA 95205 | Claim 69, Priority Wages REPLACEMENT CHECK FOR CHECK #1128 ORIGINAL CHECK ISSUED 12-29-03 IS BEING REISSUED TO THE ESTATE OF THE ORIGINAL PAYEE - ORIGINAL CHECK HAS NEITHER BEEN CASHED NOR RETURNED TO TRUSTEE TRUSTEE RECEIVED A CALL THAT PAYEE WAS DECEASED THE CALLER BELIEVED THE ORIGINAL CHECK WAS IN POSSESSION OF A FRIEND THAT HAD POWER OF ATTORNEY. AS THE CHECK HAD NOT BEEN CASHED NOR RETURNED TO THE TRUSTEE A STOP PAYMENT WAS ISSUED  UPON RECEIPT OF THE DEATH CERTIFICATE A CHECK WAS REISSUED TO THE ESTATE OF PAULINE RAMIREZ | 5300-000 | | 2,306.43 | 0.00 |
| 03/01/04 | 001159 | | Transfer from Acct #375432571X FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | Bank Funds Transfer LEASE RENTAL BILLING DATED 2-10-04 FOR FEB AND MARCH RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-2002 | 9999-000 2410-000 | 961.34 | 961.34 | 961.34 0.00 |
| 03/22/04 | 001160 | | Transfer from Acct #375432568X ELISA MARQUEZ 9935 KOST ROAD | Bank Funds Transfer CLAIM #96, PAYMENT CLAIM PER ORDER FILED 03-15-07 | 9999-000 5300-000 | 295.20 | 295.20 | 295.20 0.00 |

Page Subtotals                1,256.54        1,256.54

Ver. 10.61a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 37

| | |
|---|---|
| Case No.: 01-13673-WV | Trustee Name: L. WIN HOLBROOK |
| Case Name: THE HEALTHCARE INC. | Bank Name: BANK OF AMERICA |
| | Account Number / CD #: 375435711 Checking - Non Interest |
| Taxpayer ID No: 23-150412 | |
| For Period Ending: 11/02/05 | |

Blanket Bond (per case limit): $ 7,447,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/05/04 | 001161 | GALICA 95632 Transfer from Acct #375435685 FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | Bank Funds Transfer LEASE RENTAL BILLING DATED 3-10-04 FOR APRIL RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-2002 | 9999-000 | 480.67 | | 480.67 |
| 04/05/04 | 001161 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | LEASE RENTAL | 2410-000 | | 480.67 | 0.00 |
| * 04/22/04 | 001160 | KELLY SWIFT c/o THOMAS NURSING CENTER PO BOX 350 THOMAS, OK 73669 | Claim 23, Payment 100.00000%. PLACED A STOP PAYMENT ON CHECK. CLAIMANT HAS NOT RESPONDED TO NUMEROUS MESSAGES LEFT ON HER PHONE. NOR HAS SHE CASHED THE CHECK. FUNDS WILL BE TURNED OVER TO BANKRUPTCY COURT CLERKS OFFICE AS UNCLAIMED FUNDS. | 5300-000 | | -426.99 | -426.99 |
| * 04/22/04 | 001158 | THE ESTATE OF PAULINE A. RAMIREZ c/o ARMEN IMPERIAL 608 N BELVEDERE AVENUE STOCKTON, CA 95205 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 5300-000 | | -2,306.43 | 2,733.33 |
| 05/05/04 | 001162 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | LEASE RENTAL BILLING DATED 04-08-04 FOR MAY RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-2002 | 2410-000 | | 480.67 | 2,252.66 |
| 05/19/04 | 001163 | Transfer to Acct #375435685 | Bank Funds Transfer | 9999-000 | | 2,252.66 | 0.00 |
| 06/03/04 | 001163 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON | Bank Funds Transfer LEASE RENTAL BILLING DATED 05-10-04 FOR JUNE RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-2002 | 9999-000 | 480.67 | | 480.67 |
| 06/03/04 | 001163 | 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | BILLING DATED 05-10-04 FOR JUNE RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-2002 | 2410-000 | | 480.67 | 0.00 |
| 06/21/04 | 001164 | OKLAHOMA CITY, OK 73102 Transfer from Acct #375435685 DENNIS MALEY | Bank Funds Transfer | 9999-000 | 365.00 | | 365.00 |
| 06/21/04 | 001164 | DENNIS MALEY | PAID PER ORDER FILED 07-02-2002 ACCOUNTANT FEES | 3410-000 | | 365.00 | 0.00 |

| | Page Subtotals | | | | 1,326.34 | 1,326.34 | |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 01-13673 -WV  
Case Name: TLC HEALTHCARE INC  
Taxpayer ID No: 73-1509412  
For Period Ending: 11-02-05

Trustee Name: I. WIN HOLBROOK  
Bank Name: BANK OF AMERICA  
Account Number / CD #: 375425711 Checking - Non Interest  
Blanket Bond (per case limit): $ 7,447,000.00  
Separate Bond (if applicable):

Page: 38

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 07-06-04 | 001165 | 428 NW 18 PO BOX 60676 OKLAHOMA CITY, OK 73146 | PAID PER ORDER FILED 06-15-04 | | | | |
| | | Transfer from Acct #375425685 | Bank Funds Transfer | 9999-000 | 480.67 | | 480.67 |
| 07-06-04 | | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | LEASE RENTAL BILLING DATED 06-11-04 FOR JULY RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER | 2410-000 | | 480.67 | 0.00 |
| | | Transfer from Acct #375425685 | PAID PER ORDER FILED 07-02-2002 Bank Funds Transfer | 9999-000 | | | |
| 07-14-04 | 001166 | CLERK, USBC 215 DEAN A. MCGEE OKLAHOMA CITY, OK 73102 | UNCLAIMED FUNDS FOR PRIORITY WAGE CLAIM #23 (UNABLE TO LOCATE) AND CLAIM #69 (DECEASED ESTATE DECLINED FUNDS) | 5300-000 | 2,733.33 | | 2,733.33 |
| 07-14-04 | | Transfer from Acct #375425685 | Bank Funds Transfer | 9999-000 | | 2,733.33 | 0.00 |
| 07-19-04 | 001167 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | LEASE RENTAL BILLING DATED 07-12-04 FOR AUGUST RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-2002 | 2410-000 | 480.67 | | 480.67 |
| | | Transfer from Acct #375425685 | Bank Funds Transfer | 9999-000 | | 480.67 | 0.00 |
| 09-02-04 | 001168 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | LEASE RENTAL BILLING DATED 09-01-04 FOR SEPTEMBER RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-2002 | 2410-000 | 480.67 | | 480.67 |
| 09-02-04 | | Transfer from Acct #375425685 | Bank Funds Transfer | 9999-000 | | 480.67 | 0.00 |
| 09-21-04 | 001169 | DENNIS MALEY 428 NW 18 PO BOX 60676 OKLAHOMA CITY, OK 73146 | ACCOUNTANT FEES PAID PER ORDER FILED 09-16-04 | 3410-000 | 817.50 | | 817.50 |
| | | Transfer from Acct #375425685 | Bank Funds Transfer | 9999-000 | | 817.50 | 0.00 |
| 10-04-04 | 001170 | OKLAHOMA CITY, OK 73146 Transfer from Acct #375425685 | Bank Funds Transfer | 9999-000 | 480.67 | | 480.67 |
| 10-04-04 | | FIRST NATIONAL CENTER, LLC | LEASE RENTAL | 2410-000 | | 480.67 | 0.00 |
| | | | **Page Subtotals** | | 5,473.51 | 5,473.51 | |

Ver: 10.61a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 39

| Case No: | 01-13673 -WV | | Trustee Name: | L. WIN HOLBROOK |
| Case Name: | TIC HI-AUTH ARE INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | 375-1325771 Checking - Non-Interest |
| Taxpayer ID No: | 73-1509412 | | Blanket Bond (per case limit): | $ 7,447,000.00 |
| For Period Ending | 11/02/05 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/29/04 | 001171 | 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 Transfer from Acct #375-1325685 | BILLING DATED 10-01-04 FOR OCTOBER RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-2002 Bank Funds Transfer | 9999-000 | 480.67 | | 480.67 |
| 10/29/04 | 001171 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | LEASE RENTAL NOVEMBER RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-2002 | 2410-000 | | 480.67 | 432.00 |
| 10/29/04 | 001171 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | LEASE RENTAL CHECK PRINTED FOR WRONG AMOUNT | 2410-000 | | -48.67 | 480.67 |
| 10/29/04 | 001172 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | LEASE RENTAL NOVEMBER RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER | 2410-000 | | 480.67 | 0.00 |
| 12/06/04 | 001173 | OKLAHOMA CITY, OK 73102 Transfer from Acct #375-1325685 | PAID PER ORDER FILED 07-02-2002 Bank Funds Transfer | 9999-000 | 480.67 | | 480.67 |
| 12/06/04 | 001173 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 | LEASE RENTAL DECEMBER RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FILED 07-02-2002 | 2410-000 | | 480.67 | 0.00 |
| 12/28/04 | 001174 | OKLAHOMA CITY, OK 73102 Transfer from Acct #375-1325685 | Bank Funds Transfer | 9999-000 | 480.67 | | 480.67 |
| 12/28/04 | 001174 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 | LEASE RENTAL JANUARY RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER | 2410-000 | | 480.67 | 0.00 |
| 01/31/05 | 001175 | OKLAHOMA CITY, OK 73102 Transfer from Acct #375-1325685 | PAID PER ORDER FILED 07-02-2002 Bank Funds Transfer | 9999-000 | 480.67 | | 480.67 |
| 01/31/05 | 001175 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 | LEASE RENTAL FEBRUARY RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER | 2410-000 | | 480.67 | 0.00 |
| | | | Page Subtotals | | 1,922.68 | 1,922.68 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 40

| | | | |
|---|---|---|---|
| Case No: | 01-13673 -WV | Trustee Name: | L. WIN HOLBROOK |
| Case Name: | TLC HEALTHCARE INC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD#: | 375435711 Checking - Non Interest |
| Taxpayer ID No: | 73-1569412 | | |
| For Period Ending: | 11 02 05 | Blanket Bond (per case limit) | |
| | | Separate Bond (if applicable): | $ 7,447,000.00 |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | PAID PER ORDER FILED 07-02-2002 Bank Funds Transfer Transfer from Acct #375435685 | 9999-000 | 64,779.14 | | 64,779.14 |
| 02 21 05 | 001176 | INTERNAL REVENUE SERVICE PO BOX 660264 DALLAS, TX 75266-0264 | FEDERAL WITHHOLDING TAXES FOR FICA, MEDICARE AND WITHHELD INCOME TAXES FOR WAGES PAID IN 2005 | 5000-000 | | 11,611.43 | 53,167.71 |
| 02 21 05 | 001177 | INTERNAL REVENUE SERVICE PO BOX 660095 DALLAS, TX 75266-0095 | 2005 PAYROLL TAXES FEDERAL UNEMPLOYMENT TAXES FOR 2005 FEDERAL UNEMPLOYMENT TAXES FOR 2005 | 5000-000 | | 465.39 | 52,702.32 |
| 02 21 05 | 001178 | CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT PO BOX 826847 SACRAMENTO, CA 94247-0001 | 2005 PAYROLL TAXES UNEMPLOYMENT AND DISABILITY TAXES, WITHHELD INCOME TAXES 2005 PAYROLL TAXES UNEMPLOYMENT AND DISABILITY TAXES, WITHHELD INCOME TAXES | 5000-000 | | 38.03 | 52,664.29 |
| 02 21 05 | 001179 | INDIANA DEPARTMENT OF REVENUE PO BOX 6108 INDIANAPOLIS, IN 46206-6108 | 2005 PAYROLL TAXES WITHHELD STATE INCOME TAXES WITHHELD STATE INCOME TAXES FOR 2005 PAYROLL | 5000-000 | | 26.55 | 52,637.74 |
| 02 21 05 | 001180 | INDIANA DEPARTMENT OF WORKFORCE DEVELOPMENT PO BOX 7054 INDIANAPOLIS, IN 46207-7054 | 2005 PAYROLL TAXES UNEMPLOYMENT TAXES UNEMPLOYMENT TAXES FOR 2005 PAYROLL TAXES | 5000-000 | | 48.00 | 52,589.74 |
| 02 21 05 | 001181 | OKLAHOMA TAX COMMISSION PO BOX 26860 OKLAHOMA CITY, OK 73126 | 2005 PAYROLL TAXES WITHHELD INCOME TAXES WITHHELD INCOME TAXES FOR 2005 PAYROLL | 5000-000 | | 149.34 | 52,440.40 |
| 02 21 05 | 001182 | OKLAHOMA EMPLOYMENT SECURITY COMMISSION PO BOX 52004 OKLAHOMA CITY, OK 73152 | 2005 PAYROLL TAXES UNEMPLOYMENT TAXES UNEMPLOYMENT TAXES FOR 2005 PAYROLL TAXES | 5000-000 | | 224.01 | 52,216.39 |

Page Subtotals        64,779.14        12,562.75

Ver 10.04a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 41

| Case No. | 01-13673 -WV | | | | Trustee Name: | 1 WIN HOLBROOK | |
|---|---|---|---|---|---|---|---|
| Case Name: | TLC HEALTHCARE INC. | | | | Bank Name: | BANK OF AMERICA | |
| | | | | | Account Number / CD #: | 3754325711 Checking - Non Interest | |
| Taxpayer ID No | 73-1509412 | | | | | | |
| For Period Ending: | 11/02/05 | | | | Blanket Bond (per case limit) | $ 7,447,000.00 | |
| | | | | | Separate Bond (if applicable) | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 50,819.78 |
| 02-22-05 | 001183 | TWC TAX AND LABOR LAW DEPARTMENT<br>101 E 15TH ST., RM. 504<br>AUSTIN, TX 78778-0001 | 2005 PAYROLL TAXES<br>UNEMPLOYMENT TAXES<br>UNEMPLOYMENT TAXES FOR 2005 PAYROLL | 5900-000 | | 1,396.61 | |
| 02-22-05 | 001176 | INTERNAL REVENUE SERVICE<br>PO BOX 660264<br>DALLAS, TX 75266-0264 | TAXES<br>FEDERAL WITHHOLDING TAXES<br>PRINTED FOR WRONG AMOUNT | 5000-000 | | -11,611.43 | 62,431.21 |
| 02-22-05 | 001177 | INTERNAL REVENUE SERVICE<br>PO BOX 660095<br>DALLAS, TX 75266-0095 | 2005 PAYROLL TAXES<br>PRINTED FOR WRONG AMOUNT | 5900-000 | | -465.39 | 62,896.60 |
| 02-22-05 | 001179 | INDIANA DEPARTMENT OF REVENUE<br>PO BOX 6108<br>INDIANAPOLIS, IN 46206-6108 | 2005 PAYROLL TAXES<br>PRINTED IN ERROR | 5900-000 | | -26.55 | 62,923.15 |
| 02-22-05 | 001180 | INDIANA DEPARTMENT OF WORKFORCE<br>DEVELOPMENT<br>PO BOX 7054<br>INDIANAPOLIS, IN 46207-7054 | 2005 PAYROLL TAXES<br>PRINTED IN ERROR | 5900-000 | | -48.00 | 62,971.15 |
| 02-22-05 | 001184 | MIL AGROS CUCULICH<br>7160 TRISTAN CIRCLE<br>STOCKTON, CA 95210 | WAGES<br>WAGES | 5300-000 | | 499.94 | 62,471.21 |
| 02-22-05 | 001184 | MIL AGROS CUCULICH<br>7160 TRISTAN CIRCLE<br>STOCKTON, CA 95210 | WAGES<br>CHECK PRINTED FOR WRONG AMOUNT | 5300-000 | | -499.94 | 62,971.15 |
| 02-22-05 | 001185 | JOY ANN BOWMAN<br>PO BOX 245<br>GRANDFIELD, OK 73546 | WAGES<br>WAGES | 5300-000 | | 2,082.87 | 60,888.28 |
| 02-22-05 | 001185 | JOY ANN BOWMAN<br>PO BOX 245<br>GRANDFIELD, OK 73546 | WAGES<br>CHECK PRINTED FOR WRONG AMOUNT | 5300-000 | | -2,082.87 | 62,971.15 |
| 02-22-05 | 001186 | RUTHIE A KIRKPATRICK | WAGES | 5300-000 | | 820.43 | 62,150.72 |

Page: 42

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 01-13673 -WV |
| Case Name: | TLC HEALTHCARE INC. |
| Taxpayer ID No | 73-1509412 |
| For Period Ending: | 11 02 05 |

| | |
|---|---|
| Trustee Name: | L. WIN HOLBROOK |
| Bank Name: | BANK OF AMERICA |
| Account Number: CD #: | 375435711 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 7,447,000.00 |
| Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 02 22 05 | 001186 | PO BOX 62 / RANDLETT, OK 73562 / RUTHIE A KIRKPATRICK / PO BOX 62 / RANDLETT, OK 73562 | WAGES | 5300-000 | | -826.43 | 62,971.15 |
| 02 22 05 | 001187 | LINDA D TUCKER / 1531 S 74TH EAST AVENUE / TULSA, OK 74112 / LINDA D TUCKER / 1531 S 74TH EAST AVENUE / TULSA, OK 74112 | WAGES | 5300-000 | | 1,351.01 | 61,620.14 |
| 02 22 05 | 001187 | LINDA D TUCKER / 1531 S 74TH EAST AVENUE / TULSA, OK 74112 | WAGES / CHECK PRINTED FOR WRONG AMOUNT | 5300-000 | | -1,351.01 | 62,971.15 |
| 02 22 05 | 001188 | VIOLA BECK / 815 EAST 3RD STREET / LANCASTER, TX 75146 / VIOLA BECK / 815 EAST 3RD STREET / LANCASTER, TX 75146 | WAGES | 5300-000 | | 483.52 | 62,487.63 |
| 02 22 05 | 001188 | | WAGES / CHECK PRINTED FOR WRONG AMOUNT | 5300-000 | | -483.52 | 62,971.15 |
| 02 22 05 | 001189 | FIDELIS BESONG / 2004 DELAFORD DRIVE / ARLINGTON, TX 76002 / FIDELIS BESONG / 2004 DELAFORD DRIVE / ARLINGTON, TX 76002 | WAGES | 5300-000 | | 3,662.61 | 59,308.54 |
| 02 22 05 | 001189 | | WAGES / CHECK PRINTED FOR WRONG AMOUNT | 5300-000 | | -3,662.61 | 62,971.15 |
| 02 22 05 | 001190 | EVELYN M BURT / 608 NORTH AVENUE B / BURKBURNETT TX 76354 / EVELYN M BURT / 608 NORTH AVENUE B / BURKBURNETT TX 76354 | WAGES | 5300-000 | | 925.99 | 62,045.16 |
| 02 22 05 | 001190 | | WAGES / CHECK PRINTED FOR WRONG AMOUNT | 5300-000 | | -925.99 | 62,971.15 |
| 02 22 05 | 001191 | 608 NORTH AVENUE B / BURKBURNETT TX 76354 / DOROTHY DAVIS / BURKBURNETT TX 76354 | WAGES | 5300-000 | | 2,449.62 | 60,521.53 |

Page Subtotals: 0.00   1,629.19

Page: 43

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 01-13673 -WV
Case Name: TH CHEALTHCARE INC

Taxpayer ID No: 731-1509412
For Period Ending: 11-02-05

Trustee Name: I WIN HOLBROOK
Bank Name: BANK OF AMERICA
Account Number / CD #: 375435771 Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable):   S 7,447,000.00

| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | 1 | | 2 | | 3 | | 4 | | 5 | 6 | 7 |
| * | 02-22-05 | 001191 | 1130 LEDBETTER #249 DALLAS, TX 75216 DOROTHY DAVIS 1130 LEDBETTER #249 DALLAS, TX 75216 | WAGES CHECK PRINTED FOR WRONG AMOUNT | $300-000 | | -2,449.62 | 62,971.15 |
| * | 02-22-05 | 001192 | PAULINE EDWARDS 200 JELLISON BLVD, APT 4 DUNCANVILLE, TX 75116 | WAGES | $300-000 | | 1,554.62 | 61,416.53 |
| * | 02-22-05 | 001192 | PAULINE EDWARDS 200 JELLISON BLVD, APT 4 DUNCANVILLE, TX 75116 | WAGES CHECK PRINTED FOR WRONG AMOUNT | $300-000 | | -1,554.62 | 62,971.15 |
| * | 02-22-05 | 001193 | FLORA MAE EDWARDS PO BOX 407 HUTCHINS, TX 75141 | WAGES | $300-000 | | 325.14 | 62,646.01 |
| * | 02-22-05 | 001193 | FLORA MAE EDWARDS PO BOX 407 HUTCHINS, TX 75141 | WAGES CHECK PRINTED FOR WRONG AMOUNT | $300-000 | | -325.14 | 62,971.15 |
| * | 02-22-05 | 001194 | LUCY MAY FAGAN 1429 WESLEY DRIVE MESQUITE, TX 75149 | WAGES | $300-000 | | 1,422.12 | 61,549.03 |
| * | 02-22-05 | 001194 | LUCY MAY FAGAN 1429 WESLEY DRIVE MESQUITE, TX 75149 | WAGES CHECK PRINTED FOR WRONG AMOUNT | $300-000 | | -1,422.12 | 62,971.15 |
| * | 02-22-05 | 001195 | MARTHA FISHER 3226 PLAZA BLVD DALLAS, TX 75241 | WAGES | $300-000 | | 1,059.97 | 61,911.18 |
| * | 02-22-05 | 001195 | MARTHA FISHER 3226 PLAZA BLVD DALLAS, TX 75241 | WAGES CHECK PRINTED FOR WRONG AMOUNT | $300-000 | | -1,059.97 | 62,971.15 |
| * | 02-22-05 | 001196 | WANDA GOLSON DALLAS, TX 75241 | WAGES | $300-000 | | 1,236.63 | 61,734.52 |

Page Subtotals     0.00     -1,212.99

Ver 1161a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 44

| | |
|---|---|
| Case No: | 01-13673 - WV |
| Case Name: | TLC HEALTHCARE INC. |
| Taxpayer ID No: | 73-1509412 |
| For Period Ending: | 11/02/05 |

| | |
|---|---|
| Trustee Name: | L. WIN HOLBROOK |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | 375432571 1   Checking - Non Interest |
| Blanket Bond (per case limit): | $ 7,447,000.00 |
| Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid to / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02-22-05 | 001196 | 214 8TH STREET BURKBURNETT, TX 76345 WANDA GOLSON | WAGES | $300.000 | | -1,236.63 | 62,971.15 |
| 02-22-05 | 001197 | 214 8TH STREET BURKBURNETT, TX 76345 SHIRLEY HOWARD | WAGES | $300.000 | | 1,254.30 | 61,716.85 |
| 02-22-05 | 001197 | 1504 KODIAK TRAIL GLEN HEIGHTS, TX 75154 SHIRLEY HOWARD | WAGES CHECK PRINTED FOR WRONG AMOUNT | $300.000 | | -1,254.30 | 62,971.15 |
| 02-22-05 | 001198 | 1504 KODIAK TRAIL GLEN HEIGHTS, TX 75154 SHURON HUNTER | WAGES | $300.000 | | 1,676.07 | 61,295.08 |
| 02-22-05 | 001198 | PO BOX 150895 DALLAS, TX 75315 SHURON HUNTER | WAGES CHECK PRINTED FOR WRONG AMOUNT | $300.000 | | -1,676.07 | 62,971.15 |
| 02-22-05 | 001199 | PO BOX 150895 DALLAS, TX 75315 CHERYL ANN JACKSON | WAGES | $300.000 | | 2,374.36 | 60,596.79 |
| 02-22-05 | 001199 | 4105 ELK HORN TRAIL DALLAS, TX 75216 CHERYL ANN JACKSON | WAGES CHECK PRINTED FOR WRONG AMOUNT | $300.000 | | -2,374.36 | 62,971.15 |
| 02-22-05 | 001200 | 4105 ELK HORN TRAIL DALLAS, TX 75216 SHERRY J JACKSON | WAGES | $300.000 | | 1,384.60 | 61,586.55 |
| 02-22-05 | 001200 | 1130 EAST LEDBETTER DR DALLAS, TX 75216 SHERRY J JACKSON | WAGES CHECK PRINTED FOR WRONG AMOUNT | $300.000 | | -1,384.60 | 62,971.15 |
| 02-22-05 | 001201 | 1130 EAST LEDBETTER DR DALLAS, TX 75216 CATHERINE W JOHNSON | WAGES | $300.000 | | 3,662.61 | 59,308.54 |

Page Subtotals     0.00     2,425.98

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 45

| Case No: | 01-13673 -WV |
|---|---|
| Case Name: | TECHTRADICARE INC |
| Taxpayer ID No: | 73-1509412 |
| For Period Ending: | 11/02/05 |

| Trustee Name: | L. WIN HOLBROOK |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number: | CD# 375432571 1 Checking - Non Interest |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 7,447,000.00 |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Uniform Tran Code | Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 02-22-05 | 001201 | 2606 GLADIOUS LAND<br>DALLAS, TX 75233 | WAGES | 3100-000 | | -2,792.99 | 62,971.15 |
| 02-22-05 | 001201 | CATHERINE W JOHNSON<br>2606 GLADIOUS LAND<br>DALLAS, TX 75233 | CHECK PRINTED FOR WRONG AMOUNT | | | | 62,971.15 |
| 02-22-05 | 001202 | MATTIE JOHNSON<br>1341 ADELAIDE DRIVE<br>DALLAS, TX 75216 | WAGES | 3100-000 | | -865.64 | 62,105.51 |
| 02-22-05 | 001202 | MATTIE JOHNSON<br>1341 ADELAIDE DRIVE<br>DALLAS, TX 75216 | CHECK PRINTED FOR WRONG AMOUNT | | | 865.64 | 62,971.15 |
| 02-22-05 | 001203 | JOYCE ANN KERNEY<br>2525 WEST PLEASANT RUN<br>LANCASTER, TX 75146 | WAGES | 3100-000 | | -1,830.22 | 61,140.93 |
| 02-22-05 | 001203 | JOYCE ANN KERNEY<br>2525 WEST PLEASANT RUN<br>LANCASTER, TX 75146 | CHECK PRINTED FOR WRONG AMOUNT | | | 1,830.22 | 62,971.15 |
| 02-22-05 | 001204 | HAZEL MCGOWAN<br>532 LANCASTER HUTCHIN<br>LANCASTER, TX 75146 | WAGES | 3100-000 | | -335.66 | 62,635.49 |
| 02-22-05 | 001204 | HAZEL MCGOWAN<br>532 LANCASTER HUTCHIN<br>LANCASTER, TX 75146 | CHECK PRINTED FOR WRONG AMOUNT | | | 335.66 | 62,971.15 |
| 02-22-05 | 001205 | CHRISTOPHER MCGRAW<br>642 RYAN ROAD<br>DALLAS, TX 75224 | WAGES | 3100-000 | | -3,662.61 | 59,308.54 |
| 02-22-05 | 001205 | CHRISTOPHER MCGRAW<br>642 RYAN ROAD<br>DALLAS, TX 75224 | CHECK PRINTED FOR WRONG AMOUNT | | | 3,662.61 | 62,971.15 |
| 02-22-05 | 001206 | DORIS MOFFETT<br>DALLAS, TX 75224 | WAGES | 3100-000 | | -434.81 | 62,536.34 |

Page Subtotals     0.00     -3,227.80

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page 46

| Case No: | 01-13673 -WV | | Trustee Name: | I. WIN HOLBROOK |
| Case Name: | ILC HEALTHCARE INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | 375432571 Checking - Non Interest |
| Taxpayer ID No: | 73-4509412 | | Blanket Bond (per case limit): | $ 7,447,000.00 |
| For Period Ending: | 11/02/05 | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 02/22/05 | 001206 | DORIS MOFFETT 6892 SLOAN ROAD MIDWAY, TX 75852 | WAGES CHECK PRINTED FOR WRONG AMOUNT | 5300-000 | | -434.81 | 62,971.15 |
| * | 02/22/05 | 001207 | VERA M NEWTON 1292 CONLIN DRIVE LANCASTER, TX 75134 | WAGES | 5300-000 | | 2,678.04 | 60,293.11 |
| * | 02/22/05 | 001207 | VERA M NEWTON 1292 CONLIN DRIVE LANCASTER, TX 75134 | WAGES CHECK PRINTED FOR WRONG AMOUNT | 5300-000 | | -2,678.04 | 62,971.15 |
| * | 02/22/05 | 001208 | NATASHA A NOBLES 199 GRAYSTONE PLACE DUNCANVILLE, TX 75137 | WAGES | 5300-000 | | 600.65 | 62,370.50 |
| * | 02/22/05 | 001208 | NATASHA A NOBLES 199 GRAYSTONE PLACE DUNCANVILLE, TX 75137 | WAGES CHECK PRINTED FOR WRONG AMOUNT | 5300-000 | | -600.65 | 62,971.15 |
| * | 02/22/05 | 001209 | CARMEHA V SIBLEY 6507 WATCH HILL COURT ARLINGTON, TX 76002 | WAGES | 5300-000 | | 2,961.60 | 60,009.55 |
| * | 02/22/05 | 001209 | CARMEHA V SIBLEY 6507 WATCH HILL COURT ARLINGTON, TX 76002 | WAGES CHECK PRINTED FOR WRONG AMOUNT | 5300-000 | | -2,961.60 | 62,971.15 |
| * | 02/22/05 | 001210 | MARY SIMMONS 722 LANCASTER-HUTCHINS LANCASTER, TX 75146 | WAGES | 5300-000 | | 307.38 | 62,663.77 |
| * | 02/22/05 | 001210 | MARY SIMMONS 722 LANCASTER-HUTCHINS LANCASTER, TX 75146 | WAGES CHECK PRINTED FOR WRONG AMOUNT | 5300-000 | | -307.38 | 62,971.15 |
| * | 02/22/05 | 001211 | JESSIE L SIMPSON LANCASTER, TX 75146 | WAGES CHECK PRINTED FOR WRONG AMOUNT | 5300-000 | | 847.98 | 62,123.17 |
| | | | | Page Subtotals | | 0.00 | 413.17 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 47

| Case No: | 01-13673 -WV | | Trustee Name: | WIN HOLBROOK |
| Case Name: | TCI HEALTHCARE INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | 375432571 Checking - Non Interest |
| Taxpayer ID No: | 73-1509412 | | Blanket Bond (per case limit): | $ 7,447,000.00 |
| For Period Ending: | 11/02/05 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02-22-05 | 001211 | 7705 GAY GLEN DRIVE<br>DALLAS, TX 75217<br>JESSIE L SIMPSON<br>7705 GAY GLEN DRIVE<br>DALLAS, TX 75217 | WAGES<br>CHECK PRINTED FOR WRONG AMOUNT | $300,000 | | -847.98 | 62,971.15 |
| 02-22-05 | 001212 | YOLANDA JOHNSON STARLING<br>1342 ADELAIDE<br>DALLAS, TX 75216 | WAGES | $300,000 | | 839.14 | 62,132.01 |
| 02-22-05 | 001212 | YOLANDA JOHNSON STARLING<br>1342 ADELAIDE<br>DALLAS, TX 75216 | WAGES<br>CHECK PRINTED FOR WRONG AMOUNT | $300,000 | | -839.14 | 62,971.15 |
| 02-22-05 | 001213 | JESSE TERRY<br>743 WASHINGTON DRIVE #E37<br>ARLINGTON, TX 76011 | WAGES | $300,000 | | 2,208.27 | 60,762.88 |
| 02-22-05 | 001213 | JESSE TERRY<br>743 WASHINGTON DRIVE #E37<br>ARLINGTON, TX 76011 | WAGES<br>CHECK PRINTED FOR WRONG AMOUNT | $300,000 | | -2,208.27 | 62,971.15 |
| 02-22-05 | 001214 | PATRICK D WILLIAMS<br>2815 PERSIMMON ROAD<br>DALLAS, TX 75241 | WAGES | $300,000 | | 1,006.97 | 61,964.18 |
| 02-22-05 | 001214 | PATRICK D WILLIAMS<br>2815 PERSIMMON ROAD<br>DALLAS, TX 75241 | WAGES<br>CHECK PRINTED FOR WRONG AMOUNT | $300,000 | | -1,006.97 | 62,971.15 |
| 02-22-05 | 001215 | PEARLENE YOUNG<br>160 MOORE ROAD<br>SEAGOVILLE, TX 75159 | WAGES | $300,000 | | 641.50 | 62,329.65 |
| 02-22-05 | 001215 | PEARLENE YOUNG<br>160 MOORE ROAD<br>SEAGOVILLE, TX 75159 | WAGES<br>CHECK PRINTED FOR WRONG AMOUNT | $300,000 | | -641.50 | 62,971.15 |
| 02-22-05 | 001216 | STEPHANIE YOUNG | WAGES | $300,000 | | 476.10 | 62,495.05 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 48

| Case No: | 01-13673 -WV | | Trustee Name: | 1 WIN HOLBROOK | |
| Case Name: | TLC HEALTHCARE INC | | Bank Name: | BANK OF AMERICA | |
| | | | Account Number / CD #: | 375435711 Checking - Non Interest | |
| Taxpayer ID No: | 73-1509412 | | | | |
| For Period Ending: | 11/02/05 | | Blanket Bond (per case limit): | $ 7,447,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/22/05 | 001216 | 318 NORTH JIM MILLER ROAD DALLAS, TX 75217 STEPHANIE YOUNG 318 NORTH JIM MILLER ROAD DALLAS, TX 75217 | WAGES | 5300-000 | | -476.10 | 62,971.15 |
| 02/22/05 | 001217 | PAULINE A RAMIREZ PO BOX 690232 STOCKTON CA 95269 | CHECK PRINTED FOR WRONG AMOUNT Claim 69, Payment 95.647827% PRIORITY WAGES | 5300-000 | | 2,206.05 | 60,765.10 |
| 02/22/05 | 001217 | PAULINE A RAMIREZ PO BOX 690232 STOCKTON CA 95269 | Claim 69, Payment 95.647827% CHECK PRINTED IN ERROR, SHOULD NOT HAVE BEEN INCLUDED IN CLAIMS PAYMENT OF 2-22-05  FUNDS PREVIOUSLY ISSUED TO PAYEE COURT CLERK ON 07-14-04 DUE TO DEATH OF | 5300-000 | | -2,206.05 | 62,971.15 |
| 02/22/05 | 001218 | MILAGROS CUCULICH 7160 TRISTAN CIRCLE STOCKTON CA 95210 | WAGES WAGES | 5300-000 | | 522.70 | 62,448.45 |
| 02/22/05 | 001219 | JOY ANN BOWMAN PO BOX 245 GRANDFIELD, OK 73546 | WAGES WAGES | 5300-000 | | 2,177.64 | 60,270.81 |
| 02/22/05 | 001220 | RUTHIE A KIRKPATRICK PO BOX 62 RANDLETT, OK 73562 | WAGES WAGES | 5300-000 | | 857.76 | 59,413.05 |
| 02/22/05 | 001221 | LINDA D TUCKER 1531 S 74TH EAST AVENUE TULSA, OK 74112 | WAGES WAGES | 5300-000 | | 1,412.48 | 58,000.57 |
| 02/22/05 | 001222 | VIOLA BECK 815 EAST 3RD STREET LANCASTER, TX 75146 | WAGES WAGES | 5300-000 | | 505.52 | 57,495.05 |
| 02/22/05 | 001223 | FIDELIS BISONG | WAGES | 5300-000 | | 3,829.27 | 53,665.78 |

Ver 10.61a

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 01-13673 -WV  
Case Name: TH C HEALTHCARE INC

Taxpayer ID No: 73-1509412  
For Period Ending: 11-02-05

Trustee Name: I. WIN HOLBROOK  
Bank Name: BANK OF AMERICA  
Account Number / CD #: 375435711 Checking - Non Interest

Blanket Bond (per case limit): $ 7,447,000.00  
Separate Bond (if applicable):

Page: 49

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 02-22-05 | 001224 | EVELYN M BURT 2004 DELAFORD DRIVE ARLINGTON, TX 76002 | WAGES | 5300-000 | | 968.12 | 52,697.66 |
| 02-22-05 | 001225 | DOROTHY DAVIS 608 NORTH AVENUE B BURKBURNETT TX 76354 | WAGES | 5300-000 | | 2,561.08 | 50,136.58 |
| 02-22-05 | 001226 | PAULINE EDWARDS 11301 LEDBETTER #249 DALLAS, TX 75216 | WAGES | 5300-000 | | 1,625.36 | 48,511.22 |
| 02-22-05 | 001227 | FLORA MAE EDWARDS 200 JELLISON BLVD APT 4 DUNCANVILLE, TX 75116 | WAGES | 5300-000 | | 339.93 | 48,171.29 |
| 02-22-05 | 001228 | LUCY MAY FAGAN PO BOX 407 HUTCHINS, TX 75141 | WAGES | 5300-000 | | 1,486.83 | 46,684.46 |
| 02-22-05 | 001229 | MARTHA FISHER 1429 WESLEY DRIVE MESQUITE, TX 75149 | WAGES | 5300-000 | | 1,108.20 | 45,576.26 |
| 02-22-05 | 001230 | WANDA GOLSON 3226 PLAZA BLVD DALLAS, TX 75241 | WAGES | 5300-000 | | 1,292.90 | 44,283.36 |
| 02-22-05 | 001231 | SHIRLEY HOWARD 214 8TH STREET BURKBURNETT, TX 76345 | WAGES | 5300-000 | | 1,311.37 | 42,971.99 |
| 02-22-05 | 001232 | SHERON HUNTER 1504 KODIAK TRAIL GLEN HEIGHTS, TX 75154 | WAGES | 5300-000 | | 1,752.34 | 41,219.65 |
| 02-22-05 | 001233 | CHERYL ANN JACKSON PO BOX 150895 DALLAS, TX 75315 | WAGES | 5300-000 | | 2,377.85 | 38,841.80 |

Page Subtotals: 0.00 | 14,823.98

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No          01-13673 -WV
Case Name        TECHICAL HICARE, INC.

Taxpayer ID No:  73-1509412
For Period Ending:  11/02/05

Trustee Name:    L. WIN HOLBROOK
Bank Name:       BANK OF AMERICA
Account Number / CD #:    375435711  Checking - Non Interest

Blanket Bond (per case limit):    $ 7,447,000.00
Separate Bond (if applicable):

Page:  50

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 02-22-05 | 001234 | JACK HORN TRAIL 4105 DALLAS, TX 75216 | WAGES | $300-000 | | 1,447.60 | 37,394.20 |
| 02-22-05 | 001234 | SHERRY J JACKSON 1130 EAST LEDBETTER DR DALLAS, TX 75216 | WAGES | $300-000 | | 1,447.60 | 37,394.20 |
| 02-22-05 | 001234 | SHERRY J JACKSON 1130 EAST LEDBETTER DR DALLAS, TX 75216 | WAGES CHECK PRINTED FOR WRONG AMOUNT | $300-000 | | -1,447.60 | 38,841.80 |
| 02-22-05 | 001235 | CATHERINE W JOHNSON 2606 GLADIOUS LAND DALLAS, TX 75233 | WAGES | $300-000 | | 3,829.27 | 35,012.53 |
| 02-22-05 | 001236 | MATTIE JOHNSON 1341 ADELAIDE DRIVE DALLAS, TX 75216 | WAGES | $300-000 | | 905.03 | 34,107.50 |
| 02-22-05 | 001237 | JOYCE ANN KERNEY 2525 WEST PLEASANT RUN LANCASTER, TX 75146 | WAGES | $300-000 | | 1,913.50 | 32,194.00 |
| 02-22-05 | 001238 | HAZEL MCGOWAN 532 LANCASTER HUTCHIN LANCASTER, TX 75146 | WAGES | $300-000 | | 350.93 | 31,843.07 |
| 02-22-05 | 001239 | CHRISTOPHER MCGRAW 642 RYAN ROAD DALLAS, TX 75224 | WAGES | $300-000 | | 3,829.27 | 28,013.80 |
| 02-22-05 | 001240 | DORIS MOFFETT 6892 SLOAN ROAD MIDWAY, TX 75852 | WAGES | $300-000 | | 454.60 | 27,559.20 |
| 02-22-05 | 001241 | VERA M NEWTON 1202 CONLIN DRIVE LANCASTER, TX 75134 | WAGES | $300-000 | | 2,799.90 | 24,759.30 |
| 02-22-05 | 001242 | NATASHA A NOBLES | WAGES | $300-000 | | 627.98 | 24,131.32 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No.: 01-13673 -WV  
Case Name: H C HEALTHCARE INC.  
Taxpayer ID No.: 73-1509412  
For Period Ending: 11-02-05

Trustee Name: J. WIN HOLBROOK  
Bank Name: BANK OF AMERICA  
Account Number / CD #: 375435711 Checking - Non Interest

Blanket Bond (per case limit): $ 7,447,000.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 02-22-05 | 001343 | 109 GRAYSTONE PLACE<br>DUNCANVILLE, TX 75137 | WAGES | 5300-000 | | 3,096.36 | 21,034.96 |
| 02-22-05 | 001344 | CARMELA V SIBLEY<br>6507 WATCHHILL COURT<br>ARLINGTON, TX 76002 | WAGES | 5300-000 | | 321.37 | 20,713.59 |
| 02-22-05 | 001244 | MARY SIMMONS<br>722 LANCASTER-HUTCHINS<br>LANCASTER, TX 75146 | WAGES | 5300-000 | | 886.56 | 19,827.03 |
| 02-22-05 | 001245 | JESSIE I SIMPSON<br>7705 GAY GLEN DRIVE<br>DALLAS, TX 75217 | WAGES | 5300-000 | | 877.32 | 18,949.71 |
| 02-22-05 | 001246 | YOLANDA JOHNSON STARLING<br>1342 ADELAIDE<br>DALLAS, TX 75216 | WAGES<br>RETURNED BACK TO US ON 2-28-05 DUE TO INCORRECT ADDRESS. CHECK WAS REMAILED TO PAYEE WITH CORRECT ADDRESS OF 1341 ADELAIDE. CLEARANCE OF CHECK ON 03-07-05 HAD TO BE MANUALLY DONE ON ICMS | 5300-000 | | 2,308.75 | 16,640.96 |
| 02-22-05 | 001247 | JESSE TERRY<br>743 WASHINGTON DRIVE #E37<br>ARLINGTON, TX 76011 | WAGES | 5300-000 | | 1,052.79 | 15,588.17 |
| 02-22-05 | 001248 | PATRICK D WILLIAMS<br>2815 PERSIMMON ROAD<br>DALLAS, TX 75241 | WAGES | 5300-000 | | 670.69 | 14,917.48 |
| 02-22-05 | 001249 | PEARLENE YOUNG<br>160 MOORE ROAD<br>SEAGOVILLE, TX 75159 | WAGES | 5300-000 | | 497.76 | 14,419.72 |
| 02-22-05 | 001250 | STEPHANIE YOUNG<br>318 NORTH JIM MILLER ROAD | WAGES | | | | |

Page Subtotals      0.00      9,711.60

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 52

| | |
|---|---|
| Case No: | 01-13673 -WV |
| Case Name: | TECHLEAF THEATRE INC |

Trustee Name: L. WIN HOLBROOK
Bank Name: BANK OF AMERICA
Account Number / CD #: 375432571 Checking - Non Interest

Taxpayer ID No: 73-1509412
For Period Ending: 11/02/05

Blanket Bond (per case limit): $ 7,447,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02-22-05 | 001251 | DALLAS, TX 75217<br>HOLLADAY, CHILTON & DEGIUSEPH P.L.L.C.<br>SUITE 1500<br>204 N ROBINSON<br>OKLAHOMA CITY, OK 73102 | WAGES<br>WAGES | 7100-000 | | 30.00 | 14,380.72 |
| 02-22-05 | 001251 | HOLLADAY, CHILTON & DEGIUSEPH P.L.L.C.<br>SUITE 1500<br>204 N ROBINSON<br>OKLAHOMA CITY, OK 73102 | WAGES<br>CHECK PRINTED IN ERROR | 7100-000 | | -30.00 | 14,410.72 |
| 02-22-05 | 001252 | SHERRY J JACKSON<br>11301 EAST ELDER TIER DR<br>DALLAS, TX 75216 | WAGES<br>WAGES<br>ADD APARTMENT NUMBER 164 TO ADDRESS<br>CHECK RETURNED BACK TO US ON 2-28-05<br>DUE TO MISSING APARTMENT NUMBER<br>CHECK WAS REMAILED TO PAYEE WITH<br>COMPLETE ADDRESS | 5300-000 | | 1,477.60 | 12,942.12 |
| 02-22-05 | 001253 | INTERNAL REVENUE SERVICE<br>PO BOX 660264<br>DALLAS, TX 75266-0264 | FEDERAL WITHHOLDING TAXES FOR FICA,<br>MEDICARE AND WITHHELD INCOME TAXES<br>FOR WAGES PAID IN 2005 | 2820-000 | | 11,476.02 | 1,466.10 |
| 02-22-05 | 001254 | INTERNAL REVENUE SERVICE<br>PO BOX 660095<br>DALLAS, TX 75266-0095 | 2005 PAYROLL TAXES<br>FEDERAL UNEMPLOYMENT TAXES FOR 2005<br>FEDERAL UNEMPLOYMENT TAXES FOR 2005 | 5000-000 | | 458.31 | 1,007.79 |
| 02-22-05 | 001255 | Transfer to Acct #375432585<br>Transfer from Acct #375432585<br>FIRST NATIONAL CENTER, LLC<br>120 NORTH ROBINSON<br>SUITE 2601<br>OKLAHOMA CITY, OK 73102 | Bank Funds Transfer<br>Bank Funds Transfer<br>LEASE RENTAL<br>MARCH RENT FOR SUITE 1111 IN FIRST<br>NATIONAL CENTER | 9999-000<br>9999-000<br>2410-000 | | 1,007.79<br>480.67 | 0.00<br>480.67<br>0.00 |
| 03-04-05 | 001256 | Transfer from Acct #375432585<br>FIRST NATIONAL CENTER, LLC | Bank Funds Transfer<br>LEASE RENTAL | | 480.67 | 480.67 | 480.67<br>0.00 |

Page Subtotals                961.34                15,381.06

Ver 10.61a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 53

| | |
|---|---|
| Case No | 01-13673 -WV |
| Case Name: | TLC HEALTHCARE INC |
| Taxpayer ID No: | 731-509412 |
| For Period Ending | 11/02/05 |

| | |
|---|---|
| Trustee Name: | L. WIN HOLBROOK |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | 375425711 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 7,447,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/10/05 | | 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 Transfer from Acct #375425685 | APRIL RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FH ED 07-02-2002 Bank Funds Transfer | 9999-000 | 480.67 | | 480.67 |
| 05/10/05 | 001257 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | LEASE RENTAL MAY RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FH ED 07-02-2002 | 2410-000 | | 480.67 | 0.00 |
| 06/03/05 | | Transfer from Acct #375425685 | Bank Funds Transfer | 9999-000 | 480.67 | | 480.67 |
| 06/03/05 | 001258 | FIRST NATIONAL CENTER, LLC 120 NORTH ROBINSON SUITE 2601 OKLAHOMA CITY, OK 73102 | LEASE RENTAL JUNE RENT FOR SUITE 1111 IN FIRST NATIONAL CENTER PAID PER ORDER FH ED 07-02-2002 | 2410-000 | | 480.67 | 0.00 |
| 09/24/05 | | | Transfer in From MMA Account | 9999-000 | 79,805.23 | | 79,805.23 |
| 09/28/05 | 001259 | DENNIS MALLY 428 NW 18 PO BOX 60676 OKLAHOMA CITY, OK 73146 | ACCOUNTANT FEES PAID PER ORDER FILED 09-22-05 | 3410-000 | | 1,705.00 | 78,100.23 |
| 09/28/05 | 001260 | HOLBROOK & TOFFOLI, ATTY 120 N ROBINSON, SUITE 2205 OKLAHOMA CITY, OK 73102 | ATTORNEY FEES PAID PER ORDER FILED 09-22-05 | 3110-000 | | 27,903.10 | 50,197.13 |
| 09/28/05 | 001261 | HOLBROOK & TOFFOLI, ATTY 120 N ROBINSON, SUITE 2205 OKLAHOMA CITY, OK 73102 | ATTORNEY EXPENSES PAID PER ORDER FILED 09-22-05 | 3120-000 | | 671.15 | 49,525.98 |
| 11/02/05 | 001262 | CLERK, U S B C 215 DEAN A MCGHE OKLAHOMA CITY, OK 73102 | COURT COSTS PAID PER ORDER FILED 09-22-05 | 2700-000 | | 600.00 | 48,925.98 |

Page Subtotals    80,766.57    31,840.59

Ver: 10.61a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 54

Case No:  01-13673 -WV
Case Name:  LLC HEALTHCARE, INC.

Taxpayer ID No:  73-1509412
For Period Ending:  11/02/05

Trustee Name:  L. WIN HOLBROOK
Bank Name:  BANK OF AMERICA
Account Number / CD #:  3754325711 Checking - Non Interest

Blanket Bond (per case limit):  $ 7,447,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 1,169,221.27 | 1,120,295.29 | 48,925.98 |
| | | | Less: Bank Transfers/CD's | | 1,169,221.27 | 3,260.45 | |
| | | | Subtotal | | 0.00 | 1,117,034.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 1,117,034.84 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | TIP ACCOUNT - 3754325685 | | 1,166,395.54 | 434.72 | 0.00 |
| | | | Checking - Non Interest - 3754325711 | | 0.00 | 1,117,034.84 | 48,925.98 |
| | | | | | 1,166,395.54 | 1,117,469.56 | 48,925.98 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00                0.00

Ver: 10.61a

## SCHEDULE A

### EXPENSE AND DISBURSEMENT WORKSHEET

| | REQUESTED | AWARDED | PAID | UNPAID |
|---|---|---|---|---|
| **Administrative** | | | | |
| Court Costs (Filing & Noticing Fees) | $600.00 | $600.00 | $600.00 | $0.00 |
| Quarterly Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| SUBTOTAL: | $600.00 | $600.00 | $600.00 | $0.00 |
| | | | | |
| **Professional** | | | | |
| Trustee Compensation | $57,479.06 | $57,479.06 | $0.00 | $57,479.06 |
| Trustee Expenses | $4,910.96 | $4,910.96 | $0.00 | $4,910.96 |
| HOLBROOK & TOFFOLI, ATTY, TRUSTEE ATTORNEY FEES | $185,858.75 | $185,858.75 | $185,858.75 | $0.00 |
| HOLLADAY, CHILTON & DEGIUSTI P.L.L., TRUSTEE ATTORNEY FEES | $35,000.00 | $35,000.00 | $35,000.00 | $0.00 |
| REYNOLDS RIDING VOGT & MORGAN, TRUSTEE ATTORNEY FEES | $77,500.00 | $77,500.00 | $77,500.00 | $0.00 |
| HOLBROOK & TOFFOLI, ATTY, TRUSTEE ATTORNEY EXPENSES | $2,808.73 | $2,808.73 | $2,808.73 | $0.00 |
| REYNOLDS RIDING VOGT & MORGAN, TRUSTEE ATTORNEY EXPENSES | $2,545.75 | $2,545.75 | $2,545.75 | $0.00 |
| DENNIS MALEY, ACCOUNTANT FEES | $9,527.50 | $9,527.50 | $9,527.50 | $0.00 |
| OSTRIN & OSTRIN COMPANY, AUCTIONEER FEES | $2,399.61 | $2,399.61 | $2,399.61 | $0.00 |
| ADVANCED INTEGRATORS, LLC, OTHER CHAPTER 7 ADMIN EXP | $2,098.75 | $2,098.75 | $2,098.75 | $0.00 |
| AMERICAN INGLEWOOD CONDON, OTHER CHAPTER 7 ADMIN EXP | $2,232.00 | $2,232.00 | $2,232.00 | $0.00 |
| FIRST NATIONAL CENTER, LLC, OTHER CHAPTER 7 ADMIN EXP | $18,814.95 | $18,814.95 | $18,814.95 | $0.00 |
| HEALTH CARE PROPERTY INVESTORS, OTHER CHAPTER 7 ADMIN EXP | $399,068.52 | $399,068.52 | $399,068.52 | $0.00 |
| HELLER HEALTHCARE FINANCE, INC., OTHER CHAPTER 7 ADMIN EXP | $127,739.95 | $127,739.95 | $127,739.95 | $0.00 |
| MICHAEL E. DEEBA, RECEIVER, OTHER CHAPTER 7 ADMIN EXP | $50,259.77 | $50,259.77 | $50,259.77 | $0.00 |
| MICHELLE PRIDE, OTHER CHAPTER 7 ADMIN EXP | $472.50 | $472.50 | $472.50 | $0.00 |
| OG&E, OTHER CHAPTER 7 ADMIN EXP | $2,779.14 | $2,779.14 | $2,779.14 | $0.00 |
| PARIS HEALTH CARE CENTER, OTHER CHAPTER 7 ADMIN EXP | $25,426.95 | $25,426.95 | $25,426.95 | $0.00 |
| R.C. MAY & ASSOCIATES LIQUIDATION AGENT | $1,200.00 | $1,200.00 | $1,200.00 | $0.00 |
| ROCK COD CHASE PLAZA, LLC, OTHER CHAPTER 7 ADMIN EXP | $27,546.88 | $27,546.88 | $27,546.88 | $0.00 |
| THE MEADOWS, OTHER CHAPTER 7 ADMIN EXP | $1,336.66 | $1,336.66 | $1,336.66 | $0.00 |
| UNIFORM COMMERCIAL CODE, | $56.60 | $56.60 | $56.60 | $0.00 |

| | | | |
|---|---|---|---|
| OTHER CHAPTER 7 ADMIN EXP | | | |
| INTERNATIONAL SURETIES, BOND PREMIUM PAYMENT | $434.72 | $434.72 | $434.72 | $0.00 |
| SUBTOTAL: | $1,037,497.75 | $1,037,497.75 | $975,107.73 | $62,390.02 |

| | | | |
|---|---|---|---|
| Disbursements to Priority Creditors | | | |
| ALICE M DOOLITTLE, PRIORITY WAGE | $496.57 | $496.57 | $496.57 | $0.00 |
| ANDREA CORTEZ, PRIORITY WAGE | $691.93 | $691.93 | $691.93 | $0.00 |
| ANNIE P CHILES, PRIORITY WAGE | $895.97 | $895.97 | $895.97 | $0.00 |
| BARBARA ADAMS, PRIORITY WAGE | $249.16 | $249.16 | $249.16 | $0.00 |
| BARBARA LEWIS, PRIORITY WAGE | $554.22 | $554.22 | $554.22 | $0.00 |
| BERNICE DUDLEY, PRIORITY WAGE | $1,422.39 | $1,422.39 | $1,422.39 | $0.00 |
| BESSIE MONEY, PRIORITY WAGE | $323.27 | $323.27 | $323.27 | $0.00 |
| BRENDA F NEWTON, PRIORITY WAGE | $321.17 | $321.17 | $321.17 | $0.00 |
| BRENDA GUTIERREZ, PRIORITY WAGE | $775.65 | $775.65 | $775.65 | $0.00 |
| BRENDA LEHMAN, PRIORITY WAGE | $406.27 | $406.27 | $406.27 | $0.00 |
| CALIFORNIA EMPLOYMENT, UNSECURED PRIORITY TAXES | $38.03 | $38.03 | $38.03 | $0.00 |
| CALIFORNIA FRANCHISE TAX BOARD, UNSECURED PRIORITY TAXES | $1,233.56 | $1,233.56 | $1,233.56 | $0.00 |
| CARMEIA V SIBLEY, PRIORITY WAGE | $3,096.36 | $3,096.36 | $3,096.36 | $0.00 |
| CAROL A. ALLEN, PRIORITY WAGE | $351.12 | $351.12 | $351.12 | $0.00 |
| CAROL RICE, PRIORITY WAGE | $227.15 | $227.15 | $227.15 | $0.00 |
| CAROL SCHIDLER, PRIORITY WAGE | $249.16 | $249.16 | $249.16 | $0.00 |
| CAROLYN S CLARKE, PRIORITY WAGE | $909.14 | $909.14 | $909.14 | $0.00 |
| CATHERINE W JOHNSON, PRIORITY WAGE | $3,829.27 | $3,829.27 | $3,829.27 | $0.00 |
| CHERYL ANN JACKSON, PRIORITY WAGE | $2,377.85 | $2,377.85 | $2,377.85 | $0.00 |
| CHRISTOPHER MCGRAW, PRIORITY WAGE | $3,829.27 | $3,829.27 | $3,829.27 | $0.00 |
| CLERK, U.S.B.C., PRIORITY WAGE | $2,733.33 | $2,733.33 | $2,733.33 | $0.00 |
| CLIFTON WILEY, PRIORITY WAGE | $71.73 | $71.73 | $71.73 | $0.00 |
| CONSTANCE KLIEWER, PRIORITY WAGE | $754.47 | $754.47 | $754.47 | $0.00 |
| DEBORAH WALB, PRIORITY WAGE | $167.67 | $167.67 | $167.67 | $0.00 |
| DEE K BECWITH, PRIORITY WAGE | $1,013.30 | $1,013.30 | $1,013.30 | $0.00 |
| DELANA COMER, PRIORITY WAGE | $156.11 | $156.11 | $156.11 | $0.00 |
| DONNA GUBLER, PRIORITY WAGE | $786.46 | $786.46 | $786.46 | $0.00 |
| DONNA THOMAS, PRIORITY | $249.30 | $249.30 | $249.30 | $0.00 |

WAGE

| | | | |
|---|---|---|---|
| DORIS MOFFETT. PRIORITY WAGE | $454.60 | $454.60 | $454.60 | $0.00 |
| DOROTHY DAVIS, PRIORITY WAGE | $2,561.08 | $2,561.08 | $2,561.08 | $0.00 |
| ELISA MARQUEZ, PRIORITY WAGE | $526.78 | $526.78 | $526.78 | $0.00 |
| ERNESTINE HARRIS. PRIORITY WAGE | $3,829.28 | $3,829.28 | $3,829.28 | $0.00 |
| EVELYN M BURT, PRIORITY WAGE | $968.12 | $968.12 | $968.12 | $0.00 |
| FELISHA SHAW. PRIORITY WAGE | $1,294.54 | $1,294.54 | $1,294.54 | $0.00 |
| FIDELIS BISONG, PRIORITY WAGE | $3,829.27 | $3,829.27 | $3,829.27 | $0.00 |
| FLORA MAE EDWARDS, PRIORITY WAGE | $339.93 | $339.93 | $339.93 | $0.00 |
| FRANCES K POWELL, PRIORITY WAGE | $901.53 | $901.53 | $901.53 | $0.00 |
| GORDON A CASE II, PRIORITY WAGE | $3,194.48 | $3,194.48 | $3,194.48 | $0.00 |
| HAZEL MCGOWAN, PRIORITY WAGE | $350.93 | $350.93 | $350.93 | $0.00 |
| HAZEL WILKEN, PRIORITY WAGE | $706.53 | $706.53 | $706.53 | $0.00 |
| HELEN CARTER, PRIORITY WAGE | $214.25 | $214.25 | $214.25 | $0.00 |
| ILLINOIS DEPARTMENT OF, UNSECURED PRIORITY TAXES | $136.38 | $136.38 | $136.38 | $0.00 |
| ILLINOIS DEPARTMENT OF REVENUE. UNSECURED PRIORITY TAXES | $75.77 | $75.77 | $75.77 | $0.00 |
| INDIANA DEPARTMENT. UNSECURED PRIORITY TAXES | $192.23 | $192.23 | $192.23 | $0.00 |
| INDIANNA DEPARTMENT OF REVENUE, UNSECURED PRIORITY TAXES | $106.80 | $106.80 | $106.80 | $0.00 |
| INTERNAL REVENUE, UNSECURED PRIORITY TAXES | $18,507.72 | $18,507.72 | $18,507.72 | $0.00 |
| INTERNAL REVENUE SERVICE, UNSECURED PRIORITY TAXES | $11,934.33 | $11,934.33 | $11,934.33 | $0.00 |
| IRENE MOSS. PRIORITY WAGE | $411.91 | $411.91 | $411.91 | $0.00 |
| JACKIE I DAVIS, PRIORITY WAGE | $355.75 | $355.75 | $355.75 | $0.00 |
| JANA DALRYMPLE, PRIORITY WAGE | $231.70 | $231.70 | $231.70 | $0.00 |
| JESSE TERRY, PRIORITY WAGE | $2,308.75 | $2,308.75 | $2,308.75 | $0.00 |
| JESSIE F BRANSON, PRIORITY WAGE | $471.34 | $471.34 | $471.34 | $0.00 |
| JESSIE I. SIMPSON, PRIORITY WAGE | $886.56 | $886.56 | $886.56 | $0.00 |
| JOY ANN BOWMAN. PRIORITY WAGE | $2,177.64 | $2,177.64 | $2,177.64 | $0.00 |
| JOYCE ANN KERNEY, PRIORITY WAGE | $1,913.50 | $1,913.50 | $1,913.50 | $0.00 |
| JUDITH M LOVELESS. PRIORITY CLAIMS | $248.29 | $248.29 | $248.29 | $0.00 |
| JUDY MARINO, PRIORITY WAGE | $1,721.47 | $1,721.47 | $1,721.47 | $0.00 |
| KIMBERLY DOUGLAS, PRIORITY WAGE | $458.93 | $458.93 | $458.93 | $0.00 |

| | | | |
|---|---|---|---|
| LACEY PRICE. PRIORITY WAGE | $417.51 | $417.51 | $417.51 | $0.00 |
| LINDA ANN KNOWLES, PRIORITY WAGE | $447.17 | $447.17 | $447.17 | $0.00 |
| LINDA D TUCKER. PRIORITY WAGE | $1,412.48 | $1,412.48 | $1,412.48 | $0.00 |
| LUCILLE A ROBISON, PRIORITY WAGE | $1,007.96 | $1,007.96 | $1,007.96 | $0.00 |
| LUCY MAY FAGAN, PRIORITY WAGE | $1,486.83 | $1,486.83 | $1,486.83 | $0.00 |
| LULA SPENCE. PRIORITY WAGE | $745.76 | $745.76 | $745.76 | $0.00 |
| MARGARET E. BAKER. PRIORITY WAGE | $444.69 | $444.69 | $444.69 | $0.00 |
| MARGIE NOVICH, PRIORITY WAGE | $579.28 | $579.28 | $579.28 | $0.00 |
| MARISOL VIRAMONTES, PRIORITY WAGE | $382.78 | $382.78 | $382.78 | $0.00 |
| MARTHA FISHER. PRIORITY WAGE | $1,108.20 | $1,108.20 | $1,108.20 | $0.00 |
| MARY JO NAGEL, PRIORITY WAGE | $262.57 | $262.57 | $262.57 | $0.00 |
| MARY MANGUS. PRIORITY CLAIMS | $416.83 | $416.83 | $416.83 | $0.00 |
| MARY SIMMONS, PRIORITY WAGE | $321.37 | $321.37 | $321.37 | $0.00 |
| MATTIE JOHNSON, PRIORITY WAGE | $905.03 | $905.03 | $905.03 | $0.00 |
| MILAGROS CUCULICH, PRIORITY WAGE | $522.70 | $522.70 | $522.70 | $0.00 |
| MILDRED JAMES. PRIORITY WAGE | $3,683.07 | $3,683.07 | $3,683.07 | $0.00 |
| NATASHA A NOBLES, PRIORITY WAGE | $627.98 | $627.98 | $627.98 | $0.00 |
| NEVADA EMPLOYMENT SECURITY DIVISION, UNSECURED PRIORITY TAXES | $243.81 | $243.81 | $243.81 | $0.00 |
| NINA KHAM, PRIORITY WAGE | $1,150.16 | $1,150.16 | $1,150.16 | $0.00 |
| NORMA M LESHER, PRIORITY WAGE | $438.02 | $438.02 | $438.02 | $0.00 |
| OKLAHOMA EMPLOYMENT SECURITY COMMIS, UNSECURED PRIORITY TAXES | $269.55 | $269.55 | $269.55 | $0.00 |
| OKLAHOMA TAX COMMISSION, UNSECURED PRIORITY TAXES | $452.91 | $452.91 | $452.91 | $0.00 |
| PATRICIA HANDLEY. PRIORITY WAGE | $676.71 | $676.71 | $676.71 | $0.00 |
| PATRICK D WILLIAMS. PRIORITY WAGE | $1,052.79 | $1,052.79 | $1,052.79 | $0.00 |
| PAULINE EDWARDS, PRIORITY WAGE | $1,625.36 | $1,625.36 | $1,625.36 | $0.00 |
| PEARLENE YOUNG, PRIORITY WAGE | $670.69 | $670.69 | $670.69 | $0.00 |
| PEGGY REED, PRIORITY WAGE | $1,306.28 | $1,306.28 | $1,306.28 | $0.00 |
| RENA BOOZE, PRIORITY WAGE | $485.62 | $485.62 | $485.62 | $0.00 |
| RHONDA SEIBERT, PRIORITY WAGE | $487.17 | $487.17 | $487.17 | $0.00 |
| ROXANNE RYMER, PRIORITY WAGE | $190.44 | $190.44 | $190.44 | $0.00 |
| RUDOLFO BANLASAN, PRIORITY WAGE | $1,945.17 | $1,945.17 | $1,945.17 | $0.00 |
| RUTH JOHNSON. PRIORITY | $2,668.14 | $2,668.14 | $2,668.14 | $0.00 |

| | | | |
|---|---|---|---|
| WAGE | | | |
| RUTHIE A KIRKPATRICK, PRIORITY WAGE | $857.76 | $857.76 | $857.76 | $0.00 |
| SANDRA SEXTON, PRIORITY WAGE | $202.34 | $202.34 | $202.34 | $0.00 |
| SARA JUSTESEN, PRIORITY WAGE | $346.69 | $346.69 | $346.69 | $0.00 |
| SHARON STARK, PRIORITY WAGE | $350.73 | $350.73 | $350.73 | $0.00 |
| SHERRY J JACKSON, PRIORITY WAGE | $1,477.60 | $1,477.60 | $1,477.60 | $0.00 |
| SHIRLEY HOWARD, PRIORITY WAGE | $1,311.37 | $1,311.37 | $1,311.37 | $0.00 |
| SHURON HUNTER, PRIORITY WAGE | $1,752.34 | $1,752.34 | $1,752.34 | $0.00 |
| SONJA L. ALLGIRE, PRIORITY WAGE | $184.49 | $184.49 | $184.49 | $0.00 |
| STEPHANIE A. CHIDDISTER, PRIORITY WAGE | $171.63 | $171.63 | $171.63 | $0.00 |
| STEPHANIE YOUNG, PRIORITY WAGE | $497.76 | $497.76 | $497.76 | $0.00 |
| TEXAS WORKFORCE COMMISSION, UNSECURED PRIORITY TAXES | $770.85 | $770.85 | $770.85 | $0.00 |
| TRACY HEISER, PRIORITY WAGE | $475.39 | $475.39 | $475.39 | $0.00 |
| TWC TAX AND LABOR LAW DEPARTMENT, UNSECURED PRIORITY TAXES | $1,396.61 | $1,396.61 | $1,396.61 | $0.00 |
| VERA M NEWTON, PRIORITY WAGE | $2,799.90 | $2,799.90 | $2,799.90 | $0.00 |
| VIOLA BECK, PRIORITY WAGE | $505.52 | $505.52 | $505.52 | $0.00 |
| VIVIAN DUFFY, PRIORITY WAGE | $406.27 | $406.27 | $406.27 | $0.00 |
| VIVIAN P PONDER, PRIORITY WAGE | $3,775.54 | $3,775.54 | $3,775.54 | $0.00 |
| WANDA GOLSON, PRIORITY WAGE | $1,292.90 | $1,292.90 | $1,292.90 | $0.00 |
| WAY NUN BISHOP, PRIORITY WAGE | $411.75 | $411.75 | $411.75 | $0.00 |
| WENDI BRIMMER, PRIORITY WAGE | $3,689.78 | $3,689.78 | $3,689.78 | $0.00 |
| YOLANDA JOHNSON STARLING, PRIORITY WAGE | $877.32 | $877.32 | $877.32 | $0.00 |
| YVONNE D BARNETT, PRIORITY WAGE | $251.99 | $251.99 | $251.99 | $0.00 |
| SUBTOTAL: | $141,761.83 | $141,761.83 | $141,761.83 | $0.00 |
| Disbursements to Unsecured Creditors SUBTOTAL: | $0.00 | $0.00 | $0.00 | $0.00 |
| Disbursements to Secured Creditors SUBTOTAL: | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL: | $1,179,859.58 | $1,179,859.58 | $1,117,469.56 | $62,390.02 |

SCHEDULE B

TRUSTEE'S FEES AND EXPENSES

I.   COMPUTATION OF COMPENSATION

Total disbursements other than to the Debtor are $1,140,968.59. Therefore, pursuant to
11 U.S.C §326, compensation requested is $57,479.06.

II.   TRUSTEE'S EXPENSES

| | |
|---|---:|
| Copies ( 994.00 copies at $0.15 cents per copy ) | $149.10 |
| Copies ( 1.00 copies at $6.16 cents per copy ) | $6.16 |
| Copies ( 1.00 copies at $86.95 cents per copy ) | $86.95 |
| Copies ( 1.00 copies at $332.00 cents per copy ) | $332.00 |
| Mailing Matrix ( 1.00 at $20.44 ) | $20.44 |
| MISCELLANEOUS ( 2.00 at $0.75 ) | $1.50 |
| MISCELLANEOUS ( 1.00 at $106.04 ) | $106.04 |
| MISCELLANEOUS ( 1.00 at $160.00 ) | $160.00 |
| Postage ( 40.00 at $0.34 ) | $13.60 |
| Postage ( 505.00 at $0.37 ) | $186.85 |
| Postage ( 2.00 at $1.20 ) | $2.40 |
| Postage ( 1.00 at $1.66 ) | $1.66 |
| Postage ( 1.00 at $1.94 ) | $1.94 |
| Postage ( 1.00 at $3.00 ) | $3.00 |
| Postage ( 1.00 at $3.74 ) | $3.74 |
| Postage ( 1.00 at $26.38 ) | $26.38 |
| Postage ( 1.00 at $3,809.20 ) | $3,809.20 |
| | |
| TOTAL TRUSTEE EXPENSES: | $4,910.96 |
| TOTAL PAID EXPENSES: | $0.00 |
| TOTAL UNPAID EXPENSES: | $4,910.96 |

## SCHEDULE C

### SUMMARY OF ALLOWED CLAIMS AND ESTIMATED DISTRIBUTION

| Funds on Hand | $48,925.98 |
| Administrative Expenses to be Paid | $48,925.98$^2$ |
| Balance Back To Debtor | $0.00 |
| Net Funds Available for Distribution to Creditors | $0.00 |

PRIORITY CLAIMS:

| Claim No. | Creditor Name | Allowed Claim | Estimated Dividend** |
|-----------|---------------|---------------|----------------------|

UNSECURED CLAIMS:

| Claim No. | Creditor Name | Allowed Claim | Estimated Dividend** |
|-----------|---------------|---------------|----------------------|

**NOTE: ESTIMATED DIVIDEND IS BASED UPON APPROVAL OF ALL FEES,
EXPENSES AND COSTS AS PRESENTLY STATED ACTUAL DIVIDEND ACCOUNT
MAY VARY IN THE EVENT OF FURTHER JUDICIAL PROCEEDINGS OR HEARINGS.

---

$^2$ The Trustee's fees and expenses total $62,390.02. The amount to be paid the Trustee is $48,925.98, which is
the amount of funds left in the bankruptcy estate after paying administrative and priority claims.

```
                          Western District of Oklahoma
                                CLAIMS REGISTER

11/03/05      Last Date to File Claims: 11/10/02    01-13673        Page1
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.
```

--------------------------------------------------------------------------

| Name and Address of Claimant | Amount of Claims Filed and Allowed | Remarks |
|---|---|---|

--------------------------------------------------------------------------

```
No:  1      Filed: 05/07/01          Filed Amt:
                                                     (n/a)
TRI CITY EQUIPMENT                                   (n/a)
ATTN JACKY LEKIN                                     (n/a)
527 W 4 TH ST                                        (n/a)
DAVENPORT IA 52801
```
--------------------------------------------------------------------------
```
No:  2      Filed: 05/18/01          Filed Amt:
                                     894.76          (n/a)
CLINTON J CHAPLIN                                    (n/a)
2401 WHITE STREET                                    (n/a)
KILGORE TX 75662                                     (n/a)
```
--------------------------------------------------------------------------
```
No:  3      Filed: 05/21/01          Filed Amt:
                                     16,878.46       (n/a)
CITICORP VENDOR FINANCE INC                          (n/a)
AS ASSIGNEE OF JDR CAPITAL CORP                      (n/a)
ATTN TINA BROZOVICH                                  (n/a)
1800 OVERCENTER DRIVE
MOBERLY MO 65270
```
--------------------------------------------------------------------------
```
No:  4      Filed: 05/21/01          Filed Amt:
                                     128,273.11      (n/a)
ECOLAB INC                                           (n/a)
KOHNER MANN & KAILAS SC                              (n/a)
1572 EAST CAPITOL DRIVE                              (n/a)
PO BOX 11982
MILWAUKEE WI 53211-0982
```
--------------------------------------------------------------------------
```
No:  5      Filed: 05/14/01          Filed Amt:
                                     500,000.00      (n/a)
LENA MORRISON IND AND AS REP OF T                    (n/a)
MARY NOEL GOLDER                                     (n/a)
WEBB STOKES & SPARKS                                 (n/a)
PO BOX 1271
SAN ANGELO TX 76902
```
--------------------------------------------------------------------------
```
No:  6      Filed: 05/16/01          Filed Amt:
                                     1,000,000.00    (n/a)
GRADY MORRIS IND AND AS REP OF TH                    (n/a)
MARY NOEL GOLDER                                     (n/a)
WEBB STOKES & SPARKS                                 (n/a)
PO BOX 1271
SAN ANGELO TX 76902
```
--------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02     01-13673          Page2
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

---

Name and Address of Claimant        Amount of Claims              Remarks
                                    Filed and Allowed
---

No:  7     Filed: 05/16/01          Filed Amt:
                                    500,000.00            (n/a)
LENA MORRISON IND AND AS REP OF T                         (n/a)
MARY NOEL GOLDER                                          (n/a)
WEBB STOKES & SPARKS                                      (n/a)
PO BOX 1271
SAN ANGELO TX 76902
---

No:  8     Filed: 05/17/01          Filed Amt:
                                    4,532.94              (n/a)
JOHN S PIEKALSKI                                          (n/a)
807 ROBINAIR                                              (n/a)
SAN ANTONIO TX 78245                                      (n/a)
---

No:  9     Filed: 05/29/01          Filed Amt:
                                    1,582.25              (n/a)
THOMAS PUBLIC WORKS AUTHORITY                             (n/a)
PO BOX 250                                                (n/a)
THOMAS OK 73669                                           (n/a)
---

No: 10     Filed: 05/29/01          Filed Amt:
                                    4,283.70              (n/a)
RUTH JOHNSON                                              (n/a)
PO BOX 170432                                             (n/a)
DALLAS TX 75217                                           (n/a)
---

No: 11     Filed: 05/09/01          Filed Amt:
                                    211.00                (n/a)
CLIFTON WILEY                                             (n/a)
1502 E WILLHAM DR                                         (n/a)
STILLWATER OK 74075                                       (n/a)
---

No: 12     Filed: 05/11/01          Filed Amt:
                                    2,459.21              (n/a)
PRATT LUMBER & HOME CENTER INC                            (n/a)
ANDREWE W JOHNSON                                         (n/a)
COLLINS & JOHNSON PC                                      (n/a)
177 WEST LINCOLN
LEWISTOWN IL 61542
---

No: 13     Filed: 05/11/01          Filed Amt:
                                    3,506.86              (n/a)
KIMBRO DAIRY PRODUCTS INC                                 (n/a)
ANDREWE W JOHNSON                                         (n/a)
COLLINS & JOHNSON PC                                      (n/a)
177 WEST LINCOLN
LEWISTOWN IL 61542
---

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02    01-13673          Page3
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

--------------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed
--------------------------------------------------------------------------------
No: 14     Filed: 06/04/01            Filed Amt:
                                                                (n/a)
PATIRCIA J HANDLEY                                              (n/a)
1520 DEWBERRY #201                                             (n/a)
LANCASTER TX 75134                                             (n/a)
--------------------------------------------------------------------------------
No: 15     Filed: 06/04/01            Filed Amt:
FRANCES KAY POWELL                    1,094.75                 (n/a)
By: PATIRCIA J HANDLEY                                         (n/a)
1520 DEWBERRY #201                                             (n/a)
LANCASTER TX 75134                                             (n/a)
--------------------------------------------------------------------------------
No: 16     Filed: 06/04/01            Filed Amt:
                                      76,382.50                (n/a)
A1 NURSING REGISTRY INC                                        (n/a)
3811 FLORIN RD #19                                             (n/a)
SACRAMENTO CA 95823                                            (n/a)
--------------------------------------------------------------------------------
No: 17     Filed: 06/05/01            Filed Amt:
                                      4,584.25                 (n/a)
VIVIAN P PONDER                                                (n/a)
1330 LAURA LANE                                                (n/a)
DALLAS TX 75241                                                (n/a)
--------------------------------------------------------------------------------
No: 18     Filed: 06/05/01            Filed Amt:
                                      1,088.00                 (n/a)
ANNIE P CHILES                                                 (n/a)
2625 RUTGERS DRIVE                                             (n/a)
LANCASTER TX 75134                                             (n/a)
--------------------------------------------------------------------------------
No: 19     Filed: 05/31/01            Filed Amt:
                                                                (n/a)
BILL PRICE AS PERS REP OF JEWELL                              (n/a)
THOMAS A WALLACE                                              (n/a)
NORMAN EDEM MEYER WALLACE NORMAN                              (n/a)
127 NW 10TH
OKC OK 73103-4927
--------------------------------------------------------------------------------
No: 20     Filed: 05/31/01            Filed Amt:
                                                                (n/a)
BRENDA F NEWTON                                               (n/a)
410 WYATT ST                                                 (n/a)
WAXAHACHIE TX 75165                                          (n/a)
--------------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02     01-13673        Page4
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

----------------------------------------------------------------------

| Name and Address of Claimant | Amount of Claims Filed and Allowed | | Remarks |
|---|---|---|---|

----------------------------------------------------------------------

No: 21     Filed: 06/07/01          Filed Amt:
                                      306.00        (n/a)
YVONNE D BARNETT                                    (n/a)
321 CEDAR ST                                        (n/a)
WILMER TX 75172                                     (n/a)

----------------------------------------------------------------------

No: 22     Filed: 06/07/01          Filed Amt:
                                      314.18        (n/a)
DONNA THOMAS                                        (n/a)
THOMAS NURSING CENTER                               (n/a)
PO BOX 350                                          (n/a)
THOMAS OK 73669

----------------------------------------------------------------------

No: 23     Filed: 06/07/01          Filed Amt:
                                      538.00        (n/a)
KELLY SWIFT                                         (n/a)
THOMAS NURSING CENTER                               (n/a)
PO BOX 350                                          (n/a)
THOMAS OK 73669

----------------------------------------------------------------------

No: 24     Filed: 06/07/01          Filed Amt:
                                      286.26        (n/a)
CAROL RICE                                          (n/a)
THOMAS NURSING CENTER                               (n/a)
PO BOX 350                                          (n/a)
THOMAS OK 73669

----------------------------------------------------------------------

No: 25     Filed: 06/07/01          Filed Amt:
                                      512.00        (n/a)
BRENDA LEHMAN                                       (n/a)
THOMAS NURSING CENTER                               (n/a)
PO BOX 350                                          (n/a)
THOMAS OK 73669

----------------------------------------------------------------------

No: 26     Filed: 06/07/01          Filed Amt:
                                      512.00        (n/a)
VIVIAN DUFFY                                        (n/a)
THOMAS NURSING CENTER                               (n/a)
PO BOX 350                                          (n/a)
THOMAS OK 73669

----------------------------------------------------------------------

No: 27     Filed: 06/07/01          Filed Amt:
                                      292.00        (n/a)
JANA DALRYMPLE                                      (n/a)
THOMAS NURSING CENTER                               (n/a)
PO BOX 350                                          (n/a)
THOMAS OK 73669

----------------------------------------------------------------------

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02     01-13673          Page5
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

---

Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed

---

No: 28     Filed: 06/07/01            Filed Amt:
                                      240.00          (n/a)
ROXANNE RYMER                                         (n/a)
THOMAS NURSING CENTER                                 (n/a)
PO BOX 350                                            (n/a)
THOMAS OK 73669

---

No: 29     Filed: 06/07/01            Filed Amt:
                                      314.00          (n/a)
CAROL SCHIDLER                                        (n/a)
THOMAS NURSING CENTER                                 (n/a)
PO BOX 350                                            (n/a)
THOMAS OK 73669

---

No: 30     Filed: 06/07/01            Filed Amt:
                                      196.74          (n/a)
DELANA COMER                                          (n/a)
THOMAS NURSING CENTER                                 (n/a)
PO BOX 350                                            (n/a)
THOMAS OK 73669

---

No: 31     Filed: 06/07/01            Filed Amt:
                                      612.00          (n/a)
RENA BOOZE                                            (n/a)
THOMAS NURSING CENTER                                 (n/a)
PO BOX 350                                            (n/a)
THOMAS OK 73669

---

No: 32     Filed: 06/07/01            Filed Amt:
                                      314.00          (n/a)
BARBARA ADAMS                                         (n/a)
THOMAS NURSING CENTER                                 (n/a)
PO BOX 350                                            (n/a)
THOMAS OK 73669

---

No: 33     Filed: 06/07/01            Filed Amt:
                                      1,813.40        (n/a)
HELEN CARTER                                          (n/a)
THOMAS NURSING CENTER                                 (n/a)
PO BOX 350                                            (n/a)
THOMAS OK 73669

---

No: 34     Filed: 06/07/01            Filed Amt:
                                      122,853.56      (n/a)
THE LAW FIRM OF PIERCE GORMAN                         (n/a)
9100 WILSHIRE BLVD                                    (n/a)
SUITE 225 EAST TOWER                                  (n/a)
BEVERLY HILLS CA 90212

---

CLAIMS REGISTER

11/03/05    Last Date to File Claims: 11/10/02    01-13673        Page6
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

--------------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims         Remarks
                                      Filed and Allowed
--------------------------------------------------------------------------------
No: 35    Filed: 06/07/01             Filed Amt:
                                                              (n/a)
FELISHA SHAW                                                   (n/a)
502 N MERRILL NO 256                                           (n/a)
DUNCANVILLE TX 75116                                           (n/a)
--------------------------------------------------------------------------------
No: 36    Filed: 06/11/01             Filed Amt:
                                      7,285.20                 (n/a)
WENDI BRIMMER                                                  (n/a)
THOMAS NURSING CENTER                                          (n/a)
PO BOX 350                                                     (n/a)
THOMAS OK 73669
--------------------------------------------------------------------------------
No: 37    Filed: 06/11/01             Filed Amt:
                                      1,727.25                 (n/a)
BERNICE DUDLEY                                                 (n/a)
6025 PARK MANOR DR                                             (n/a)
DALLAS TX 75241                                                (n/a)
--------------------------------------------------------------------------------
No: 38    Filed: 06/15/01             Filed Amt:
                                      202,320.33               (n/a)
DONALD PUDDY                                                   (n/a)
RICK W BISHER                                                  (n/a)
4323 NORTHWEST 63RD STREET                                     (n/a)
SUITE 110
OKLAHOMA CITY OK 73116
--------------------------------------------------------------------------------
No: 39    Filed: 06/15/01             Filed Amt:
                                      11,268.21                (n/a)
ILLINOIS HEALTH CARE ASSOCIATION                              (n/a)
1029 SOUTH FOURTH STREET                                      (n/a)
SPRINGFIELD IL 62703                                          (n/a)
--------------------------------------------------------------------------------
No: 40    Filed: 06/19/01             Filed Amt:
                                      905.60                   (n/a)
LULA SPENCE                                                    (n/a)
PO BOX 19                                                      (n/a)
FERRIS TX 75125                                                (n/a)
--------------------------------------------------------------------------------
No: 41    Filed: 06/20/01             Filed Amt:
                                      698.77                   (n/a)
INTERSTATE BRANDS CORPORATION                                 (n/a)
BUTTERNUT BAKERY                                              (n/a)
PO BOX 419627                                                 (n/a)
KANSAS CITY MO 64141-6627
--------------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02     01-13673          Page7
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

----------------------------------------------------------------------------
Name and Address of Claimant        Amount of Claims           Remarks
                                    Filed and Allowed
----------------------------------------------------------------------------
No: 42     Filed: 06/21/01          Filed Amt:
                                      500.00          (n/a)
IRENE MOSS                                            (n/a)
1102 KATY ST                                          (n/a)
LANCASTER TX 75146                                    (n/a)
----------------------------------------------------------------------------
No: 43     Filed: 06/21/01          Filed Amt:
                                    1,586.25          (n/a)
PEGGY REED                                            (n/a)
316 N GOODE RD                                        (n/a)
PO BOX 71                                             (n/a)
WILMER TX 75172
----------------------------------------------------------------------------
No: 44     Filed: 06/25/01          Filed Amt:
                                    7,249.67          (n/a)
ERNESTINE HARRIS                                      (n/a)
1441 WARWICK DR                                       (n/a)
LANCASTER TX 75134                                    (n/a)
----------------------------------------------------------------------------
No: 45     Filed: 06/25/01          Filed Amt:
                                    6,356.65          (n/a)
WELLS FARGO FINANCIAL LEASING                         (n/a)
604 LOCUST STREET 14 TH FLOOR                         (n/a)
DES MOINES IA 50309                                   (n/a)
----------------------------------------------------------------------------
No: 46     Filed: 06/25/01          Filed Amt:
                                    17,414.25         (n/a)
WELLS FARGO FINANCIAL LEASING                         (n/a)
604 LOCUST STREET 14 TH FLOOR                         (n/a)
DES MOINES IA 50309                                   (n/a)
----------------------------------------------------------------------------
No: 47     Filed: 06/25/01          Filed Amt:
                                    1,195.91          (n/a)
COMPU TEK                                             (n/a)
818 E 8TH ST                                          (n/a)
MUSCATINE IA 52761                                    (n/a)
----------------------------------------------------------------------------
No: 48     Filed: 06/27/01          Filed Amt:
                                    19,945.79         (n/a)
SYSCO FOOD SERVICES OF AUSTIN INC                     (n/a)
DOROTHY URREA ASST CREDIT MANAGER                     (n/a)
101 S CHISHOLM TRAIL                                  (n/a)
ROUND ROCK TX 78681
----------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02     01-13673          Page8
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed
------------------------------------------------------------------------
No: 49     Filed: 06/28/01            Filed Amt:
                                                          (n/a)
RUTH JOHNSON                                              (n/a)
PO BOX 170432                                             (n/a)
DALLAS TX 75217                                           (n/a)
------------------------------------------------------------------------
No: 50     Filed: 06/28/01            Filed Amt:
                                                          (n/a)
LUELLA MORGAN                                             (n/a)
C/O M JOANN STRANGE                                       (n/a)
517 13TH ST                                              (n/a)
ALVA OK 73717-2033
------------------------------------------------------------------------
No: 51     Filed: 06/29/01            Filed Amt:
                                                          (n/a)
WILLIAM JAMES MCBRIDE                                     (n/a)
10342 LENGRI PL                                           (n/a)
HANNIBAL MO 63401                                         (n/a)
------------------------------------------------------------------------
No: 52     Filed: 07/02/01            Filed Amt:
                                                          (n/a)
TAMARA MURPHY                                             (n/a)
PMB 392                                                   (n/a)
1163 E MARCH LN STE D                                     (n/a)
STOCKTON CA 95210
------------------------------------------------------------------------
No: 53     Filed: 07/02/01            Filed Amt:
                                                          (n/a)
RODULFO BANLASAN                                          (n/a)
3216 BLUE RIDGE CIRCLE                                    (n/a)
STOCKTON CA 95219                                         (n/a)
------------------------------------------------------------------------
No: 54     Filed: 07/02/01            Filed Amt:
                                                          (n/a)
VONACHEN SERVICE & SUPPLY                                 (n/a)
PO BOX 3156                                               (n/a)
PEORIA IL 61612 3156                                      (n/a)
------------------------------------------------------------------------
No: 55     Filed: 07/03/01            Filed Amt:
                                                          (n/a)
TWYLA L PAYNE                                             (n/a)
PO BOX 2131                                               (n/a)
MURPHYS CA 95247                                          (n/a)
------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05    Last Date to File Claims: 11/10/02    01-13673    Page9
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

--------------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed
--------------------------------------------------------------------------------
No: 56    Filed: 07/06/01             Filed Amt:
                                        429.27          (n/a)
JAN FRANK                                               (n/a)
8180 MANITOBA ST NO 358                                 (n/a)
PLAYA DEL REY CA 90293                                  (n/a)
--------------------------------------------------------------------------------
No: 57    Filed: 07/09/01             Filed Amt:
                                      30,000.00         (n/a)
LAW OFFICES OF CRAIG LEE CORREN                         (n/a)
ATTORNEY ADAM BLAIR CORREN                              (n/a)
5345 N EL DORADO STE 7                                  (n/a)
STOCKTON CA 95207
--------------------------------------------------------------------------------
No: 58    Filed: 07/09/01             Filed Amt:
                                      215,331.04        (n/a)
LLOYD ANDERSON                                          (n/a)
C/O LAW OFFICES OF CRAIG LEE CORR                      (n/a)
ATTORNEY ADAM BLAIR CORREN                              (n/a)
5345 N EL DORADO STE 7
STOCKTON CA 95207
--------------------------------------------------------------------------------
No: 59    Filed: 07/10/01             Filed Amt:
                                                       (n/a)
WASTON SYSCO FOOD SERVICES INC                         (n/a)
MITCH STRGEL CREDIT MANAGER                            (n/a)
714 2ND PLACE                                          (n/a)
LUBBOCK TX 79401
--------------------------------------------------------------------------------
No: 60    Filed: 07/11/00             Filed Amt:
                                      2,909.35          (n/a)
JUDY MANINO                                             (n/a)
211 TIOGA DR                                           (n/a)
LODI CA 95242                                          (n/a)
--------------------------------------------------------------------------------
No: 61    Filed: 07/13/01             Filed Amt:
                                      1,237.10          (n/a)
MARGARET E BAKER                                        (n/a)
PO BOX 5                                                (n/a)
BAKER NV 89311                                          (n/a)
--------------------------------------------------------------------------------
No: 62    Filed: 07/13/01             Filed Amt:
                                      3,022.00          (n/a)
NADINE CAMPBELL                                         (n/a)
29675 LASSEN DRIVE                                      (n/a)
COLD SPRINGS CA 95335                                  (n/a)
--------------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05    Last Date to File Claims: 11/10/02    01-13673         Page    10
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

---------------------------------------------------------------------------

Name and Address of Claimant         Amount of Claims         Remarks
                                     Filed and Allowed
---------------------------------------------------------------------------

No: 63      Filed: 07/13/01          Filed Amt:
                                     8,460.11          (n/a)
MARGARET E BAKER                                       (n/a)
PO BOX 5                                               (n/a)
BAKER NV 89311                                         (n/a)
---------------------------------------------------------------------------

No: 64      Filed: 07/18/01          Filed Amt:
                                     69,372.94         (n/a)
THE DLJ WRIGHT INDUSTRY INC                            (n/a)
NICOLE BAKER                                           (n/a)
PO BOX 595                                             (n/a)
TONTITOWN AR 72770
---------------------------------------------------------------------------

No: 65      Filed: 07/20/01          Filed Amt:
                                     37,141.59         (n/a)
CITICORP VENDOR FINANCE INC                            (n/a)
ATTN CARRIE SMITH                                      (n/a)
1800 OVERCENTER DRIVE                                  (n/a)
MOBERLY MO 65270
---------------------------------------------------------------------------

No: 66      Filed: 07/23/01          Filed Amt:
                                     17,310.33         (n/a)
DEE L BECKWITH                                         (n/a)
795 AVE N                                              (n/a)
ELY NV 89301                                           (n/a)
---------------------------------------------------------------------------

No: 67      Filed: 07/26/01          Filed Amt:
                                     10,730.11         (n/a)
CHERYL F OREAR                                         (n/a)
199 ELY                                                (n/a)
ELY NV 89301                                           (n/a)
---------------------------------------------------------------------------

No: 68      Filed: 07/26/01          Filed Amt:
                                     1,748.40          (n/a)
CLARK THOMAS & WINTERS A                               (n/a)
PROFESSIONAL CORPORATION                               (n/a)
C/O WILL GUERRANT                                      (n/a)
PO BOX 1148
AUSTIN TX 78767
---------------------------------------------------------------------------

No: 69      Filed: 07/27/01          Filed Amt:
                                     2,940.00          (n/a)
PAULINE A RAMIREZ                                      (n/a)
PO BOX 690232                                          (n/a)
STOCKTON CA 95269                                      (n/a)
---------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02    01-13673        Page    11
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

---------------------------------------------------------------------------------
Name and Address of Claimant        Amount of Claims          Remarks
                                    Filed and Allowed
---------------------------------------------------------------------------------
No: 70     Filed: 07/27/01          Filed Amt:
                                                          (n/a)
LINDA ANN KNOWLES                                         (n/a)
206 TIOGA DRIVE                                           (n/a)
LODI CA 95242                                             (n/a)
---------------------------------------------------------------------------------
No: 71     Filed: 07/27/01          Filed Amt:
                                    9,867.97              (n/a)
THE WILLIAM BEE RIRIE HOSP AND CL                        (n/a)
NORTHSTAR IMAGING INC                                    (n/a)
CLEMENT HERRED MD                                        (n/a)
1500 WE H
ELY NV 89301
---------------------------------------------------------------------------------
No: 72     Filed: 07/27/01          Filed Amt:
                                    56,624.70             (n/a)
TIMOTHY D DEGIUSTI                                        (n/a)
HOLLADAY CHILTON DEGIUSTI PLLC                            (n/a)
204 N ROBINSON SUITE 1550                                (n/a)
OKLAHOMA CITY OK 73102
---------------------------------------------------------------------------------
No: 73     Filed: 07/30/01          Filed Amt:
                                    13,666.92             (n/a)
DONNA GUBLER                                              (n/a)
PO BOX 187                                                (n/a)
LUND NV 89317                                             (n/a)
---------------------------------------------------------------------------------
No: 74     Filed: 07/30/01          Filed Amt:
                                                          (n/a)
RHONDA SEIBERT                                            (n/a)
1337 S CRECENT AVE APT 3                                  (n/a)
LODI CA 95240                                             (n/a)
---------------------------------------------------------------------------------
No: 75     Filed: 07/30/01          Filed Amt:
                                    36,953.25             (n/a)
DEE L BEDWITH                                             (n/a)
795 AVE N                                                 (n/a)
ELY NV 89301                                              (n/a)
---------------------------------------------------------------------------------
No: 76     Filed: 07/30/01          Filed Amt:
                                    2,504.53              (n/a)
MILAGROS CUCULICH                                        (n/a)
7160 TRISTAN CIR                                          (n/a)
STOCKTON CA 95210                                        (n/a)
---------------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05    Last Date to File Claims: 11/10/02    01-13673    Page    12
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

```
-------------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed
-------------------------------------------------------------------------------
No: 77    Filed: 08/03/01             Filed Amt:
                                                                (n/a)
NORMA J MILLER                                                  (n/a)
9137 NE 122 ND                                                 (n/a)
JONES OK 73049                                                 (n/a)
-------------------------------------------------------------------------------
No: 78    Filed: 08/03/01             Filed Amt:
                                      12,394.86                (n/a)
ENCORE REHABILITATION INC                                      (n/a)
113 2ND AVENUE SE                                              (n/a)
DECANTUR AL 35601                                              (n/a)
-------------------------------------------------------------------------------
No: 79    Filed: 08/06/01             Filed Amt:
                                      16,807.27                (n/a)
LINCARE INC                                                    (n/a)
19387 US 19 NORTH                                             (n/a)
CLEARWATER FL 33764                                           (n/a)
-------------------------------------------------------------------------------
No: 80    Filed: 08/06/01             Filed Amt:
                                                                (n/a)
NINA KHAM                                                      (n/a)
7322 TRINTAN CIR                                               (n/a)
STOCKTON CA 95210                                             (n/a)
-------------------------------------------------------------------------------
No: 81    Filed: 08/13/01             Filed Amt:
                                      3,361.73                 (n/a)
NORMA M LESHER                                                 (n/a)
PO BOX 1133                                                    (n/a)
MCGILL NV 89318                                               (n/a)
-------------------------------------------------------------------------------
No: 82    Filed: 08/13/01             Filed Amt:
                                      77,698.84                (n/a)
IOS CAPITAL                                                    (n/a)
BANKRUPTCY ADM                                                (n/a)
PO BOX 13708                                                  (n/a)
MACON GA 31208-3708
-------------------------------------------------------------------------------
No: 83    Filed: 08/13/01             Filed Amt:
                                      19,298.00                (n/a)
IOS CAPITAL                                                    (n/a)
BANKRUPTCY ADM                                                (n/a)
PO BOX 13708                                                  (n/a)
MACON GA 31208-3708
-------------------------------------------------------------------------------
```

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02     01-13673          Page    13
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

------------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims        Remarks
                                      Filed and Allowed
------------------------------------------------------------------------------
No: 84     Filed: 08/14/01            Filed Amt:
                                        810.00          (n/a)
RONALD E GREEN DDS                                      (n/a)
57019 YUCCA TR                                          (n/a)
YUCCA VALLEY CA 92284                                   (n/a)
------------------------------------------------------------------------------
No: 85     Filed: 08/15/01            Filed Amt:
                                        512.30          (n/a)
SOUTHWESTERN BELL YELLOW PAGES                          (n/a)
PO BOX 31515                                            (n/a)
ST LOUIS MO 63131                                       (n/a)
------------------------------------------------------------------------------
No: 86     Filed: 08/17/01            Filed Amt:
                                      75,524.16          (n/a)
MAROLYN E LARGENT                                       (n/a)
1214 S MIDWEST BLVD                                     (n/a)
MIDWEST CITY OK 73110                                   (n/a)
------------------------------------------------------------------------------
No: 87     Filed: 08/17/01            Filed Amt:
                                      2,793.96          (n/a)
SARA JUSTESEN                                           (n/a)
BOX 882                                                 (n/a)
MCGILL NV 89318                                         (n/a)
------------------------------------------------------------------------------
No: 88     Filed: 08/17/01            Filed Amt:
                                      2,302.55          (n/a)
JACKIE I DAVIS                                          (n/a)
BOX 123                                                 (n/a)
RUTH NV 89319                                           (n/a)
------------------------------------------------------------------------------
No: 89     Filed: 08/17/01            Filed Amt:
                                      2,899.71          (n/a)
WAY NUN BISHOP                                          (n/a)
762 MURRY ST                                            (n/a)
ELY NV 89301                                            (n/a)
------------------------------------------------------------------------------
No: 90     Filed: 08/17/01            Filed Amt:
                                      20,400.00          (n/a)
LUCILLE A ROBISON                                       (n/a)
25 RENO ROAD                                            (n/a)
ELY NV 89301                                            (n/a)
------------------------------------------------------------------------------
No: 91     Filed: 08/17/01            Filed Amt:
                                      1,911.00          (n/a)
ANDREA CORTEZ                                           (n/a)
512 E PINE ST                                           (n/a)
LODI CA 95240                                           (n/a)
------------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05    Last Date to File Claims: 11/10/02    01-13673    Page    14
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

--------------------------------------------------------------------------
Name and Address of Claimant       Amount of Claims         Remarks
                                   Filed and Allowed
--------------------------------------------------------------------------
No: 92    Filed: 08/17/01          Filed Amt:
                                                     (n/a)
OVERHEAD FIRE PROTECTION INC                         (n/a)
PO BOX 5863                                          (n/a)
SPARKS NV 89432-5863                                 (n/a)
--------------------------------------------------------------------------
No: 93    Filed: 08/17/01          Filed Amt:
                                   37,408.98         (n/a)
CALIFORNIA DEPARTMENT OF HEALTH S                    (n/a)
OFFICE OF LEGAL SERVICES                             (n/a)
714 P STREET ROOM 1216                               (n/a)
SACRAMENTO CA 95814                                  REPLACED BY CLAIM
                                                     FILED 09/28/01
--------------------------------------------------------------------------
No: 94    Filed: 08/20/01          Filed Amt:
                                   1,513.58          (n/a)
AVAYA COMMUNICATIONS FDBA LUCENT                     (n/a)
IRON MOUNTAIN RECORDS MANAGEMENT                     (n/a)
C/O D & B BANKRUPTCY SERVICES                        (n/a)
PO BOX 5126
TIMONIUM MD 21094
--------------------------------------------------------------------------
No: 95    Filed: 08/20/01          Filed Amt:
                                   487.93            (n/a)
MARISOL VIRAMONTES                                   (n/a)
219 WATSON STREET                                    (n/a)
LODI CA 95240                                        (n/a)
--------------------------------------------------------------------------
No: 96    Filed: 08/20/01          Filed Amt:
                                   2,001.00          (n/a)
ELISA MARQUEZ                                        (n/a)
9935 KOST RD                                         (n/a)
GALT CA 95632                                        (n/a)
--------------------------------------------------------------------------
No: 97    Filed: 07/24/01          Filed Amt:
                                   15,993.75         (n/a)
INNOVATIVE MEDICAL SYSTEMS OF                        (n/a)
THE MIDWEST INC                                      (n/a)
MAYER S KLEIN                                        (n/a)
7777 BONHOMME AVE 24TH FLR
ST LOUIS MO 63105
--------------------------------------------------------------------------
No: 98    Filed: 08/23/01          Filed Amt:
                                   69,372.94         (n/a)
THE DLJ WRIGHT INDUSTRY                              (n/a)
NICOLE BAKER                                         (n/a)
PO BOX 595                                           (n/a)
TONTITOWN AR 72770
--------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02     01-13673          Page     15
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

--------------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed
--------------------------------------------------------------------------------
No: 99     Filed: 08/23/01            Filed Amt:
                                      11,214.00          (n/a)
BARBARA A LEWIS                                          (n/a)
PO BOX 150042                                           (n/a)
ELY NV 89315                                            (n/a)
--------------------------------------------------------------------------------
No: 100    Filed: 08/27/01            Filed Amt:
                                      685.59            (n/a)
GRAINGER                                               (n/a)
7300 N MELVINA AVE                                     (n/a)
NILES IL 60714-3998                                    (n/a)
--------------------------------------------------------------------------------
No: 101    Filed: 08/27/01            Filed Amt:
                                      218.90            (n/a)
HEATON PUBLICATIONS INC                                (n/a)
600 COLLEGE STREET                                     (n/a)
ALBERTVILLE AL 35950                                   (n/a)
--------------------------------------------------------------------------------
No: 102    Filed: 08/27/01            Filed Amt:
                                      307.00            (n/a)
LUCILLE HARMON                                         (n/a)
1049 MURRY ST                                          (n/a)
ELY NV 89301                                           (n/a)
--------------------------------------------------------------------------------
No: 103    Filed: 08/24/01            Filed Amt:
                                                       (n/a)
CONSTANCE KLIEWER                                      (n/a)
34 RENO ROAD                                           (n/a)
ELY NEVADA 89301                                       (n/a)
--------------------------------------------------------------------------------
No: 104    Filed: 08/30/01            Filed Amt:
                                      3,250.33          (n/a)
COMFORT ZONE OF WOODWARD INC                           (n/a)
C/O KATHLEEN HALLREN                                   (n/a)
PO BOX 529                                             (n/a)
WOODWARD OK 73802
--------------------------------------------------------------------------------
No: 105    Filed: 08/30/01            Filed Amt:
                                      10,629.79         (n/a)
MARGIE NOVICH                                          (n/a)
PO BOX 583                                             (n/a)
MCGILL NV 89318                                        (n/a)
--------------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05      Last Date to File Claims: 11/10/02    01-13673         Page   16
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

--------------------------------------------------------------------------------
Name and Address of Claimant       Amount of Claims          Remarks
                                   Filed and Allowed
--------------------------------------------------------------------------------
No:  106   Filed: 08/31/01         Filed Amt:
                                     493.94          (n/a)
PIONEER TELEPHONE COOPERATIVE INC                    (n/a)
LEGAL DEPT                                            (n/a)
PO BOX 539                                            (n/a)
KINGFISHER OK 73750
--------------------------------------------------------------------------------
No:  107   Filed: 09/06/01         Filed Amt:
                                     146.50          (n/a)
PIONEER TELEPHONE COOPERATIVE INC                    (n/a)
LEGAL DEPT                                            (n/a)
PO BOX 539                                            (n/a)
KINGFISHER OK 73750
--------------------------------------------------------------------------------
No:  108   Filed: 09/10/01         Filed Amt:
                                   9,623.60          (n/a)
THOMAS H BOYD MEMORIAL HOSPITAL                      (n/a)
800 SCHOOL STREET                                    (n/a)
CARROLLTON IL 62016                                  (n/a)
--------------------------------------------------------------------------------
No:  109   Filed: 09/11/01         Filed Amt:
                                   3,034.20          (n/a)
KIMBERLY DOUGLAS                                     (n/a)
PO BOX 142                                           (n/a)
GALT CA 95632                                        (n/a)
--------------------------------------------------------------------------------
No:  110   Filed: 09/11/01         Filed Amt:
                                   1,511.11          (n/a)
MARY JO (JODY) NAGEL                                 (n/a)
706 CARLIN DR                                        (n/a)
ANGOLA IN 46703                                      (n/a)
--------------------------------------------------------------------------------
No:  111   Filed: 09/18/01         Filed Amt:
                                  12,750.00          (n/a)
DUDLEY J PITCHFORD DBA                               (n/a)
MANAGEMENT RECRUITERS OF OLYMPIA                     (n/a)
2902 ORANGE STREET SE                                (n/a)
OLYMPIA WA 98501
--------------------------------------------------------------------------------
No:  112   Filed: 09/19/01         Filed Amt:
                                     440.00          (n/a)
HIGH PLAINS TECHNOLOGY CENTER                        (n/a)
3921 34TH STREET                                     (n/a)
WOODWARD OK 73801                                    (n/a)
--------------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05    Last Date to File Claims: 11/10/02    01-13673        Page    17
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

---

Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed
---

No:  113    Filed: 09/20/01           Filed Amt:
                                                                (n/a)
INDUSTRIAL ENGINE & GENERATOR INC                               (n/a)
1934 N 81 ST                                                    (n/a)
CASEYVILLE IL 62232-1656                                        (n/a)
---

No:  114    Filed: 09/20/01           Filed Amt:
                                                                (n/a)
JUDITH M LOVELESS                                               (n/a)
150 E HWY US20 LOT 22                                           (n/a)
ANGOLA IN 46703                                                 (n/a)
---

No:  115    Filed: 09/21/01           Filed Amt:
                                      1,565.84                  (n/a)
JUANITA ROBINSON                                                (n/a)
HC32 BOX 32113                                                  (n/a)
ELY NV 89301                                                    (n/a)
---

No:  116    Filed: 09/21/01           Filed Amt:
                                                                (n/a)
BESSIE MONEY                                                    (n/a)
504 N MARTHA ST                                                 (n/a)
ANGOLA IN 46703                                                 (n/a)
---

No:  117    Filed: 09/21/01           Filed Amt:
                                      2,123.60                  (n/a)
CITY OF MEDFORD                                                 (n/a)
PO BOX 123                                                      (n/a)
MEDFORD OK 73759-0123                                           (n/a)
---

No:  118    Filed: 09/24/01           Filed Amt:
                                      6,293.28                  (n/a)
GORDON & REES LLP                                               (n/a)
275 BATTERY STREET                                              (n/a)
SUITE 2000                                                      (n/a)
SAN FRANCISCO CA 94111
---

No:  119    Filed: 09/26/01           Filed Amt:
                                      875.00                    (n/a)
HEARLAB                                                         (n/a)
5282 MEDICAL DR #150                                            (n/a)
SAN ANTONIO TX 78229                                           (n/a)
---

CLAIMS REGISTER

11/03/05    Last Date to File Claims: 11/10/02    01-13673        Page    18
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

--------------------------------------------------------------------------
Name and Address of Claimant        Amount of Claims            Remarks
                                    Filed and Allowed
--------------------------------------------------------------------------
No:   120    Filed: 09/27/01         Filed Amt:
                                     15,997.30          (n/a)
MARY E ZURKOWSKI                                        (n/a)
1775 HIGHWAY 30                                         (n/a)
TAMA IA 52339                                           (n/a)
--------------------------------------------------------------------------
No:   121    Filed: 09/27/01         Filed Amt:
                                     2,855.06           (n/a)
DARLENE E BAHR RDMS                                     (n/a)
140 WADSWORTH AVE                                       (n/a)
SANTA MONICA CA 90405                                   (n/a)
--------------------------------------------------------------------------
No:   122    Filed: 09/27/01         Filed Amt:
                                     130,038.33         (n/a)
NOVACARE HOLDINGS INC                                   (n/a)
ROBERT M HIRSH                                          (n/a)
711 THIRD AVE 20TH FLOOR                                (n/a)
NEW YORK NY 10017-4014
--------------------------------------------------------------------------
No:   123    Filed: 09/27/01         Filed Amt:
                                     11,940.98          (n/a)
COUNTY OF WILLIAMSON CITY OF TAYL                       (n/a)
5929 BALCONES DR STE 200                                (n/a)
PO BOX 26990                                            (n/a)
AUSTIN TX 78755
--------------------------------------------------------------------------
No:   124    Filed: 09/28/01         Filed Amt:
                                     37,408.98          (n/a)
CALIFORNIA DEPARTMENT OF HEALTH S                       (n/a)
OFFICE OF LEGAL SERVICES                                (n/a)
714 P STREET ROOM 1216                                  (n/a)
SACRAMENTO CA 95814                                     REPLACES CLAIM DATED
                                                        8/17/01
--------------------------------------------------------------------------
No:   125    Filed: 10/01/01         Filed Amt:
                                     3,440.75           (n/a)
KELLY SERVICES INC                                      (n/a)
999 W BIG BEAVER RD                                     (n/a)
TROY MI 48084                                           (n/a)
--------------------------------------------------------------------------
No:   126    Filed: 10/01/01         Filed Amt:
                                     1,928.61           (n/a)
C A NEDELE & SONS                                       (n/a)
313 E MECHANIC ST                                       (n/a)
ANGOLA IN 46703                                         (n/a)
--------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05    Last Date to File Claims: 11/10/02    01-13673        Page    19
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

--------------------------------------------------------------------------------
Name and Address of Claimant        Amount of Claims            Remarks
                                    Filed and Allowed
--------------------------------------------------------------------------------
No:   127    Filed: 10/01/01        Filed Amt:
                                                            (n/a)
SONJA L ALLGIRE                                             (n/a)
902 DUBLIN LN                                              (n/a)
ANGOLA IN 46703-1624                                       (n/a)
--------------------------------------------------------------------------------
No:   128    Filed: 10/03/01        Filed Amt:
                                    45,211.17              (n/a)
PHARMACY CORPORATION OF AMERICA                            (n/a)
835 WILSHIRE BLVD #300                                     (n/a)
LOS ANGELES CA 90017                                       (n/a)
--------------------------------------------------------------------------------
No:   129    Filed: 10/04/01        Filed Amt:
                                    876.84                 (n/a)
IOS CAPITAL                                                (n/a)
BANKRUPTCY ADM                                             (n/a)
PO BOX 13708                                               (n/a)
MACON GA 31208-3708
--------------------------------------------------------------------------------
No:   130    Filed: 10/05/01        Filed Amt:
                                    622.05                 (n/a)
J A SEXAUER                                                (n/a)
C/O FRED B GROSS ESQ                                       (n/a)
PO BOX 465                                                 (n/a)
CHERRY HILL NJ 08003
--------------------------------------------------------------------------------
No:   131    Filed: 10/09/01        Filed Amt:
                                    5,000,000.00           (n/a)
JAMIE WAGGONER                                             (n/a)
JEFF E RUSK & WILLIAM J BAINE                              (n/a)
SHIELDS & RUSK PC                                          (n/a)
910 LAVACA
AUSTIN TX 78701
--------------------------------------------------------------------------------
No:   132    Filed: 10/09/01        Filed Amt:
                                                            (n/a)
GORDON A CASE II                                           (n/a)
2437 MEADOW RUE DRIVE                                      (n/a)
MODESTO CA 95355                                           (n/a)
--------------------------------------------------------------------------------
No:   133    Filed: 10/09/01        Filed Amt:
                                    54,847.88              (n/a)
WESTERN FOODS INC                                          (n/a)
ATTN MIKE FELKINS                                          (n/a)
PO BOX 87                                                  (n/a)
LITTLE ROCK AR 72203
--------------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05      Last Date to File Claims: 11/10/02      01-13673      Page      20
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

----------------------------------------------------------------------------------

Name and Address of Claimant          Amount of Claims            Remarks
                                      Filed and Allowed
----------------------------------------------------------------------------------

No:  134    Filed: 10/11/01              Filed Amt:
                                         6,402.16          (n/a)
MILDRED JAMES                                              (n/a)
1255 W PLEASANT RUN APT 222                                (n/a)
LANCASTER TX 75146                                         (n/a)
----------------------------------------------------------------------------------

No:  135    Filed: 10/12/01              Filed Amt:
                                         799,477.18       (n/a)
LEGION INSURANCE COMPANY                 799,477.19  Total (n/a)
MICHAEL J HYNES                                            (n/a)
4TH FLOOR                                                  (n/a)
1900 MARKET STREET                                         AMENDED BY CLAIM
                                                          FILED 01/03/02

PHILADELPHIA PA 19103
----------------------------------------------------------------------------------

No:  136    Filed: 10/12/01              Filed Amt:
                                         600.00           (n/a)
DR J R AKERS                                              (n/a)
134 8 TH SE                                               (n/a)
PARIS TX 75460                                            (n/a)
----------------------------------------------------------------------------------

No:  137    Filed: 10/15/01              Filed Amt:
                                         77.12            (n/a)
RF TECHNOLOGIES INC                                       (n/a)
DBA CODE ALERT                                            (n/a)
PO BOX 1170                                               (n/a)
MILWAUKEE WI 53201
----------------------------------------------------------------------------------

No:  138    Filed: 10/15/01              Filed Amt:
                                         327.62           (n/a)
RF TECHNOLOGIES INC                                       (n/a)
DBA CODE ALERT                                            (n/a)
PO BOX 1170                                               (n/a)
MILWAUKEE WI 53201
----------------------------------------------------------------------------------

No:  139    Filed: 10/18/01              Filed Amt:
                                         106,829.29       (n/a)
DESERT HOSPITAL                                           (n/a)
C/O SYNDICATED OFFICE SYSTEMS                             (n/a)
ATTN D LUCAS LEGAL                                        (n/a)
3 IMPERIAL PROMENADE 3RD FLR
SANTA ANA CA 92707
----------------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02     01-13673          Page    21
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

----------------------------------------------------------------------------------
Name and Address of Claimant            Amount of Claims               Remarks
                                        Filed and Allowed
----------------------------------------------------------------------------------
No:   140    Filed: 10/22/01            Filed Amt:
                                        11,408.23            (n/a)
FNF CAPITAL INC                                              (n/a)
C/O KIRK RENSE ESQ                                          (n/a)
17911 VON KARMAN AVE STE 300                                (n/a)
IRVINE CA 92614-4396
----------------------------------------------------------------------------------
No:   141    Filed: 10/26/01            Filed Amt:
                                        2,101.20             (n/a)
MARY B MANGUS                                               (n/a)
6241 N 600 E                                                (n/a)
FREMONT IN 46737                                            (n/a)
----------------------------------------------------------------------------------
No:   142    Filed: 10/29/01            Filed Amt:
                                        1,563.10             (n/a)
RENEE RICHARDSON                                            (n/a)
417 RANDOLPH ST                                             (n/a)
ANGOLA IN 46703-1559                                        (n/a)
----------------------------------------------------------------------------------
No:   143    Filed: 10/29/01            Filed Amt:
                                        3,986.11             (n/a)
SOUTHWESTERN BELL YELLOW PAGES IN                           (n/a)
PO BOX 31515                                                (n/a)
ST LOUIS MO 63131                                           (n/a)
----------------------------------------------------------------------------------
No:   144    Filed: 10/31/01            Filed Amt:
                                                            (n/a)
JOAN DAL PORTO                                              (n/a)
15787 CLINTON RD                                            (n/a)
JACKSON CA 95642                                            (n/a)
----------------------------------------------------------------------------------
No:   145    Filed: 11/01/01            Filed Amt:
                                                            (n/a)
RENEE RICHARDSON                                            (n/a)
417 RANDOLPH ST                                             (n/a)
ANGOLA IN 46703-1559                                        (n/a)
----------------------------------------------------------------------------------
No:   146    Filed: 11/05/01            Filed Amt:
                                        545.16              (n/a)
IOWA WORKFORCE DEVELOPMENT                                  (n/a)
UNEMPLOYMENT INSURANCE SVCS DIV                             (n/a)
TAX BUREAU                                                  (n/a)
1000 EAST GRAND AVENUE                                      REPLACED BY CLAIM
                                                           FILED 11/08/01
DES MOINES IA 50319-0209
----------------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02     01-13673        Page    23
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

--------------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed
--------------------------------------------------------------------------------
No:   154    Filed: 12/05/01          Filed Amt:
                                      19,834.03          (n/a)
CANON FINANCIAL SERVICES INC                            (n/a)
C/O LEE M HERMAN                                        (n/a)
2050 WESTCHESTER PLACE                                  (n/a)
HAVERTOWN PA 19083
--------------------------------------------------------------------------------
No:   155    Filed: 12/10/01          Filed Amt:
                                      739.19            (n/a)
DECATUR ACE HARDWARE                                    (n/a)
611 W FORD STREET                                       (n/a)
DECATUR TX 76234                                        (n/a)
--------------------------------------------------------------------------------
No:   156    Filed: 12/11/01          Filed Amt:
                                      1,804.39          (n/a)
ALICE M DOOLITTLE                                       (n/a)
7475 N 150 W                                            (n/a)
FREMONT IN 46737                                        (n/a)
--------------------------------------------------------------------------------
No:   157    Filed: 12/11/01          Filed Amt:
                                      708.98            (n/a)
SANDRA K SEXTON                                         (n/a)
1453 CO RD 14                                           (n/a)
WATERLOO IN 46793                                       (n/a)
                                                       Amended by claim
                                                       filed 10/25/02
--------------------------------------------------------------------------------
No:   158    Filed: 12/07/01          Filed Amt:
                                      200,000.00        (n/a)
CHAPTER 11 BANKRUPTCY ESTATE                            (n/a)
OF EAST WEST HEALTHCARE LLC                             (n/a)
C/O JONATHAN E TESAR CH 11 TRUSTE                      (n/a)
PO BOX 255544
SACRAMENTO CA 95865
--------------------------------------------------------------------------------
No:   159    Filed: 11/26/01          Filed Amt:
                                      135,000.00        (n/a)
INTERNAL REVENUE SERVICE                                (n/a)
SPECIAL PROCEDURES BRANCH                               (n/a)
55 N ROBINSON                                           (n/a)
STOP 5024
OKLAHOMA CITY OK 73102
--------------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02   01-13673        Page   24
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

------------------------------------------------------------------------------
Name and Address of Claimant        Amount of Claims            Remarks
                                    Filed and Allowed
------------------------------------------------------------------------------
No:  160    Filed: 12/14/01         Filed Amt:
                                       840.20          (n/a)
TEXAS COMPTROLLER OF PUBLIC ACCOU                      (n/a)
OFFICE OF THE ATTORNEY GENERAL                         (n/a)
COLLECTION DIVISION BANKRUPTCY SE                      (n/a)
PO BOX 12548
AUSTIN TX 78711-2548
------------------------------------------------------------------------------
No:  161    Filed: 12/20/01         Filed Amt:
                                     4,036.97          (n/a)
FARM PLAN CORPORATION                                  (n/a)
DEERE CREDIT SERVICES INC                              (n/a)
ATTN ROBERTA J PETTY                                   (n/a)
PO BOX 6600
JOHNSTON IA 50131
------------------------------------------------------------------------------
No:  162    Filed: 12/21/01         Filed Amt:
                                                       (n/a)
GREAT WEST LIFE & ANNUNITY                             (n/a)
INSURANCE COMPANY                                      (n/a)
ATTN: JAMES RAIRDON                                    (n/a)
8745 E ORCHARD RD
ENGLEWOOD CO 80111
------------------------------------------------------------------------------
No:  163    Filed: 12/26/01         Filed Amt:
                                                       (n/a)
JANICE M. STEVENSON                                    (n/a)
1306 S BROADWAY                                        (n/a)
TOLEDO IA 52342                                        (n/a)
------------------------------------------------------------------------------
No:  164    Filed: 12/26/01         Filed Amt:
                                                       (n/a)
IOWA WORKFORCE DEVELOPMENT                             (n/a)
UNEMPLOYMENT INSURANCE SVCS DIV                        (n/a)
TAX BUREAU                                             (n/a)
1000 EAST GRAND AVENUE
DES MOINES IA 50319-0209
------------------------------------------------------------------------------
No:  165    Filed: 12/28/01         Filed Amt:
                                   1,000,000.00        (n/a)
ESTATE OF WALTER MCCUIN                                (n/a)
SCOTT RICHARD ATTORNEY                                 (n/a)
1901 CENTRAL DR SUITE 103                              (n/a)
BEDFORD TX 76021
------------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02     01-13673          Page     25
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

----------------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed
----------------------------------------------------------------------------------
No:   166    Filed: 01/03/02          Filed Amt:
                                      799,477.18            (n/a)
LEGION INSURANCE COMPANY                                    (n/a)
MICHAEL J HYNES                                             (n/a)
4TH FLOOR                                                   (n/a)
1900 MARKET STREET                                          AMENDS CLAIM DATED
                                                           10/12/01
PHILADELPHIA PA 19103
----------------------------------------------------------------------------------
No:   167    Filed: 01/09/02          Filed Amt:
                                                           (n/a)
ACCURATE DRUG SCREENING                                     (n/a)
5710 E 11 TH STREET                                         (n/a)
TULSA OK 74112                                              (n/a)
----------------------------------------------------------------------------------
No:   168    Filed: 01/14/02          Filed Amt:
                                      795.00               (n/a)
C & C CARPET CENTER                                         (n/a)
2517 AULTMAN STREET                                         (n/a)
ELY NV 89301                                                (n/a)
----------------------------------------------------------------------------------
No:   169    Filed: 01/28/02          Filed Amt:
                                      50,000.00            (n/a)
RITA MAE ARTRIP                                             (n/a)
14246 SANDY RIDGE RD                                        (n/a)
COEBURN VA 24230                                            (n/a)
----------------------------------------------------------------------------------
No:   170    Filed: 02/04/02          Filed Amt:
                                      18,047.84            (n/a)
INDIANHEAD FOODSERVICE                                      (n/a)
DISTRIBUTOR INC                                             (n/a)
JAMES W FLORY                                               (n/a)
PO BOX 629
EAU CLAIRE WI 54702
----------------------------------------------------------------------------------
No:   171    Filed: 02/19/02          Filed Amt:
                                      3,039.60             (n/a)
BRENDA GUTIERREZ                                            (n/a)
217 E 4TH ST                                                (n/a)
GRANDFIELD OK 73546-9364                                    (n/a)
----------------------------------------------------------------------------------
No:   172    Filed: 02/19/02          Filed Amt:
                                      2,000,000.00         (n/a)
CAROL J ROBINSON                                            (n/a)
LAW OFFICE OF SCOTT RIGHTHAND PC                            (n/a)
100 SPEAR STREET SUITE 700                                  (n/a)
SAN FRANCISCO CA 94105
----------------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02     01-13673          Page     26
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

------------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed
------------------------------------------------------------------------------
No:   173     Filed: 02/19/02         Filed Amt:
                                      2,000,000.00          (n/a)
CAROL J ROBINSON AS SPECIAL ADMIN                          (n/a)
OF THE ESTATE OF GLEN R ROBINSON                           (n/a)
LAW OFC OF SCOTT RIGHTHAND PC                              (n/a)
100 SPEAR STREET SUITE 700
SAN FRANCISCO CA 94105
------------------------------------------------------------------------------
No:   174     Filed: 02/20/02         Filed Amt:
                                                           (n/a)
TRENARY & COMPANY LLP                                      (n/a)
O CLIFTON GOODING                                          (n/a)
3535 NW 58TH STE 600                                       (n/a)
OKLAHOMA CITY OK 73112
------------------------------------------------------------------------------
No:   175     Filed: 01/28/02         Filed Amt:
                                      199.87               (n/a)
PITNEY BOWES CREDIT CORPORATION                            (n/a)
27 WATERVIEW DRIVE                                         (n/a)
SHELTON CT 06484-5151                                      (n/a)
------------------------------------------------------------------------------
No:   176     Filed: 02/25/02         Filed Amt:
                                      5,515.20             (n/a)
MEDLINE INDUSTRIES                                         (n/a)
AMERICAN FINANCIAL MANAGEMENT INC                         (n/a)
3715 VENTURA DRIVE                                         (n/a)
ARLINGTON HEIGHTS IL 60004
------------------------------------------------------------------------------
No:   177     Filed: 02/27/02         Filed Amt:
                                      645.00               (n/a)
PITNEY BOWES CREDIT CORPORATION                            (n/a)
27 WATERVIEW DRIVE                                         (n/a)
SHELTON CT 06484-5151                                      (n/a)
------------------------------------------------------------------------------
No:   178     Filed: 02/28/02         Filed Amt:
                                                           (n/a)
CAROLYN S CLARKE                                           (n/a)
531 CHARLOTTE RD                                           (n/a)
BURKBURNETT TX 76354                                       (n/a)
------------------------------------------------------------------------------
No:   179     Filed: 03/04/02         Filed Amt:
                                      2,777.89             (n/a)
CAROL A ALLEN                                              (n/a)
502 CALVARY LN                                             (n/a)
ANGOLA IN 46703                                            (n/a)
------------------------------------------------------------------------------

CLAIMS REGISTER

---

Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed

---

No:  180    Filed: 04/01/02          Filed Amt:
                                       290.46          (n/a)
ENLOE DRUGS INC                                        (n/a)
1811 S TAYLOR ROAD                                     (n/a)
DECATUR IL 62521                                       (n/a)

---

No:  181    Filed: 04/05/02          Filed Amt:
                                                       (n/a)
SOUNSOLUTION INC, SUNDANCE                             (n/a)
REHABILITATION CORP & SUNQUEST                         (n/a)
CONSULTING INC                                         (n/a)
100 W FIFTH ST STE 1100
TULSA OK 74103-4217

---

No:  182    Filed: 04/08/02          Filed Amt:
                                     16,805.27         (n/a)
ILLINOIS DEPT OF EMPLOYMENT SECUR                     (n/a)
ATTORNEY GENERAL SECTION 7TH FLOO                     (n/a)
401 S STATE ST                                        (n/a)
CHICAGO IL 60605

---

No:  183    Filed: 04/15/02          Filed Amt:
                                                       (n/a)
STRASBURGER & PRICE LLP                               (n/a)
C/O ADAM FOX                                           (n/a)
901 MAIN ST STE 4300                                  (n/a)
DALLAS TX 75202

---

No:  184    Filed: 04/15/02          Filed Amt:
                                                       (n/a)
RORY EVANS                                             (n/a)
D/B/A R & E DRYWALL                                    (n/a)
3580 SOUTH 800 EAST                                    (n/a)
HAMILTON IN 46742

---

No:  185    Filed: 04/29/02          Filed Amt:
                                                       (n/a)
MDI LIMITED PARTNERSHIP                               (n/a)
WAYNE O SMITH                                          (n/a)
411 W UNIVERSITY AVE                                   (n/a)
CHAMPAIGN IL 61820

---

No:  186    Filed: 04/29/02          Filed Amt:
                                                       (n/a)
ILLINOIS DEPT OF EMPLOYMENT SECUR                     (n/a)
ATTORNEY GENERAL SECTION 7TH FLOO                     (n/a)
401 S STATE ST                                        (n/a)
CHICAGO IL 60605

---

CLAIMS REGISTER

11/03/05      Last Date to File Claims: 11/10/02    01-13673         Page   28
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

---
Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed
---
No:   187    Filed: 04/29/02          Filed Amt:
                                                        (n/a)
ILLINOIS DEPT OF EMPLOYMENT SECUR                       (n/a)
ATTORNEY GENERAL SECTION 7TH FLOO                       (n/a)
401 S STATE ST                                          (n/a)
CHICAGO IL 60605
---
No:   188    Filed: 07/08/02          Filed Amt:
                                                        (n/a)
CAMBRIDGE INTEGRATED SERVICES GR                        (n/a)
9450 W BRYA MAWR STE 500                                (n/a)
ROSEMONT IL 60018                                       (n/a)
---
No:   189    Filed: 07/24/02          Filed Amt:
                                                        (n/a)
MARTIN BROS DISTRIBUTING CO                             (n/a)
406 VIKING ROAD                                         (n/a)
P O  BOX 69                                             (n/a)
CEDAR FALLS IA 50613
---
No:   190    Filed: 07/25/02          Filed Amt:
                                                        (n/a)
POTTAWATOMIE COUNTY TREASURER                           (n/a)
325 N BROADWAY                                          (n/a)
SHAWNEE OK 74801                                        (n/a)
---
No:   191    Filed: 07/25/02          Filed Amt:
                                                        (n/a)
PIONEER ENID CELLULAR                                   (n/a)
ATTN LEGAL DEPT                                         (n/a)
PO BOX 539                                              (n/a)
KINGFISHER OK 73750
---
No:   192    Filed: 07/25/02          Filed Amt:
                                                        (n/a)
PAULS VALLEY MUNICIPAL AUTHORITY                        (n/a)
PO BOX 778                                              (n/a)
PAULS VALLEY OK 73075                                   (n/a)
---
No:   193    Filed: 07/25/02          Filed Amt:
                                                        (n/a)
NCS HEALTHCARE OF OKLAHOMA INC                          (n/a)
C/O J PATRICK MENSCHING                                 (n/a)
610 S MAIN SUITE 300                                    (n/a)
TULSA OK 74119-1248                                     AMENDED BY CLAIM
                                                        FILED 08/02/02
---

CLAIMS REGISTER

11/03/05   Last Date to File Claims: 11/10/02   01-13673        Page   29
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

----------------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims        Remarks
                                      Filed and Allowed
----------------------------------------------------------------------------------
No:   194   Filed: 07/26/02           Filed Amt:
                                                              (n/a)
HILGERS & WATKINS, P.C. ATTORNEY                              (n/a)
BENJAMIN H HATHAWAY                                           (n/a)
PO BOX 2063                                                   (n/a)
AUSTIN TX 78768
----------------------------------------------------------------------------------
No:   195   Filed: 07/26/02           Filed Amt:
                                                              (n/a)
PARIS DAILY BEACON-NEWS                                       (n/a)
PARIS PUBLISHING CO INC                                       (n/a)
218 N MAIN ST                                                 (n/a)
PO BOX 100
PARIS IL 61944
----------------------------------------------------------------------------------
No:   196   Filed: 07/26/02           Filed Amt:
                                                              (n/a)
FRONTIER LEASING CORP                                        (n/a)
11180 AURORA AVENUE                                          (n/a)
URBANDALE IA 50322                                           (n/a)
----------------------------------------------------------------------------------
No:   197   Filed: 07/26/02           Filed Amt:
                                                              (n/a)
TWIN CITY SECURITY INC                                       (n/a)
6320 LBJ FREEWAY SUITE 123                                   (n/a)
DALLAS TX 75240                                              (n/a)
----------------------------------------------------------------------------------
No:   198   Filed: 07/26/02           Filed Amt:
                                                              (n/a)
CITY OF TAYLOR UTILITY DEPT                                  (n/a)
PO BOX 810                                                   (n/a)
TAYLOR TX 76574-0810                                         (n/a)
----------------------------------------------------------------------------------
No:   199   Filed: 07/29/02           Filed Amt:
                                                              (n/a)
H & H INDUSTRIES, INC.                                       (n/a)
110 W MAIN                                                   (n/a)
PO BOX 735                                                   (n/a)
ELMWOOD IL 61529
----------------------------------------------------------------------------------
No:   200   Filed: 07/29/02           Filed Amt:
                                                              (n/a)
FINANCIAL PACIFIC LEASING LLC                                (n/a)
PO BOX 4568                                                  (n/a)
FEDERAL WAY WA 98063-4568                                    (n/a)
----------------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05    Last Date to File Claims: 11/10/02    01-13673       Page    30
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

--------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims        Remarks
                                      Filed and Allowed
--------------------------------------------------------------------------
No:   201    Filed: 07/29/02          Filed Amt:
                                                              (n/a)
FINANCIAL PACIFIC LEASING LLC                                 (n/a)
PO BOX 4568                                                   (n/a)
FEDERAL WAY WA 98063-4568                                     (n/a)
--------------------------------------------------------------------------
No:   202    Filed: 07/29/02          Filed Amt:
                                                              (n/a)
FINANCIAL PACIFIC LEASING LLC                                 (n/a)
PO BOX 4568                                                   (n/a)
FEDERAL WAY WA 98063-4568                                     (n/a)
--------------------------------------------------------------------------
No:   203    Filed: 07/29/02          Filed Amt:
                                                              (n/a)
FINANCIAL PACIFIC LEASING LLC                                 (n/a)
PO BOX 4568                                                   (n/a)
FEDERAL WAY WA 98063-4568                                     (n/a)
--------------------------------------------------------------------------
No:   204    Filed: 07/29/02          Filed Amt:
                                                              (n/a)
CALLCARE                                                      (n/a)
DIV OF ELECTRONIC TEST EQUIP                                  (n/a)
1370 ARCADIA ROAD                                             (n/a)
LANCASTER PA 17601
--------------------------------------------------------------------------
No:   205    Filed: 07/29/02          Filed Amt:
                                                              (n/a)
MUSCATINE AMBULANCE INC                                       (n/a)
PO BOX 1186                                                   (n/a)
MUSCATINE IA 52761                                            (n/a)
--------------------------------------------------------------------------
No:   206    Filed: 07/29/02          Filed Amt:
                                                              (n/a)
CRANDALL & ASSOCIATES, INC.                                   (n/a)
20 WEST 1ST STREET                                            (n/a)
MESA, AZ 85201                                                (n/a)
--------------------------------------------------------------------------
No:   207    Filed: 07/29/02          Filed Amt:
                                                              (n/a)
STARMED REHAB CARE CENTER                                     (n/a)
C/O HODGES AVRUTIS & PRETSCHNER                               (n/a)
889 N WASHINGTON BLVD                                         (n/a)
SARASOTA FL 34236
--------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05    Last Date to File Claims: 11/10/02    01-13673    Page    31
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

----------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims        Remarks
                                      Filed and Allowed
----------------------------------------------------------------------
No:   208    Filed: 07/30/02          Filed Amt:
                                                          (n/a)
JUDY LYNCH RHIA                                           (n/a)
MEDICAL RECORDS CONSULTANT                               (n/a)
327 COLLEGBE ST                                          (n/a)
SULPHUR SPRINGS TX 75482
----------------------------------------------------------------------
No:   209    Filed: 07/30/02          Filed Amt:
                                                          (n/a)
SAN JOAQUIN TREASURER-TAX                                (n/a)
COLLECTOR                                                (n/a)
SHABBIR A KHAN                                           (n/a)
PO BOX 2169
STOCKTON CA 95201-2169
----------------------------------------------------------------------
No:   210    Filed: 07/30/02          Filed Amt:
                                                          (n/a)
OARC                                                     (n/a)
PO BOX 158                                               (n/a)
WOODWARD OK 73802                                        (n/a)
----------------------------------------------------------------------
No:   211    Filed: 08/01/02          Filed Amt:
                                                          (n/a)
ANDERSONS FOODTOWN                                       (n/a)
501 11TH ST                                              (n/a)
EAST ELY NV 89301                                        (n/a)
----------------------------------------------------------------------
No:   212    Filed: 08/01/02          Filed Amt:
                                                          (n/a)
LEBEOUF LAMB GREENE & MACRAE LLP                         (n/a)
ATTN PETER A IVANICK                                     (n/a)
125 WEST 55TH STREET                                     (n/a)
NEW YORK NY 10019
----------------------------------------------------------------------
No:   213    Filed: 08/01/02          Filed Amt:
                                                          (n/a)
PEGLER SYSCO FOOD SERVICES CO INC                        (n/a)
ATTN MARLENE VARILEK CREDIT MGR                          (n/a)
PO 64180                                                 (n/a)
BOX 80068
LINCOLN NE 68501-0068
----------------------------------------------------------------------
No:   214    Filed: 08/01/02          Filed Amt:
                                                          (n/a)
HOWE ELECTRIC SUPPLY, INC.                               (n/a)
340 WEST COLLEGE                                         (n/a)
JACKSONVILLE, IL 62650                                   (n/a)
----------------------------------------------------------------------

CLAIMS REGISTER

11/03/05    Last Date to File Claims: 11/10/02    01-13673         Page    32
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

--------------------------------------------------------------------------------
Name and Address of Claimant        Amount of Claims         Remarks
                                    Filed and Allowed
--------------------------------------------------------------------------------
No:   215    Filed: 08/01/02         Filed Amt:
                                                        (n/a)
KENNY'S ROOFING CO.                                     (n/a)
P.O. BOX 54008                                          (n/a)
TULSA, OK 74155                                         (n/a)
--------------------------------------------------------------------------------
No:   216    Filed: 08/01/02         Filed Amt:
                                                        (n/a)
LOWES COMPANIES INC                                     (n/a)
CORPORATE CREDIT SERVICES CR6                           (n/a)
PO BOX 1111                                             (n/a)
NORTH WILKESBORO NC 28656
--------------------------------------------------------------------------------
No:   217    Filed: 08/01/02         Filed Amt:
                                                        (n/a)
BEST COMMERCIAL EQUIPMENT REPAIR                        (n/a)
PO BOX 726                                              (n/a)
BETTENDORF IA 52722                                     (n/a)
--------------------------------------------------------------------------------
No:   218    Filed: 08/02/02         Filed Amt:
                                                        (n/a)
PACIFIC GAS AND ELECTRIC COMPANY                        (n/a)
PO BOX 8329                                             (n/a)
STOCKTON CA 95208                                       (n/a)
--------------------------------------------------------------------------------
No:   219    Filed: 08/02/02         Filed Amt:
                                                        (n/a)
NON EMERGENCY TRANSPORT INC                             (n/a)
PO BOX 11097                                            (n/a)
FORT WORTH TX 76110                                     (n/a)
--------------------------------------------------------------------------------
No:   220    Filed: 08/02/02         Filed Amt:
                                                        (n/a)
NCS HEALTHCARE OF OKLAHOMA INC                          (n/a)
C/O J PATRICK MENSCHING                                 (n/a)
610 S MAIN SUITE 300                                    (n/a)
TULSA OK 74119-1248                                     AMENDS CLAIM DATED
                                                        07/25/02
                                                        AMENDED BY CLAIM
                                                        FILED 10/15/02
--------------------------------------------------------------------------------
No:   221    Filed: 08/05/02         Filed Amt:
                                                        (n/a)
NICK SPANOS JR                                          (n/a)
306 SHADY ACRES DR                                      (n/a)
LODI CA 95242                                           (n/a)
--------------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02     01-13673        Page    33
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed
------------------------------------------------------------------------
No:    222     Filed: 08/05/02               Filed Amt:
                                                          (n/a)
BHARAT K PATEL MD                                         (n/a)
12 HOSPITAL DR                                            (n/a)
POB 191                                                   (n/a)
METROPOLIS IL 62960
------------------------------------------------------------------------
No:    223     Filed: 08/05/02               Filed Amt:
                                                          (n/a)
STANDARD TIMES                                            (n/a)
PO BOX 5111                                               (n/a)
SAN ANGELO TX 76902                                       (n/a)
------------------------------------------------------------------------
No:    224     Filed: 08/05/02               Filed Amt:
                                                          (n/a)
MARLIN LEASING CORP                                       (n/a)
SAMUEL B FINEMAN                                          (n/a)
124 GAITHER DRIVE SUITE 170                               (n/a)
MOUNT LAUREL NJ 08054
------------------------------------------------------------------------
No:    225     Filed: 08/05/02               Filed Amt:
                                                          (n/a)
NICHOLAS & CO INC                                         (n/a)
PO BOX 45005                                              (n/a)
SALT LAKE CITY UT 84145                                   (n/a)
------------------------------------------------------------------------
No:    226     Filed: 08/05/02               Filed Amt:
                                                          (n/a)
AMERICAN PEST CONTROL                                     (n/a)
14003 W. FARMINGTON ROAD                                  (n/a)
HANNA CITY IL 61536                                       (n/a)
------------------------------------------------------------------------
No:    227     Filed: 08/05/02               Filed Amt:
                                                          (n/a)
HOWARD M AXTELL DO                                        (n/a)
PO BOX 709                                                (n/a)
BUFFALO TX 75831                                          (n/a)
------------------------------------------------------------------------
No:    228     Filed: 08/05/02               Filed Amt:
                                                          (n/a)
TRACY HEISER                                              (n/a)
704 CHERRY POINT RD                                       (n/a)
PARIS IL 61944                                            (n/a)
------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02    01-13673        Page   34
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

-----------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed
-----------------------------------------------------------------------------
No:   229    Filed: 08/05/02          Filed Amt:
                                                              (n/a)
LAKEWOOD DRUGS                                                (n/a)
115 LAKEWOOD MALL                                             (n/a)
LODI CA 95240                                                 (n/a)
-----------------------------------------------------------------------------
No:   230    Filed: 08/07/02          Filed Amt:
                                                              (n/a)
FERRELLGAS INC                                                (n/a)
ATTN RCC #40                                                  (n/a)
ONE LIBERTY PLAZA                                             (n/a)
LIBERTY MO 64068
-----------------------------------------------------------------------------
No:   231    Filed: 08/09/02          Filed Amt:
                                                              (n/a)
FIRST HEALTHCARE PRODUCTS  (NY)                              (n/a)
6125 LENDELL DRIVE                                            (n/a)
SANBORN NY 14132                                              (n/a)
-----------------------------------------------------------------------------
No:   232    Filed: 08/09/02          Filed Amt:
                                                              (n/a)
FIRST HEALTHCARE PRODUCTS  (NY)                              (n/a)
6125 LENDELL DRIVE                                            (n/a)
SANBORN NY 14132                                              (n/a)
-----------------------------------------------------------------------------
No:   233    Filed: 08/12/02          Filed Amt:
                                                              (n/a)
SOUTHWEST FIRE PROTECTION INC                                (n/a)
PO BOX 870                                                    (n/a)
CATOOSA OK 74015-2416                                         (n/a)
-----------------------------------------------------------------------------
No:   234    Filed: 08/12/02          Filed Amt:
                                                              (n/a)
SAPONI HEALTH STAFFING                                       (n/a)
C/O DOUGLAS E JOHNSTON                                        (n/a)
203 E BERRY ST STE 814                                        (n/a)
FORT WAYNE IN 46802
-----------------------------------------------------------------------------
No:   235    Filed: 08/12/02          Filed Amt:
                                                              (n/a)
ARGUE PEARSON HARBISON & MYERS LL                            (n/a)
ATTN STEPHEN F HARBISON                                       (n/a)
801 S FLOWER ST 5TH FLOOR                                     (n/a)
LOS ANGELES CA 91214
-----------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05    Last Date to File Claims: 11/10/02    01-13673        Page    35
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

-------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims        Remarks
                                      Filed and Allowed
-------------------------------------------------------------------------
No:  236    Filed: 08/12/02           Filed Amt:
                                                          (n/a)
SHARON L STARK                                            (n/a)
6703 STATE ROUTE 1                                        (n/a)
GEORGETOWN IL 61846                                       (n/a)
-------------------------------------------------------------------------
No:  237    Filed: 08/12/02           Filed Amt:
                                                          (n/a)
JESSIE F BRANSON                                          (n/a)
404 E JACKSON                                             (n/a)
PARIS IL 61944                                            (n/a)
-------------------------------------------------------------------------
No:  238    Filed: 08/16/02           Filed Amt:
                                                          (n/a)
ON-CALL  MEDICAL STAFFING                                 (n/a)
C/O KURSTON P MCMURRAY ESQ                                (n/a)
624 BOSTON AVE SUITE 900                                  (n/a)
TULSA OK 74119
-------------------------------------------------------------------------
No:  239    Filed: 08/16/02           Filed Amt:
                                                          (n/a)
WESTERN FOODS INC                                         (n/a)
ATTN MIKE FELKINS                                         (n/a)
PO BOX 87                                                 (n/a)
LITTLE ROCK AR 72203
-------------------------------------------------------------------------
No:  240    Filed: 08/16/02           Filed Amt:
                                                          (n/a)
J & C SOTO DISTRIBUTING                                   (n/a)
4340 OAKRIDGE WAY                                         (n/a)
STOCKTON CA 95204                                         (n/a)
-------------------------------------------------------------------------
No:  241    Filed: 08/19/02           Filed Amt:
                                                          (n/a)
D & D PEST CONTROL INC                                    (n/a)
PO BOX 8                                                  (n/a)
WASHINGTON MO 63090                                       (n/a)
-------------------------------------------------------------------------
No:  242    Filed: 08/19/02           Filed Amt:
                                                          (n/a)
LACEY PRICE                                               (n/a)
4315 PR 2140                                              (n/a)
OAKWOOD TX 75855                                          (n/a)
-------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05      Last Date to File Claims: 11/10/02    01-13673        Page   36
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

--------------------------------------------------------------------------
Name and Address of Claimant        Amount of Claims          Remarks
                                    Filed and Allowed
--------------------------------------------------------------------------
No:   243    Filed: 08/19/02        Filed Amt:
                                                        (n/a)
HAZEL WILKEN                                             (n/a)
316 PARRISH ST                                          (n/a)
PARIS IL 61944                                          (n/a)
--------------------------------------------------------------------------
No:   244    Filed: 08/19/02        Filed Amt:
                                                        (n/a)
AMERENCIPS PAWNEE CALL CENTER                            (n/a)
CREDIT AND COLLECTION                                    (n/a)
2105 E STATE ROUTE 104                                   (n/a)
PAWNEE IL 62558-9903
--------------------------------------------------------------------------
No:   245    Filed: 08/21/02        Filed Amt:
                                                        (n/a)
HARRISON DISCOUNT PHARMACY                               (n/a)
JOHN CANAVAN                                             (n/a)
4419 N BRYAN                                             (n/a)
SHAWNEE OK 74804
--------------------------------------------------------------------------
No:   246    Filed: 08/22/02        Filed Amt:
                                                        (n/a)
CITY OF SAN ANGELO                                       (n/a)
MUNICIPAL AMBULANCE SERVICE                              (n/a)
PO BOX 2289                                              (n/a)
SAN ANGELO TX 76902
--------------------------------------------------------------------------
No:   247    Filed: 08/22/02        Filed Amt:
                                                        (n/a)
CITY OF SAN ANGELO                                       (n/a)
MUNICIPAL AMBULANCE SERVICE                              (n/a)
PO BOX 2289                                              (n/a)
SAN ANGELO TX 76902
--------------------------------------------------------------------------
No:   248    Filed: 08/22/02        Filed Amt:
                                                        (n/a)
CITY OF SAN ANGELO                                       (n/a)
MUNICIPAL AMBULANCE SERVICE                              (n/a)
PO BOX 2289                                              (n/a)
SAN ANGELO TX 76902
--------------------------------------------------------------------------
No:   249    Filed: 08/22/02        Filed Amt:
                                                        (n/a)
CITY OF SAN ANGELO                                       (n/a)
MUNICIPAL AMBULANCE SERVICE                              (n/a)
PO BOX 2289                                              (n/a)
SAN ANGELO TX 76902
--------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02    01-13673        Page   37
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims        Remarks
                                      Filed and Allowed
------------------------------------------------------------------------
No:   250    Filed: 08/22/02          Filed Amt:
                                                          (n/a)
CITY OF SAN ANGELO                                        (n/a)
MUNICIPAL AMBULANCE SERVICE                               (n/a)
PO BOX 2289                                               (n/a)
SAN ANGELO TX 76902
------------------------------------------------------------------------
No:   251    Filed: 08/26/02          Filed Amt:
                                                          (n/a)
GENERAL INJECTABLES & VACCINES IN                         (n/a)
PO BOX 9                                                  (n/a)
BASTAIN VA 24314                                          (n/a)
------------------------------------------------------------------------
No:   252    Filed: 08/26/02          Filed Amt:
                                                          (n/a)
MEDICAL ELECTRONICS DISTRIBUTO                            (n/a)
3939 BROADWAY SUITE 500                                   (n/a)
KANSAS CITY MO 64111                                      (n/a)
------------------------------------------------------------------------
No:   253    Filed: 08/29/02          Filed Amt:
                                                          (n/a)
MUSCATINE POWER AND WATER                                 (n/a)
C/O JOHN ODEAN                                            (n/a)
3205 CEDAR ST                                             (n/a)
MUSCATINE IA 52761
------------------------------------------------------------------------
No:   254    Filed: 08/29/02          Filed Amt:
                                                          (n/a)
KEANE CARE INC                                            (n/a)
F/K/A CARE COMPUTER                                       (n/a)
636 120TH AVE NE                                          (n/a)
BELLEVUE WA 98005
------------------------------------------------------------------------
No:   255    Filed: 08/30/02          Filed Amt:
                                                          (n/a)
ELITE NURING SERVICES PLLC                                (n/a)
PO BOX 2284                                               (n/a)
PALESTINE TX 75802                                        (n/a)
------------------------------------------------------------------------
No:   256    Filed: 09/03/02          Filed Amt:
                                                          (n/a)
SUNBELT CHEMICALS & EQUIPMENT                             (n/a)
2466 W FIVE MILE CIRCLE                                   (n/a)
DALLAS TX 75233                                           (n/a)
------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05    Last Date to File Claims: 11/10/02    01-13673        Page  38
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims        Remarks
                                      Filed and Allowed
------------------------------------------------------------------------
No:   257    Filed: 09/03/02          Filed Amt:
                                                          (n/a)
BRIDWELL PUBLISHING COMPANY                               (n/a)
PO BOX 1150                                               (n/a)
BRIDGEPORT TX 76426                                       (n/a)
------------------------------------------------------------------------
No:   258    Filed: 09/05/02          Filed Amt:
                                                          (n/a)
DOROTHY HOKSCH                                            (n/a)
217 N TEXAS ST                                           (n/a)
PITTSBURG TX 75686                                        (n/a)
------------------------------------------------------------------------
No:   259    Filed: 09/06/02          Filed Amt:
                                                          (n/a)
MISSOURI DEPARTMENT OF REVENUE                           (n/a)
BOX 475                                                   (n/a)
JEFFERSON CITY MO 65105                                   (n/a)
------------------------------------------------------------------------
No:   260    Filed: 09/06/02          Filed Amt:
                                                          (n/a)
MISSOURI DEPARTMENT OF REVENUE                           (n/a)
BOX 475                                                   (n/a)
JEFFERSON CITY MO 65105                                   (n/a)
------------------------------------------------------------------------
No:   261    Filed: 09/06/02          Filed Amt:
                                                          (n/a)
MISSOURI DEPARTMENT OF REVENUE                           (n/a)
BOX 475                                                   (n/a)
JEFFERSON CITY MO 65105                                   (n/a)
------------------------------------------------------------------------
No:   262    Filed: 09/09/02          Filed Amt:
                                                          (n/a)
WILLIAM J SEARCY INDIVIDUALLY AND                        (n/a)
AS EXECUTOR OF THE ESTATE OF V                           (n/a)
KATHERINE SEARCY                                          (n/a)
334 CR 2452
LEESBURG TX 75451
------------------------------------------------------------------------
No:   263    Filed: 09/09/02          Filed Amt:
                                                          (n/a)
WILLIAM J SEARCY INDIVIDUALLY AND                        (n/a)
AS EXECUTOR OF THE ESTATE OF V                           (n/a)
KATHERINE SEARCY                                          (n/a)
334 CR 2452
LEESBURG TX 75451
------------------------------------------------------------------------

CLAIMS REGISTER

Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

---

Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed

---

No:   264    Filed: 09/09/02          Filed Amt:
                                                        (n/a)
WILLIAM J SEARCY INDIVIDUALLY AND                       (n/a)
AS EXECUTOR OF THE ESTATE OF V                          (n/a)
KATHERINE SEARCY                                        (n/a)
334 CR 2452
LEESBURG TX 75451

---

No:   265    Filed: 09/10/02          Filed Amt:
                                                        (n/a)
COMMERCIAL READERS SVC                                  (n/a)
PO BOX 3696                                             (n/a)
BLOOMINGTON IL 61702-3696                               (n/a)

---

No:   266    Filed: 09/10/02          Filed Amt:
                                                        (n/a)
COMMERCIAL READERS SVC                                  (n/a)
PO BOX 3696                                             (n/a)
BLOOMINGTON IL 61702-3696                               (n/a)

---

No:   267    Filed: 09/10/02          Filed Amt:
                                                        (n/a)
COMMERCIAL READERS SVC                                  (n/a)
PO BOX 3696                                             (n/a)
BLOOMINGTON IL 61702-3696                               (n/a)

---

No:   268    Filed: 09/17/02          Filed Amt:
                                                        (n/a)
BLUE RIBBON MAINTENANCE SUPPLIES                        (n/a)
1519 LINCOLN AVENUE                                     (n/a)
HOLBROOK NY 11741                                       (n/a)

---

No:   269    Filed: 09/18/02          Filed Amt:
                                                        (n/a)
MIKES REFRIGERATION                                     (n/a)
BOX 100                                                 (n/a)
TEMPLE OK 73568                                         (n/a)

---

No:   270    Filed: 09/20/02          Filed Amt:
                                                        (n/a)
HEYL ROYSTER VOELKER & ALLEN                            (n/a)
124 SW ADAMS                                            (n/a)
PEORIA IL 61602                                         (n/a)

---

CLAIMS REGISTER

```
11/03/05      Last Date to File Claims: 11/10/02    01-13673        Page    40
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.
```

---

```
Name and Address of Claimant          Amount of Claims         Remarks
                                      Filed and Allowed
```

---

```
No:   271    Filed: 09/23/02              Filed Amt:
                                                           (n/a)
PERRY NURSING LLP                                          (n/a)
PO BOX 16                                                  (n/a)
STILLWATER OK 74076                                        (n/a)
```

---

```
No:   272    Filed: 09/24/02              Filed Amt:
                                                           (n/a)
STAT STAFFING  (ASTORIA)                                   (n/a)
PO BOX 86                                                  (n/a)
ALEDO IL 61231                                             (n/a)
```

---

```
No:   273    Filed: 09/24/02              Filed Amt:
                                                           (n/a)
EASTERN NEVADA MEDICAL GROUP                               (n/a)
#6 STEPTOE CIRCLE                                          (n/a)
ELY NV 89301                                               (n/a)
```

---

```
No:   274    Filed: 09/24/02              Filed Amt:
                                                           (n/a)
MIDESSA TELEPHONE SYSTEMS INC                              (n/a)
PO BOX 60688                                               (n/a)
MIDLAND TX 79711                                           (n/a)
```

---

```
No:   275    Filed: 09/26/02              Filed Amt:
                                                           (n/a)
CIT GROUP EQUIPMENT FINANCIING IN                          (n/a)
GLASS & GOLDBERG                                           (n/a)
21700 OXNARD ST #430                                       (n/a)
WOODLAND HILLS CA 91367
```

---

```
No:   276    Filed: 09/27/02              Filed Amt:
                                                           (n/a)
CALDERON TEXTILES                                          (n/a)
6678 GUION RD                                              (n/a)
INDIANAPOLIS IN 46268                                      (n/a)
```

---

```
No:   277    Filed: 09/30/02              Filed Amt:
                                                           (n/a)
SOUND SERVICE COMPANY                                      (n/a)
3523 HALSET STREET                                         (n/a)
EAU CLAIRE WI 54701                                        (n/a)
```

---

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02     01-13673          Page    41
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

--------------------------------------------------------------------------------
Name and Address of Claimant        Amount of Claims          Remarks
                                    Filed and Allowed
--------------------------------------------------------------------------------
No:   278     Filed: 10/01/02          Filed Amt:
                                                         (n/a)
OHIO BUREAU OF WORKERS COMPENSATI                        (n/a)
LAW SECTION BANKRUPTCY UNIT                              (n/a)
30 W SPRING ST                                          (n/a)
PO BOX 15567
COLUMBUS OH 43215-6600
--------------------------------------------------------------------------------
No:   279     Filed: 10/02/02          Filed Amt:
                                                         (n/a)
PHYLLIS HERWIN INDIVIDUALLY AND A                        (n/a)
GUARDIAN OF PATRICIA R CAPPS AND                         (n/a)
C/O D CRAIG SHEW                                         (n/a)
PO BOX 1373
ADA OK 74821-1373
--------------------------------------------------------------------------------
No:   280     Filed: 10/04/02          Filed Amt:
                                                         (n/a)
NURSE CONNECTORS LLC                                     (n/a)
THERESA MILLER                                           (n/a)
29 S 1ST STREET                                          (n/a)
MARSHALLTOWN IA 50158
--------------------------------------------------------------------------------
No:   281     Filed: 10/08/02          Filed Amt:
                                                         (n/a)
SCRUBCO INC                                              (n/a)
6137 STONEY CREEK DRIVE                                  (n/a)
FORT WAYNE IN 46825                                      (n/a)
--------------------------------------------------------------------------------
No:   282     Filed: 10/10/02          Filed Amt:
                                                         (n/a)
OMNICARE INC D/B/A SEQUOIA                               (n/a)
HEALTH SERV                                              (n/a)
C/O LARRY G BALL                                         (n/a)
101 PARK AVE STE 700
OKLAHOMA CITY OK 73102
--------------------------------------------------------------------------------
No:   283     Filed: 10/15/02          Filed Amt:
                                                         (n/a)
NCS HEALTHCARE OF ILLINOIS                               (n/a)
J PATRICK MENSCHING                                      (n/a)
610 S MAIN SUITE 300                                     (n/a)
TULSA OK 74119-1248
--------------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05    Last Date to File Claims: 11/10/02    01-13673       Page   42
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

------------------------------------------------------------------------------
Name and Address of Claimant        Amount of Claims         Remarks
                                    Filed and Allowed
------------------------------------------------------------------------------
No:   284   Filed: 10/15/02         Filed Amt:
                                                        (n/a)
NSC HEALTHCARE OF TEXAS INC                              (n/a)
J PATRICK MENSCHING                                     (n/a)
610 S MAIN SUITE 300                                    (n/a)
TULSA OK 74119-1248
------------------------------------------------------------------------------
No:   285   Filed: 10/15/02         Filed Amt:
                                                        (n/a)
NCS HEALTHCARE OF IOWA INC                              (n/a)
J PATRICK MENSCHING                                     (n/a)
610 S MAIN SUITE 300                                    (n/a)
TULSA OK 74119-1248
------------------------------------------------------------------------------
No:   286   Filed: 10/15/02         Filed Amt:
                                                        (n/a)
NCS HEALTHCARE OF OKLAHOMA INC                          (n/a)
C/O J PATRICK MENSCHING                                 (n/a)
610 S MAIN SUITE 300                                    (n/a)
TULSA OK 74119-1248                                     SECOND AMENDED CLAIM,
                                                        AMENDS CLAIM
                                                        DATED 08/02/02
------------------------------------------------------------------------------
No:   287   Filed: 10/21/02         Filed Amt:
                                                        (n/a)
PYXIS CORPORATION                                       (n/a)
3750 TORREY VIEW COURT                                  (n/a)
SAN DIEGO CA 92130                                      (n/a)
------------------------------------------------------------------------------
No:   288   Filed: 10/21/02         Filed Amt:
                                                        (n/a)
PYXIS CORPORATION                                       (n/a)
3750 TORREY VIEW COURT                                  (n/a)
SAN DIEGO CA 92130                                      (n/a)
------------------------------------------------------------------------------
No:   289   Filed: 10/22/02         Filed Amt:
                                                        (n/a)
BOISE CASCADE OFFICE PRODUCTS                           (n/a)
150 E PIERCE ROAD                                       (n/a)
ITASCA IL 60143                                         (n/a)
------------------------------------------------------------------------------
No:   290   Filed: 10/23/02         Filed Amt:
                                                        (n/a)
BADGER ACQUISITION OF TEXAS LLC                         (n/a)
LARRY GLENN BALL                                        (n/a)
101 PARK AVENUE                                         (n/a)
SUITE 700                                               AMENDED BY CLAIM
                                                        FILED 10/29/02
OKLAHOMA CITY OK 73102
------------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05    Last Date to File Claims: 11/10/02    01-13673        Page    43
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

------------------------------------------------------------------------
Name and Address of Claimant        Amount of Claims        Remarks
                                    Filed and Allowed
------------------------------------------------------------------------
No:   291    Filed: 10/23/02        Filed Amt:
                                                        (n/a)
ENLOE PHARMACY DRUGS LLC                                 (n/a)
LARRY GLENN BALL                                         (n/a)
101 PARK AVENUE                                          (n/a)
SUITE 700
OKLAHOMA CITY OK 73102
------------------------------------------------------------------------
No:   292    Filed: 10/23/02        Filed Amt:
                                                        (n/a)
LANGSAM HEALTH SERVICES DBA SEQUO                        (n/a)
LARRY GLENN BALL                                         (n/a)
101 PARK AVENUE                                          (n/a)
SUITE 700                                                AMENDED BY CLAIM
                                                        FILED 10/29/02
OKLAHOMA CITY OK 73102
------------------------------------------------------------------------
No:   293    Filed: 10/24/02        Filed Amt:
                                                        (n/a)
AMERICAN EXPRESS BUSINESS FINANCE                        (n/a)
600 TRAVIS STE 1400                                      (n/a)
HOUSTON TX 77002                                         (n/a)
------------------------------------------------------------------------
No:   294    Filed: 10/24/02        Filed Amt:
                                                        (n/a)
GERI NURSE LTD                                           (n/a)
820 A REFUGEE                                            (n/a)
PO BOX 170                                               (n/a)
PICKERINGTON OH 43147-0170
------------------------------------------------------------------------
No:   295    Filed: 10/25/02        Filed Amt:
SANDRA K SEXTON                                          (n/a)
By: GERI NURSE LTD                                       (n/a)
820 A REFUGEE                                            (n/a)
PO BOX 170                                               (n/a)
PICKERINGTON OH 43147-0170                               AMENDS CLAIM DATED
                                                        11/23/01
------------------------------------------------------------------------
No:   296    Filed: 10/25/02        Filed Amt:
                                                        (n/a)
MITCHELL WILLIAMS SELIG ETAL                             (n/a)
425 W CAPITOL AVE STE 1800                               (n/a)
LITTLE ROCK AR 72201-3525                                (n/a)
------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02    01-13673        Page    44
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

------------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed
------------------------------------------------------------------------------
No:   297    Filed: 10/28/02          Filed Amt:
                                                          (n/a)
MOBILE PHONE OF TEXAS                                     (n/a)
PO BOX 2247                                               (n/a)
WICHITA FALLS TX 76307                                    (n/a)
------------------------------------------------------------------------------
No:   298    Filed: 10/28/02          Filed Amt:
                                                          (n/a)
HANUSA COMPANY INC                                        (n/a)
1274 E PIERCE ST                                          (n/a)
COUNCIL BLUFFS IA 51503                                   (n/a)
------------------------------------------------------------------------------
No:   299    Filed: 10/28/02          Filed Amt:
                                                          (n/a)
ACCU MED SERVICES INC                                     (n/a)
PO BOX 641836                                             (n/a)
CINCINNATI OH 45264-1836                                  (n/a)
------------------------------------------------------------------------------
No:   300    Filed: 10/29/02          Filed Amt:
                                                          (n/a)
NURSE CONSULTANTS OF ARKANSAS                             (n/a)
ELAINE TOWNSLEY RNC                                       (n/a)
OWNER CONSULTANT                                          (n/a)
1705 W COLLEGE BLVD
JONESBORO AR 72401
------------------------------------------------------------------------------
No:   301    Filed: 10/29/02          Filed Amt:
                                                          (n/a)
WESTHAVEN SERVICES CO                                     (n/a)
DBA OMNICARE OF PERRYSBURG                                (n/a)
LARRY GLENN BALL2701058                                   (n/a)
101 PARK AVE STE 700
OKLAHOMA CITY OK 73102
------------------------------------------------------------------------------
No:   302    Filed: 10/29/02          Filed Amt:
                                                          (n/a)
LANGSAM HEALTH SERVICES DBA SEQUO                        (n/a)
LARRY GLENN BALL                                          (n/a)
101 PARK AVENUE                                           (n/a)
SUITE 700                                                 AMENDS CLAIM DATED
                                                         10/23/02 #282
OKLAHOMA CITY OK 73102
------------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02     01-13673          Page     45
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

--------------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed
--------------------------------------------------------------------------------
No:   303     Filed: 10/29/02          Filed Amt:
                                                            (n/a)
BADGER ACQUISITION OF TEXAS LLC                             (n/a)
LARRY GLENN BALL                                            (n/a)
101 PARK AVENUE                                             (n/a)
SUITE 700                                                   AMENDS CLAIM DATED
                                                            10/23/02 #290
OKLAHOMA CITY OK 73102
--------------------------------------------------------------------------------
No:   304     Filed: 10/30/02          Filed Amt:
                                                            (n/a)
VILLAGE OF HICKSVILLE OHIO                                  (n/a)
111 S MAIN STREET                                           (n/a)
HICKSVILLE OH 43526                                         (n/a)
--------------------------------------------------------------------------------
No:   305     Filed: 10/31/02          Filed Amt:
                                                            (n/a)
CLEETA MEADOWS COFFMAN                                      (n/a)
1355 E 138TH PL                                             (n/a)
GLENPOOL OK 74033                                           (n/a)
--------------------------------------------------------------------------------
No:   306     Filed: 10/31/02          Filed Amt:
                                                            (n/a)
AIR GAS INC                                                 (n/a)
JAMES VOGT                                                  (n/a)
2200 FIRST NATIONAL CENTER                                  (n/a)
120 NORTH ROBINSON
OKLAHOMA CITY OK 73102
--------------------------------------------------------------------------------
No:   307     Filed: 10/31/02          Filed Amt:
                                                            (n/a)
MERCK & CO INC                                             (n/a)
JAMES VOGT                                                  (n/a)
2200 FIRST NATIONAL CENTER                                  (n/a)
120 NORTH ROBINSON
OKLAHOMA CITY OK 73102
--------------------------------------------------------------------------------
No:   308     Filed: 10/31/02          Filed Amt:
                                                            (n/a)
REHABCARE GROUP                                            (n/a)
JAMES VOGT                                                  (n/a)
2200 FIRST NATIONAL CENTER                                  (n/a)
120 NORTH ROBINSON
OKLAHOMA CITY OK 73102
--------------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02     01-13673        Page    46
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

---

Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed

---

No:  309    Filed: 11/01/02          Filed Amt:
                                                          (n/a)
U S DEPT OF HEALTH & HUMAN SERVIC                         (n/a)
CENTERS FOR MEDICARE & MEDICAID S                         (n/a)
MEDICARE FINANCIAL MANAGEMENT BRA                         (n/a)
1301 YOUNG ST ROOM 833
DALLAS TX 75202

---

No:  310    Filed: 11/04/02          Filed Amt:
                                                          (n/a)
SKILLEDNURSING.COM INC                                    (n/a)
C/O ROCKY LEMON                                           (n/a)
PO BOX 1000                                               (n/a)
PACIFIC PALISADES CA 90272

---

No:  311    Filed: 11/04/02          Filed Amt:
                                                          (n/a)
TXU GAS DISTRIBUTION                                      (n/a)
LOIS J DURAN                                              (n/a)
PO BOX 650393                                             (n/a)
DALLAS TX 75265

---

No:  312    Filed: 11/04/02          Filed Amt:
                                                          (n/a)
TXU GAS DISTRIBUTION                                      (n/a)
LOIS J DURAN                                              (n/a)
PO BOX 650393                                             (n/a)
DALLAS TX 75265

---

No:  313    Filed: 11/04/02          Filed Amt:
                                                          (n/a)
WHISPERING PINES                                          (n/a)
C/O JOANNA HORTON                                         (n/a)
PO BOX 125                                                (n/a)
WINNSBORO TX 75494

---

No:  314    Filed: 11/06/02          Filed Amt:
                                                          (n/a)
JULIA TODOROFF                                            (n/a)
CHAD KLEUVER                                              (n/a)
LAW OFFICE OF WINDLE TURLEY                               (n/a)
6440 N CENTRAL EXPY STE 1000
DALLAS TX 75206

---

CLAIMS REGISTER

```
---------------------------------------------------------------------
Name and Address of Claimant        Amount of Claims      Remarks
                                    Filed and Allowed
---------------------------------------------------------------------
No:  315    Filed: 11/06/02         Filed Amt:
                                                          (n/a)
JAMES L POWERS                                            (n/a)
DBA JIMS                                                  (n/a)
1905 CORDELL DR                                           (n/a)
SAN ANGELO TX 76901
---------------------------------------------------------------------
No:  316    Filed: 11/06/02         Filed Amt:
                                                          (n/a)
GIMMEL COMPUTER & SUPPLIES INC                            (n/a)
3824 N MERIDIAN SUITE 109                                 (n/a)
OKLAHOMA CITY, OK 73112                                   (n/a)
---------------------------------------------------------------------
No:  317    Filed: 11/06/02         Filed Amt:
                                                          (n/a)
A I CREDIT CORP                                           (n/a)
160 WATER STREET                                          (n/a)
NEW YORK NY 10038-4922                                    (n/a)
---------------------------------------------------------------------
No:  318    Filed: 11/07/02         Filed Amt:
                                                          (n/a)
JACKSON WALKER LLP                                        (n/a)
RICK HERLAN                                               (n/a)
901 MAIN STREET                                           (n/a)
SUITE 6000
DALLAS TX 75202
---------------------------------------------------------------------
No:  319    Filed: 11/07/02         Filed Amt:
                                                          (n/a)
ONR INC                                                   (n/a)
C/O NATHAN D WIRTSCHAFTER                                 (n/a)
16501 VENTURA BLVD STE 610                                (n/a)
ENCINO CA 91436
---------------------------------------------------------------------
No:  320    Filed: 10/07/02         Filed Amt:
                                                          (n/a)
MOYLE MANAGEMENT INC                                      (n/a)
C/O CHARLES E SLYNGSTAD                                   (n/a)
ONE WILSHIRE BLVD SUITE 2000                              (n/a)
LOS ANGELES CA 90017
---------------------------------------------------------------------
No:  321    Filed: 11/08/02         Filed Amt:
                                                          (n/a)
HEALTH CARE EXPRESS                                       (n/a)
4242 N CAPISTRANO DRIVE #235                              (n/a)
DALLAS TX 75287                                           (n/a)
---------------------------------------------------------------------
```

CLAIMS REGISTER

11/03/05      Last Date to File Claims: 11/10/02     01-13673          Page    48
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

--------------------------------------------------------------------------
Name and Address of Claimant            Amount of Claims          Remarks
                                        Filed and Allowed
--------------------------------------------------------------------------
No:   322     Filed: 11/08/02           Filed Amt:
                                                           (n/a)
EVERGREEN ANCILLARY SERVICES                               (n/a)
4601 NE 77TH AVE SUITE 380                                 (n/a)
VANCOUVER WA 98662                                         (n/a)
--------------------------------------------------------------------------
No:   323     Filed: 11/08/02           Filed Amt:
                                                           (n/a)
HELLER HEALTHCARE FINANCE INC                             (n/a)
C/O PAT O'HARA                                            (n/a)
SPRADLING ALPERN FRIOT & GUM LLP                          (n/a)
101 PARK AVENUE SUITE 700
OKLAHOMA CITY OK 73102
--------------------------------------------------------------------------
No:   324     Filed: 11/08/02           Filed Amt:
                                                           (n/a)
HEALTHCARE PROPERTY INVESTORS INC                         (n/a)
JUDY HAMILTON MORSE                                       (n/a)
1800 MID AMERICA TOWER                                    (n/a)
20 NORTH BROADWAY
OKLAHOMA CITY OK 73102
--------------------------------------------------------------------------
No:   325     Filed: 11/08/02           Filed Amt:
                                                           (n/a)
TRANSITIONAL HOSPITALS CORP OF TE                         (n/a)
DBA VENCARE PHARMACY FT WORTH                             (n/a)
L JAY GILBERT KINDRED HEALTHCARE                          (n/a)
680 SOUTH FOUTH ST LAW DEPT
LOUISVILLE KY 40202
--------------------------------------------------------------------------
No:   326     Filed: 11/08/02           Filed Amt:
                                                           (n/a)
VENCARE REHAB SERVICES INC                                (n/a)
NKA KINDRED REHAB SERVICES INC                            (n/a)
L JAY GILBERT                                             (n/a)
680 SOUTH FOURTH STREET
LOUISVILLE KY 40202
--------------------------------------------------------------------------
No:   327     Filed: 11/08/02           Filed Amt:
                                                           (n/a)
LADY BALTIMORE FOODS INC                                  (n/a)
JAMES VOGT                                                (n/a)
2200 FIRST NATIONAL CENTER                                (n/a)
120 NORTH ROBINSON
OKLAHOMA CITY OK 73102
--------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05    Last Date to File Claims: 11/10/02    01-13673       Page   49
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

--------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims         Remarks
                                      Filed and Allowed
--------------------------------------------------------------------------
No:  328    Filed: 11/08/02           Filed Amt:
                                                          (n/a)
THOMAS PROESTLER COMPANY                                  (n/a)
JAMES VOGT                                                (n/a)
2200 FIRST NATIONAL CENTER                                (n/a)
120 NORTH ROBINSON
OKLAHOMA CITY OK 73102
--------------------------------------------------------------------------
No:  329    Filed: 11/08/02           Filed Amt:
                                                          (n/a)
MARTIN BROTHERS DISTRIBUTING CO I                        (n/a)
JAMES VOGT                                                (n/a)
2200 FIRST NATIONAL CENTER                                (n/a)
120 NORTH ROBINSON
OKLAHOMA CITY OK 73102
--------------------------------------------------------------------------
No:  330    Filed: 11/12/02           Filed Amt:
                                                          (n/a)
CDM ELECTRIC   (92423)                                    (n/a)
PO BOX 11984                                              (n/a)
SAN BERNARDINO CA 92423                                   (n/a)
--------------------------------------------------------------------------
No:  331    Filed: 11/12/02           Filed Amt:
                                                          (n/a)
CAROL A ALLEN                                             (n/a)
502 CALVARY LN                                            (n/a)
ANGOLA IN 46703                                           (n/a)
--------------------------------------------------------------------------
No:  332    Filed: 11/12/02           Filed Amt:
                                                          (n/a)
CHIPPEWA VALLEY, LLC                                      (n/a)
SAM KOVITZ                                                (n/a)
KARELL CAPITAL VENTURES                                   (n/a)
TWO NORTH LASALLE ST STE 725
CHICAGO IL 600602
--------------------------------------------------------------------------
No:  333    Filed: 11/12/02           Filed Amt:
                                                          (n/a)
SPECIAL CARE                                              (n/a)
23 HORSESHOE BEND                                         (n/a)
ODESSA TX 79763                                           (n/a)
--------------------------------------------------------------------------
No:  334    Filed: 11/12/02           Filed Amt:
                                                          (n/a)
DEL HERRING                                               (n/a)
REP OF THE ESTATE OF O B HERRING                          (n/a)
1373 CRESCENT CT                                          (n/a)
EVANSVILLE IN 47720
--------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05    Last Date to File Claims: 11/10/02    01-13673        Page    50
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims        Remarks
                                      Filed and Allowed
------------------------------------------------------------------------
No:  335    Filed: 11/12/02        Filed Amt:
                                                          (n/a)
STRASBURGER & PRICE LLP                                   (n/a)
ELLIOT D SCHULER                                          (n/a)
901 MAIN STREET STE 4300                                  (n/a)
DALLAS TX 75202-3794                                      amended by claim
                                                          filed 01/10/03
------------------------------------------------------------------------
No:  336    Filed: 11/12/02        Filed Amt:
                                                          (n/a)
BRODERICK & ASSOCIATES                                    (n/a)
4601 NE 77TH AVE STE 300                                  (n/a)
VANCOUVER WA 98662                                        (n/a)
------------------------------------------------------------------------
No:  337    Filed: 11/13/02        Filed Amt:
                                                          (n/a)
COUNTY OF SAN BERNARDINO                                  (n/a)
OFFICE OF THE TAX COLLECTOR                               (n/a)
172 WEST 3RD STREET                                       (n/a)
SAN BERNARDINO CA 92415
------------------------------------------------------------------------
No:  338    Filed: 11/14/02        Filed Amt:
                                                          (n/a)
LINDA DIANE TUCKER                                        (n/a)
1531 S 74TH E AVE                                         (n/a)
TULSA OK 74112                                            (n/a)
------------------------------------------------------------------------
No:  339    Filed: 12/02/02        Filed Amt:
                                                          (n/a)
BIOPATH CLINICAL LABORATORIES                             (n/a)
7636 BURNET AVE                                           (n/a)
VAN NUYS CA 91405                                         (n/a)
------------------------------------------------------------------------
No:  340    Filed: 12/02/02        Filed Amt:
                                                          (n/a)
BIOPATH CLINICAL LABORATORIES                             (n/a)
7636 BURNET AVE                                           (n/a)
VAN NUYS CA 91405                                         (n/a)
------------------------------------------------------------------------
No:  341    Filed: 10/02/02        Filed Amt:
                                                          (n/a)
BIOPATH CLINICAL LABORATORIES                             (n/a)
7636 BURNET AVE                                           (n/a)
VAN NUYS CA 91405                                         (n/a)
------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02     01-13673          Page   51
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

--------------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed
--------------------------------------------------------------------------------
No:  342    Filed: 12/02/02           Filed Amt:
                                                          (n/a)
BIOPATH CLINICAL LABORATORIES                             (n/a)
7636 BURNET AVE                                           (n/a)
VAN NUYS CA 91405                                         (n/a)
--------------------------------------------------------------------------------
No:  343    Filed: 12/02/02           Filed Amt:
                                                          (n/a)
BIOPATH CLINICAL LABORATORIES                             (n/a)
7636 BURNET AVE                                           (n/a)
VAN NUYS CA 91405                                         (n/a)
--------------------------------------------------------------------------------
No:  344    Filed: 12/02/02           Filed Amt:
                                                          (n/a)
BIOPATH CLINICAL LABORATORIES                             (n/a)
7636 BURNET AVE                                           (n/a)
VAN NUYS CA 91405                                         (n/a)
--------------------------------------------------------------------------------
No:  345    Filed: 12/02/02           Filed Amt:
                                                          (n/a)
BRODERICK & ASSOCIATES                                    (n/a)
4601 NE 77TH AVE STE 300                                  (n/a)
VANCOUVER WA 98662                                        (n/a)
                                                          AMENDED CLAIM
--------------------------------------------------------------------------------
No:  346    Filed: 12/16/02           Filed Amt:
                                                          (n/a)
BIOPATH CLINICAL LABORATORIES                             (n/a)
7636 BURNET AVE                                           (n/a)
VAN NUYS CA 91405                                         (n/a)
--------------------------------------------------------------------------------
No:  347    Filed: 01/10/03           Filed Amt:
                                                          (n/a)
STRASBURGER & PRICE LLP                                   (n/a)
ELLIOT D SCHULER                                          (n/a)
901 MAIN STREET STE 4300                                  (n/a)
DALLAS TX 75202-3794                                      amends claim dated
                                                          11/12/02
--------------------------------------------------------------------------------
No:  348    Filed: 01/13/03           Filed Amt:
                                                          (n/a)
NOVACARE HOLDINGS INC                                     (n/a)
AMISH R DOSHI EWQ                                         (n/a)
685 THIRD AVE 19TH FLOOR                                  (n/a)
NEW YORK NY 10017-4014
--------------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02     01-13673        Page    52
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

------------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed
------------------------------------------------------------------------------
No:  349     Filed: 07/16/03          Filed Amt:
                                                              (n/a)
DOWNEY PUBLISHING                                             (n/a)
2545 E SOUTHLAKE BLVD                                         (n/a)
SOUTHLAKE TX 76092-6609                                       (n/a)
------------------------------------------------------------------------------
No:  350     Filed: 08/15/03          Filed Amt:
                                                              (n/a)
CHANDA LUNA                                                   (n/a)
PO BOX 696                                                    (n/a)
BARTLETT TX 76511                                             (n/a)
------------------------------------------------------------------------------
No:  351     Filed: 03/25/04          Filed Amt:
                                                              Amended by 377
EVELYN M BURT                                                 (n/a)
608 N AVE B                                                   (n/a)
BURKBURNETT TX 76354                                          (n/a)
                                                             (n/a)
------------------------------------------------------------------------------
No:  352     Filed: 03/29/04          Filed Amt:
                                                              (n/a)
JOY ANN BOWMAN                                                (n/a)
PO BOX 245                                                    (n/a)
GRANDFIELD OK 73546                                           (n/a)
------------------------------------------------------------------------------
No:  353     Filed: 04/09/04          Filed Amt:
                                                              (n/a)
CATHRYN WILLIAMS JOHNSON LVN                                  (n/a)
2606 GLADIOLUS LN                                             (n/a)
DALLAS TX 75233                                               (n/a)
------------------------------------------------------------------------------
No:  354     Filed: 04/19/04          Filed Amt:
                                                              (n/a)
RUTHIE A KIRKPATRICK                                          (n/a)
PO BOX 62                                                     (n/a)
RANDLETT OK 73562                                             (n/a)
------------------------------------------------------------------------------
No:  355     Filed: 05/03/04          Filed Amt:
                                                              (n/a)
PATRICK DEWAYNE WILLIAMS                                      (n/a)
4950 WADSWORTH DR #2027                                       (n/a)
DALLAS TX 75216                                               (n/a)
------------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05    Last Date to File Claims: 11/10/02    01-13673    Page    53
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

---

Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed

---

No:  356    Filed: 06/21/04          Filed Amt:
                                                              Amended by 357
CARMEIA V SIBLEY                                              (n/a)
6507 WATCH HILL COURT                                        (n/a)
ARLINGTON TX 76002                                          (n/a)
                                                              (n/a)

---

No:  357    Filed: 06/25/04          Filed Amt:
                                                              Amendment of 356
CARMEIA V SIBLEY                                              (n/a)
6507 WATCH HILL COURT                                        (n/a)
ARLINGTON TX 76002                                          (n/a)
                                                              (n/a)

---

No:  358    Filed: 06/28/04          Filed Amt:
                                                              Amended by 364
LINDA SANDERS                                                (n/a)
KIMBERLY A STOVALL & ASSOC                                   (n/a)
12801 N CENTRAL EXPRESSWAY                                   (n/a)
SUITE 550                                                    (n/a)
DALLAS TX 75242

---

No:  359    Filed: 07/02/04          Filed Amt:
                                                              (n/a)
CHRISTOPHER L MCGRAW                                         (n/a)
1810 MCNEELY ST                                              (n/a)
LANCASTER TX 75134                                          (n/a)

---

No:  360    Filed: 07/06/04          Filed Amt:
                                                              (n/a)
LUCY MAE FAGAN                                               (n/a)
1429 WESLEY DR                                               (n/a)
MESQUITE TX 75149                                           (n/a)

---

No:  361    Filed: 07/09/04          Filed Amt:
                                                              (n/a)
JESSIE L SIMPSON                                             (n/a)
7705 GAY GLEN DR                                             (n/a)
DALLAS TX 75217                                             (n/a)

---

No:  362    Filed: 07/14/04          Filed Amt:
                                                              (n/a)
JESSE TERRY                                                  (n/a)
743 WASHINGTON DR #F37                                       (n/a)
ARLINGTON TX 76011                                          (n/a)

---

CLAIMS REGISTER

```
11/03/05     Last Date to File Claims: 11/10/02    01-13673        Page    54
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.
```

--------------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed
--------------------------------------------------------------------------
No:  363    Filed: 07/14/04           Filed Amt:
                                                          (n/a)
SHURON HUNTER                                             (n/a)
PO BOX 150895                                            (n/a)
DALLAS TX 75315                                          (n/a)
--------------------------------------------------------------------------
No:  364    Filed: 07/15/04           Filed Amt:
                                                      Amendment of 358
LINDA SANDERS                                             (n/a)
KIMBERLY A STOVALL & ASSOC                               (n/a)
12801 N CENTRAL EXPRESSWAY                               (n/a)
SUITE 550                                                (n/a)
DALLAS TX 75242
--------------------------------------------------------------------------
No:  365    Filed: 07/19/04           Filed Amt:
                                                          (n/a)
CHERYL ANN JACKSON                                       (n/a)
3742 GOLDEN HILLS DR                                     (n/a)
DALLAS TX 75241                                          (n/a)
--------------------------------------------------------------------------
No:  366    Filed: 07/19/04           Filed Amt:
                                                          (n/a)
JOYCE ANN KERNEY                                         (n/a)
2525 W PLEASANT RUN #10-N                                (n/a)
LANCASTER TX 75146                                       (n/a)
--------------------------------------------------------------------------
No:  367    Filed: 07/23/04           Filed Amt:
                                                          (n/a)
PAULINE EDWARDS                                          (n/a)
WIMBERLY PARK APARTMENTS                                 (n/a)
200 JELLISON BLVD APT 414                                (n/a)
DUNCANVILLE TX 75116                                Claim says it's an
                                                    amended claim, but no
                                                    previous claim is on
                                                    file.
--------------------------------------------------------------------------
No:  368    Filed: 07/23/04           Filed Amt:
                                                          (n/a)
SHERRY JEFFERSON JACKSON                                 (n/a)
752 N MERRILL APT #153                                   (n/a)
DUNCANVILLE TX 75116                                     (n/a)
                                                    Claim says it's an
                                                    amended claim, but
                                                    no previous claim is
                                                    on file.
--------------------------------------------------------------------------

CLAIMS REGISTER

11/03/05    Last Date to File Claims: 11/10/02    01-13673        Page   55
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

------------------------------------------------------------------
Name and Address of Claimant       Amount of Claims        Remarks
                                   Filed and Allowed
------------------------------------------------------------------
No:  369    Filed: 07/29/04        Filed Amt:
                                                    (n/a)
JESSIE L SIMPSON                                    (n/a)
7705 GAY GLEN DR                                    (n/a)
DALLAS TX 75217                                     (n/a)
                                                    Appears to amend
                                                    Claim #361.
------------------------------------------------------------------
No:  370    Filed: 08/02/04        Filed Amt:
                                                    (n/a)
FLORA MAE EDWARDS                                   (n/a)
PO BOX 407                                          (n/a)
HUTCHINS TX 75141                                   (n/a)
------------------------------------------------------------------
No:  371    Filed: 08/04/04        Filed Amt:
                                                    (n/a)
VERA M NEWTON                                       (n/a)
1202 CONLIN DRIVE                                   (n/a)
LANCASTER TX 75134                                  (n/a)
                                                    Claim marked
                                                    "amended" but no
                                                    prior
                                                    claim is on file.
------------------------------------------------------------------
No:  372    Filed: 08/09/04        Filed Amt:
                                                    Amended by 375
DOROTHY DAVIS                                       (n/a)
1130 E LEDBETTER #249                               (n/a)
DALLAS TX 75216                                     (n/a)
                                                    (n/a)
------------------------------------------------------------------
No:  373    Filed: 08/16/04        Filed Amt:
                                                    (n/a)
MATTIE JOHNSON                                      (n/a)
1341 ADELAIDE DR                                    (n/a)
DALLAS TX 75216                                     (n/a)
------------------------------------------------------------------
No:  374    Filed: 08/16/04        Filed Amt:
YOLANDA JOHNSON STARLING                            (n/a)
By: MATTIE JOHNSON                                  (n/a)
1341 ADELAIDE DR                                    (n/a)
DALLAS TX 75216                                     (n/a)
------------------------------------------------------------------

CLAIMS REGISTER

11/03/05    Last Date to File Claims: 11/10/02    01-13673      Page   56
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

-----------------------------------------------------------------------
Name and Address of Claimant          Amount of Claims          Remarks
                                      Filed and Allowed
-----------------------------------------------------------------------
No:   375    Filed: 09/20/04          Filed Amt:
                                                            Amendment of 372
DOROTHY DAVIS                                                (n/a)
1130 E LEDBETTER #249                                        (n/a)
DALLAS TX 75216                                              (n/a)
                                                            (n/a)
-----------------------------------------------------------------------
No:   376    Filed: 09/27/04          Filed Amt:
                                                            (n/a)
MATTIE JOHNSON                                               (n/a)
1341 ADELAIDE DR                                             (n/a)
DALLAS TX 75216                                              (n/a)
-----------------------------------------------------------------------
No:   377    Filed: 12/07/04          Filed Amt:
                                                            Amendment of 351
EVELYN M BURT                                               (n/a)
608 N AVE B                                                (n/a)
BURKBURNETT TX 76354                                        (n/a)
                                                            (n/a)
-----------------------------------------------------------------------
No:   378    Filed: 12/10/04          Filed Amt:
                                                            (n/a)
DORIS MOFFETT                                               (n/a)
6892 SLOAN RD                                               (n/a)
MIDWAY TX 75852                                             (n/a)
-----------------------------------------------------------------------
No:   379    Filed: 12/10/04          Filed Amt:
                                                            (n/a)
WANDA GOLSON                                                (n/a)
214 8TH ST                                                  (n/a)
BURKBURNETT TX 76354                                        (n/a)
-----------------------------------------------------------------------
No:   380    Filed: 12/17/04          Filed Amt:
                                                            (n/a)
MARTHA FISHER                                               (n/a)
3226 PLAZA BLVD                                             (n/a)
DALLAS TX 75241                                             (n/a)
-----------------------------------------------------------------------
No:   381    Filed: 12/22/04          Filed Amt:
                                                            (n/a)
NATASHA A NOBLES                                            (n/a)
109 GRAYSTONE PLACE                                         (n/a)
DUNCANVILLE TX 75137                                        (n/a)
-----------------------------------------------------------------------

CLAIMS REGISTER

----------------------------------------------------------------------

Name and Address of Claimant         Amount of Claims         Remarks
                                     Filed and Allowed
----------------------------------------------------------------------

No:   382    Filed: 12/28/04         Filed Amt:
                                                              (n/a)
VIOLA BECK                                                    (n/a)
815 E THIRD STREET                                            (n/a)
LANCASTER TX 75146                                            (n/a)
----------------------------------------------------------------------

No:   383    Filed: 01/04/05         Filed Amt:
                                                              (n/a)
HAZEL MCGOWAN                                                 (n/a)
532 LANCASTER-HUTCHINS RD                                     (n/a)
LANCASTER TX 75146                                            (n/a)
----------------------------------------------------------------------

No:   384    Filed: 01/06/05         Filed Amt:
                                                              (n/a)
PEARLENE YOUNG                                                (n/a)
160 MOORE RD                                                  (n/a)
SEAGOVILLE TX 75180                                          (n/a)
----------------------------------------------------------------------

No:   385    Filed: 01/06/05         Filed Amt:
                                                              (n/a)
STEPHANIE YOUNG                                               (n/a)
318 N JIM MILLER RD APT 2012                                 (n/a)
DALLAS TX 75217                                               (n/a)
----------------------------------------------------------------------

No:   386    Filed: 01/10/05         Filed Amt:
                                                              (n/a)
MARY SIMMONS                                                 (n/a)
722 LANCASTER-HUTCHINS ROAD                                  (n/a)
LANCASTER TX 75146                                           (n/a)
----------------------------------------------------------------------

No:   387    Filed: 01/24/05         Filed Amt:
                                                              (n/a)
SHIRLEY HOWARD                                               (n/a)
1504 KODIAK TRAIL                                            (n/a)
GLEN HEIGHTS TX 75154                                        (n/a)
----------------------------------------------------------------------

No:   388    Filed: 01/26/05         Filed Amt:
                                                              (n/a)
FIDELIS BISONG                                               (n/a)
2004 DELAFORD DR                                             (n/a)
ARLINGTON TX 76002                                           (n/a)
----------------------------------------------------------------------

No:   389    Filed: 05/13/05         Filed Amt:
                                                              Duplicated by 390
ANTHONY W CLARK                                              (n/a)
1130 E LEDBETTER #107B                                       (n/a)
DALLAS TX 75216                                              (n/a)
                                                              (n/a)
----------------------------------------------------------------------

CLAIMS REGISTER

11/03/05     Last Date to File Claims: 11/10/02    01-13673          Page    58
Last Date to File Claims for Governmental Unit: **/**/**
TLC Health Care, Inc.

---

Name and Address of Claimant          Amount of Claims          Remarks
                                       Filed and Allowed

---

No:   390    Filed: 07/25/05          Filed Amt:
                                                      Duplicate of 389
ANTHONY W CLARK                                        (n/a)
1130 E LEDBETTER #107B                                 (n/a)
DALLAS TX 75216                                        (n/a)
                                                      (n/a)

---