IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

TLC HEALTHCARE INC.

Case No. 01-13673-WV
(Chapter 7)

Debtor(s)

**FILED**

JUN 3 0 2006

GRANT PRICE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY: /s/ DEPUTY

## FINAL ACCOUNT AND APPLICATION FOR FINAL DECREE AND DISCHARGE OF TRUSTEE

The Trustee reports that the Trustee in this case has fully complied with all prior orders in this case; that all checks have been issued and mailed to creditors at their last known address and have been paid by the depository bank.

All checks have been presented to the depository. All checks paid through the depository have been reviewed by the Office of the United States Trustee, and will be available for inspection at the Chapter 7 Trustee's Office. The Trustee has accounted for all funds.

Pursuant to Rule 5009 of the Federal Rules of Bankruptcy Procedure, the Trustee certifies that this bankruptcy estate has been fully administered; requests that this final account be accepted; and that the Court order the case closed and discharge the Trustee of any further duties.

**DATED** this 1st day of June, 2006.

HOLBROOK & TOFFOLI

/s/ L. Win Holbrook

L. WIN HOLBROOK, #OBA4284
2205 FIRST NATIONAL CENTER
120 NORTH ROBINSON
OKLAHOMA CITY, OK  73102
(405) 232-3664

## REVIEW OF THE UNITED STATES TRUSTEE

The Office of the United States Trustee has reviewed the Trustee's Final Account and Application for Final Decree and Discharge of Trustee.

Office of the United States Trustee
Western District Of Oklahoma

By: /s/